**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date: 9-24-07    **E-Filing**

Our case # : 07cv6627
Case Name: Twinde v. Threshold Pharmaceuticals, Inc. Et al

*[Filed stamp: 07 SEP 26 AM 10:17, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: C 07 4972 CW]*

Dear Sir/Madam,

  Enclosed is a certified copy of the civil docket sheet for the above referenced case that is being transferred to the United States District Court-Northern District of California. The case file can be accessed through our CM/ECF System for the Southern District of New York. ████████████████████████

  The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

**Court policy for USDC-SDNY states that all ECF actions require only original, manual paper filings for the initiating documents. You may access our CM/ECF website for any additional documents that your court may require for processing.**

Yours truly,

J. Michael McMahon
Clerk of Court

Deputy Clerk,
    J. Miles
    RDZ

                    Fed Ex Air bill# 8605 6652 0011

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN
    AND ASSIGNED CASE NUMBER:**
CASE #_____ON DATE: _____

<u>CASE TRANSFERRED OUT FORM</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JERRY TWINDE, On Behalf of Himself  :
and All Others Similarly Situated,  :
                                    :    07 Civ. 6227 (JSR)
         Plaintiff,                 :
                                    :
         -v-                        :
                                    :
THRESHOLD PHARMACEUTICALS, INC.,    :
HAROLD "BARRY" E. SELICK and JANET  :
I. SWEARSON,                        :
                                    :
         Defendants.                :
------------------------------------:
RAYNOLD L. GILBERT, Individually and:
On Behalf of All Others Similarly   :
Situated,                           :    07 Civ. 6490 (JSR)
                                    :
         Plaintiff,                 :
                                    :    MEMORANDUM ORDER
         -v-                        :
                                    :
THRESHOLD PHARMACEUTICALS, INC.,    :
HAROLD "BARRY" E. SELICK and JANET  :
I. SWEARSON,                        :
                                    :
         Defendants.                :
------------------------------------x
JED S. RAKOFF, U.S.D.J.

    Defendants move to transfer these consolidated putative class actions to the Northern District of California pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice. For the reasons set forth below, the Court grants the motion to transfer.

    Defendant Threshold Pharmaceuticals, Inc. ("Threshold") is a biotechnology company located in Redwood City, California, outside of San Francisco. Declaration of Cathleen P. Davis in Support of Defendant's Motion to Transfer Venue ("Davis Declaration") ¶ 2. Defendant Harold "Barry" E. Selick is the Chief Executive Office of

Threshold. Twinde Complaint ¶ 16. Defendant Janet I. Swearson served as the Chief Financial Officer of Threshold until her resignation in August 2006. Id. ¶ 17. The plaintiffs allege that the defendants engaged in securities fraud in 2005 and 2006 by making false and misleading statements concerning TH-070, a drug to treat benign prostatic hyperplasia that Threshold was at that time developing but that turned out to be ineffective. Id. ¶¶ 1, 22, 29-40, 46.

In deciding a motion to transfer, courts commonly consider factors such as: (1) the plaintiff's choice of forum, (2) the convenience of witnesses, (3) the location of relevant documents and relative ease of access to sources of proof, (4) the convenience of parties, (5) the locus of operative facts, (6) the availability of process to compel the attendance of unwilling witnesses, (7) the relative means of the parties, (8) the forum's familiarity with the governing law, and (9) trial efficiency and the interests of justice, based on the totality of the circumstances. See, e.g., Albert Fadem Trust v. Duke Energy Corp., 214 F. Supp. 2d 341, 343 (S.D.N.Y. 2002). "District courts have broad discretion in making determinations of convenience . . . and notions of convenience and fairness are considered on a case-by-case basis." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 106 (2d Cir. 2006).

While plaintiffs' choice of forum is normally given considerable weight, here the choice of the Southern District of New York is so patently artificial as to deserve less consideration. As

2

plaintiffs' counsel, after dodging the issue in the motion papers, finally conceded at oral argument, see transcript, 9/10/07, none of the plaintiffs resides in New York, while all of the defendants reside in California. Id. Although plaintiffs note that some of the clinical trials of TH-070, as well as certain of the underwritings of Threshold stock and presentations to investors, occurred in New York, see Twinde Complaint ¶ 13, nevertheless, more underwritings, presentations, and clinical trials took place in other states, see transcript, 9/10/07, and all of this was overseen from Threshold's office in California. Davis Declaration ¶¶ 2, 4, 16. Indeed, plaintiffs' counsel was unable to articulate any specific reason why the case should be litigated in this District, except that it was filed here. Id.

By contrast, the connections to the Northern District of California are substantial. Threshold is located in that District, and most of the allegedly false and misleading statements of which plaintiffs complain were allegedly concocted at Threshold's office in that District. Davis Declaration ¶¶ 7-14. As noted, the clinical trials of TH-070 that are central to the Complaint were likewise overseen from Threshold's office in that District. Id. ¶¶ 15-16. Concomitantly, the key documents and other sources of proof are to be found in that District. As for non-party witnesses, they largely consist of current or former Threshold employees, all of whom still reside in the Northern District of California so far as is known, and many of whom could not be subpoenaed for trial if the case remains in New York. See transcript, 9/10/07.

The Court has considered the other traditional factors, see supra, and finds that they all cut in favor of transfer or are, at most, neutral as between the two Districts here being considered.

Thus, for the foregoing reasons, the Court grants the defendants' motion to transfer. The Clerk of the Court is directed to forthwith transfer this case to the Northern District of California and to close document number 15 in the Court's docket.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
September 14, 2007

4

U.S. District Court
United States District Court for the Southern District of New York (Foley Square)
CIVIL DOCKET FOR CASE #: 1:07-cv-06227-JSR
Internal Use Only

Twinde v. Threshold Pharmaceuticals, Inc. et al
Assigned to: Judge Jed S. Rakoff
Member case:
   1:07-cv-06490-JSR
Related Case: 1:07-cv-06490-JSR
Cause: 28:1331 Fed. Question: Securities Violation

Date Filed: 07/05/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Jerry Twinde**
*On behalf of himself and all others similarly situated*

represented by **Darren J. Robbins**
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: e_file_sd@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc S. Henzel**
Law Offices of Marc S. Henzel
273 Montgomery Ave.
Suite 202
Bala Cynwyd, PA 19004
610-660-8000
Fax: 610-660-8080
Email: Mhenzel182@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary K. Blasy**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: (619) 231-7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

|  |  |
|---|---|
|  | **Samuel Howard Rudman**<br>Lerach, Coughlin, Stoia, Geller,<br>Rudman & Robbins, LLP(LIs)<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>631-367-7100<br>Fax: 631-367-1173<br>Email: srudman@csgrr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Raynold L. Gilbert** | represented by | **Evan J Smith**<br>Brodsky & Smith, L.L.C.<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>516-741-4977<br>Email: esmith@brodsky-smith.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Threshold Pharmaceuticals, Inc.** | represented by | **Kevin Anthony Burke**<br>Heller Ehrman, White & McAuliffe,<br>LLP (NYC)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6524<br>(212) 832-8300<br>Fax: (212) 763-7600<br>Email: kburke@hewm.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Harold Barry E. Selick** | represented by | **Kevin Anthony Burke**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Janet I. Swearson** | represented by | **Kevin Anthony Burke**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Michael Hentosh** | represented by | **Mario Alba, Jr** |

Lerach, Coughlin, Stoia, Geller,
Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: malba@csgrr.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2007 | 1 | COMPLAINT against Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Filing Fee $ 350.00, Receipt Number 619944) Document filed by Jerry Twinde.(tro) (Entered: 07/09/2007) |
| 07/05/2007 |  | SUMMONS ISSUED as to Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (tro) (Entered: 07/09/2007) |
| 07/05/2007 |  | Magistrate Judge James C. Francis is so designated. (tro) (Entered: 07/09/2007) |
| 07/05/2007 |  | Case Designated ECF. (tro) (Entered: 07/09/2007) |
| 07/24/2007 | 2 | NOTICE OF COURT CONFERENCE; that The Honorable Jed S Rakoff, U.S.D.J. has ordered that counsel for all parties attend a conference, for the purpose of case management and scheduling pursuant to F.R.C.P. 16. Case Management Conference set for 8/10/2007 at 11:00 AM before Judge Jed S. Rakoff in Courtroom 14-B 500 Pearl Street, New York, New York. (Signed by Judge Jed S. Rakoff on 7/24/07) (pl) Modified on 7/25/2007 (Lancaster, Patricia). (Entered: 07/25/2007) |
| 07/31/2007 | 3 | NOTICE OF APPEARANCE by Kevin Anthony Burke on behalf of Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson (Burke, Kevin) (Entered: 07/31/2007) |
| 07/31/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Threshold Pharmaceuticals, Inc..(Burke, Kevin) (Entered: 07/31/2007) |
| 08/03/2007 | 5 | STIPULATION AND PROPOSED ORDER REGARDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND. IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that: Defendants need not respond to the complaint filed July 5, 2007. If Plaintiff is appointed lead plaintiff, or if Plaintiff's counsel is appointed as lead counsel, lead plaintiff shall file an amended and consolidated complaint within 45 days following entry of the order appointing lead plaintiff; Defendants shall answer, move to dismiss, or otherwise respond to the amended and consolidated complaint within 45 days of its filing. If Defendants move to dismiss the amended and consolidated complaint, lead plaintiff shall file his opposition within 45 days of the motion's |

| | | |
|---|---|---|
| | | filing, and Defendants shall file their replies within 30 days of the opposition's filing. DENIED. SO ORDERED. (Signed by Judge Jed S. Rakoff on 8/3/07) (tro) (Entered: 08/06/2007) |
| 08/10/2007 | 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Threshold Pharmaceuticals, Inc. served on 7/11/2007, answer due 7/31/2007. Service was accepted by Kevin Caster, Senior VP. Document filed by Jerry Twinde. (Rosenfeld, David) (Entered: 08/10/2007) |
| 08/10/2007 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Initial Pretrial Conference held on 8/10/2007. (js) (Entered: 08/29/2007) |
| 08/13/2007 | | (Court only) *** Set Flags *** Added flag(s):LEAD. (kco) (Entered: 08/14/2007) |
| 08/13/2007 | 7 | ORDER: for the reasons stated from the bench, see transcript dated 8/10/2007, these actions, 07cv6277 and 07cv6490 are consolidated. (Signed by Judge Jed S. Rakoff on 8/10/07) Filed In Associated Cases: 1:07-cv-06227-JSR, 1:07-cv-06490-JSR(kco) (Entered: 08/14/2007) |
| 08/13/2007 | | (Court only) *** Party Raynold L. Gilbert rep by Evan J Smith added. (kco) (Entered: 08/14/2007) |
| 08/16/2007 | 8 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Defendants' Motion to Transfer Venue Under 28 U.S.C. Sec. 1404(a) (MOTION TO TRANSFER). Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) Modified on 8/17/2007 (KA). (Entered: 08/16/2007) |
| 08/16/2007 | 9 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Change Venue (MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER). Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson.Return Date set for 9/10/2007 at 02:00 PM. (Burke, Kevin) Modified on 8/17/2007 (KA). (Entered: 08/16/2007) |
| 08/16/2007 | 10 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Harold E. Selick in Support re: 9 MOTION to Change Venue.. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) Modified on 8/17/2007 (KA). (Entered: 08/16/2007) |
| 08/16/2007 | 11 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Janet I. Swearson in Support re: 9 MOTION to Change Venue.. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) Modified on 8/17/2007 (KA). (Entered: 08/16/2007) |
| 08/16/2007 | 12 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Cathleen P. Davis in Support re: 9 MOTION to Change Venue. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) Modified on 8/17/2007 (KA). |

| | | |
|---|---|---|
| | | (Entered: 08/16/2007) |
| 08/16/2007 | 🔘 13 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Jeannine Reyes in Support re: 9 MOTION to Change Venue. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) Modified on 8/17/2007 (KA). (Entered: 08/16/2007) |
| 08/16/2007 | 🔘 14 | NOTICE of Appendix of Unpublished Cases Cited in Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Transfer Venue Under 28 U.S.C. Sec. 1404(a) re: 9 MOTION to Change Venue.. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/16/2007) |
| 08/16/2007 | 🔘 | (Court only) ***Motion(s) terminated: 9 MOTION to Change Venue filed by Janet I. Swearson, Harold Barry E. Selick, Threshold Pharmaceuticals, Inc. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 8 Notice (Other), Notice (Other). Use the document type Motion Transfer Case found under the document list Motions. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 9 MOTION to Change Venue. Use the document type Memorandum of Law in Support of Motion found under the document list Replies, Opposition and Supporting Documents. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 10 Declaration in Support of Motion. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 11 Declaration in Support of Motion. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 12 Declaration in Support of Motion. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 13 Declaration in Support of Motion. (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 🔘 | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT |

| | | |
|---|---|---|
| | | DOCKET ENTRY ERROR. Note to Attorney Kevin Anthony Burke to RE-FILE Document 14 Notice (Other), Notice (Other). (KA) (Entered: 08/17/2007) |
| 08/17/2007 | 15 | MOTION to Transfer Case *to Northern District of California*. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson.Return Date set for 9/10/2007 at 02:00 PM.(Burke, Kevin) (Entered: 08/17/2007) |
| 08/17/2007 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Transfer Case *to Northern District of California..* Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/17/2007) |
| 08/17/2007 | 17 | DECLARATION of Harold E. Selick in Support re: 15 MOTION to Transfer Case *to Northern District of California..* Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/17/2007) |
| 08/17/2007 | 18 | DECLARATION of Janet I. Swearson in Support re: 15 MOTION to Transfer Case *to Northern District of California..* Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/17/2007) |
| 08/17/2007 | 19 | DECLARATION of Cathleen P. Davis in Support re: 15 MOTION to Transfer Case *to Northern District of California..* Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/17/2007) |
| 08/17/2007 | 20 | DECLARATION of Jeannine Reyes in Support re: 15 MOTION to Transfer Case *to Northern District of California..* Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/17/2007) |
| 08/17/2007 | 21 | NOTICE of Appendix of Unpublished Cases Cited in Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Transfer Venue Under 28 U.S.C. Sec. 1404(a). Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 08/17/2007) |
| 08/30/2007 | 22 | MEMORANDUM OF LAW in Opposition re: 15 MOTION to Transfer Case *to Northern District of California..* Document filed by Jerry Twinde, Raynold L. Gilbert. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Rosenfeld, David) (Entered: 08/30/2007) |
| 08/31/2007 | 23 | CERTIFICATE OF SERVICE of Memorandum Of Law In Opposition To Defendants Motion To Transfer Venue To The United States District Court For The Northern District Of California on 8/30/07. Document filed by Jerry Twinde, Raynold L. Gilbert. (Rosenfeld, David) (Entered: 08/31/2007) |
| 09/04/2007 | 24 | NOTICE of of Firm Name Change. Document filed by Jerry Twinde. |

| | | |
|---|---|---|
| | | (Alba, Mario) (Entered: 09/04/2007) |
| 09/04/2007 | 25 | MOTION to Appoint Michael Hentosh to serve as lead plaintiff(s). Document filed by Michael Hentosh. (Attachments: # 1 Text of Proposed Order)(Alba, Mario) (Entered: 09/04/2007) |
| 09/04/2007 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Appoint Michael Hentosh to serve as lead plaintiff(s).. Document filed by Michael Hentosh. (Alba, Mario) (Entered: 09/04/2007) |
| 09/04/2007 | 27 | DECLARATION of Mario Alba Jr. in Support re: 25 MOTION to Appoint Michael Hentosh to serve as lead plaintiff(s).. Document filed by Michael Hentosh. (Attachments: # 1 Exhibit A - notice# 2 Exhibit B - loss chart# 3 Exhibit C - certification# 4 Exhibit D - firm resume)(Alba, Mario) (Entered: 09/04/2007) |
| 09/04/2007 | 28 | REPLY MEMORANDUM OF LAW in Support re: 15 MOTION to Transfer Case *to Northern District of California. Under 28 U.S.C. 1404 (a)*. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 09/04/2007) |
| 09/04/2007 | 29 | DECLARATION of Kevin A. Burke in Support re: 15 MOTION to Transfer Case *to Northern District of California.*. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Attachments: # 1 Exhibit A)(Burke, Kevin) (Entered: 09/04/2007) |
| 09/04/2007 | 30 | DECLARATION of Stewart Kroll in Support re: 15 MOTION to Transfer Case *to Northern District of California.*. Document filed by Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Burke, Kevin) (Entered: 09/04/2007) |
| 09/10/2007 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 9/10/2007 re: 15 MOTION to Transfer Case to Northern District of California. the Court reserved decision on the motion. (djc) (Entered: 09/13/2007) |
| 09/17/2007 | 31 | ORDER granting (15) Motion to Transfer Case in case 1:07-cv-06227-JSR. The Clerk of the Court is directed to forthwith transfer this case to the Northern District of California and close document number 15 in the Court's docket. SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/14/2007) Filed In Associated Cases: 1:07-cv-06227-JSR, 1:07-cv-06490-JSR(jmi) (Entered: 09/17/2007) |