HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 07 CV 6227 JSR<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Heller Ehrman LLP, in its capacity as counsel representing Defendants Threshold Pharmaceuticals, Inc., Harold "Barry" E. Selick and Janet I. Swearson, in this action, hereby enters its appearance and requests that copies of all papers be served upon the person named below at the address, telephone and facsimile numbers indicated.

　　　　　　Kevin A. Burke, Esquire
　　　　　　kburke@hewm.com
　　　　　　HELLER EHRMAN LLP
　　　　　　7 Times Square
　　　　　　New York, NY 10036
　　　　　　Telephone: (212) 847-8791
　　　　　　Facsimile: (212) 763-7600

Dated: July 31, 2007

          HELLER EHRMAN LLP


          By:_____**/S/** Kevin A. Burke_____
                     Kevin A. Burke (KB-0580)

          7 Times Square
          New York, NY 10036
          Telephone: (212) 832-8300
          Facsimile: (212) 763-7600

          Attorneys for Defendants THRESHOLD
          PHARMACEUTICALS, INC., HAROLD
          "BARRY" E. SELICK and JANET I. SWEARSON