HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,<br><br>Defendants. | Civil Action No.: 07 CV 6227 JSR<br><br>**DEFENDANT THRESHOLD PHARMACEUTICALS, INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

    Defendant Threshold Pharmaceuticals, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its shares.

Dated: July 31, 2007

                              HELLER EHRMAN LLP

                              By: _____/**S**/ Kevin A. Burke_____
                                    Kevin A. Burke (KB-0580)

                              7 Times Square
                              New York, NY 10036
                              Telephone: (212) 832-8300
                              Facsimile: (212) 763-7600

                              Attorneys for Defendant
                              THRESHOLD PHARMACEUTICALS, INC.