Ranoff, S.

HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,

                        Plaintiff,

v.

THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,

                        Defendants.

Civil Action No.: 07 CV 6227 JSR

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

---

WHEREAS on July 5, 2007, plaintiff Jerry Twinde ("Plaintiff") filed a class action complaint against defendants Threshold Pharmaceuticals, Inc., Harold E. Selick, and Janet I. Swearson ("Defendants");

WHEREAS Plaintiff anticipates motions being filed seeking appointment of lead plaintiff;

WHEREAS Defendants anticipate moving to transfer the above-referenced case and any related cases from the Southern District of New York to the Northern District of California;

WHEREAS, if Plaintiff is appointed lead plaintiff, or if Plaintiff's counsel is appointed as lead counsel, lead plaintiff will file an amended and consolidated complaint; and

WHEREAS the parties have not previously requested any extension of time;

IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that:

1. Defendants need not respond to the complaint filed July 5, 2007.

2. If Plaintiff is appointed lead plaintiff, or if Plaintiff's counsel is appointed as lead counsel, lead plaintiff shall file an amended and consolidated complaint within 45 days following entry of the order appointing lead plaintiff;

3. Defendants shall answer, move to dismiss, or otherwise respond to the amended and consolidated complaint within 45 days of its filing;

4. If Defendants move to dismiss the amended and consolidated complaint, lead plaintiff shall file his opposition within 45 days of the motion's filing, and Defendants shall file their replies within 30 days of the opposition's filing.

DATED: August 1, 2007                HELLER EHRMAN LLP

By _____/s/ Kevin A. Burke_____
KEVIN A. BURKE (KB-0580)

Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD E. SELICK, JANET I. SWEARSON

DATED: August 1, 2007

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By *David A. Rosenfeld*
DAVID A. ROSENFELD (DR-9564)

58 South Service Road, Suite 200
Melville, NY 11747
Phone: (631) 367-7100
Fax: (631) 367-1173

Attorneys for Plaintiff
JERRY TWINDE

~~SO ORDERED.~~  DENIED
SO ORDERED
*[signature]*
Honorable Jed S. Rakoff
United States District Court Judge   8-3-07

SV 229016z

3