| Attorney or Party without Attorney: <br> David A. Rosenfeld, Esq. <br> Lerach Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100     FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: Jerry Twinde, et al. | |
| Defendant: Threshold Pharmaceuticals, Inc., et al. | |

| **PROOF OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV6227 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint

3. a. Party served:                Threshold Pharmaceuticals, Inc.
   b. Person served:               Kevin Caster, Senior Vice President / Authorized to Accept Service of Process

4. Address where the party was served:   1300 Seaport Blvd. 5th Floor
                                          Redwood City, CA  94063

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 11, 2007 (2) at: 2:20PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Omar Hakmi                                            d. *The Fee for Service was:*
   b. **Class Action Research &**                           e. I am: (3) registered California process server
      Litigation Support Services, Inc.                         (i)   Independent Contractor
      P O Box 740                                               (ii)  Registration No.:   360
      Penryn, CA  95663                                         (iii) County:             San Mateo
   c. (866) 663-9590, FAX (866) 663-4955

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jul. 11, 2007

                                                                              (Omar Hakmi)

   **Judicial Council Form**                    PROOF OF SERVICE                                          daros.100656
   **Rule 982.9.(a)&(b) Rev January 1, 2007**   Summons & Complaint

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of ___San Mateo___ } ss.

On ___7/11/07___, before me, ___Frank Kaul, Notary Public___,
      Date                                                 Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared ___Omar Halkmi___,
                                          Name(s) of Signer(s)

[Notary seal: FRANK KAUL, COMM. #1715679, NOTARY PUBLIC - CALIFORNIA, SAN MATEO COUNTY, COMM. EXPIRES JAN. 24, 2011]

[x] personally known to me

[ ] proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

Place Notary Seal Above

—————————— OPTIONAL ——————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- [ ] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- [ ] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here