```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JERRY TWINDE, On Behalf of Himself   :
and All Others Similarly Situated,   :
                                     :   07 Civ. 6227 (JSR)
            Plaintiff,               :
                                     :
        -v-                          :
                                     :
THRESHOLD PHARMACEUTICALS, INC.,     :
HAROLD "BARRY" E. SELICK and JANET I.:
SWEARSON,                            :
                                     :
            Defendants.              :
------------------------------------ x
RAYNOLD L. GILBERT, Individually and :
On Behalf of All Others Similarly    :
Situated,                            :   07 Civ. 6490 (JSR)
                                     :
            Plaintiff,               :   ORDER
                                     :
        -v-                          :
                                     :
THRESHOLD PHARMACEUTICALS, INC.,     :
HAROLD "BARRY" E. SELICK, and JANET  :
I. SWEARSON,                         :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 8/10/07, the above-captioned actions are hereby consolidated.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-07