HELLER EHRMAN LLP
Michael L. Charlson (MC-2378) (Cal. Bar 122125)
Kevin A. Burke (KB-0580)
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

*Attorneys for defendants Threshold Pharmaceuticals, Inc.,*
*Harold E. Selick, and Janet I. Swearson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br> v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,<br><br>       Defendants. | Civil Action No.: 07 CV 6227 JSR<br>Consolidated with 07 CV 6490 JSR<br><br>NOTICE OF DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a) |
| RAYNOLD L. GILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br> v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,<br><br>       Defendants. | |

  PLEASE TAKE NOTICE that on September 10, 2007, at 2:00 p.m. before the Honorable Jed S. Rakoff, United States District Court Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Room 1340, New York, NY, 10007, Defendants will move for an

order transferring the above-referenced actions to the Northern District of California pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice. Defendants' Motion is based on the accompanying Memorandum of Points and Authorities, the declarations of Harold E. Selick, Janet I. Swearson, Cathleen P. Davis and Jeannine Reyes filed concurrently herewith, and such further evidence and argument as may be presented to the Court at or before the hearing. Pursuant to the Court's direction, the schedule pertaining to Defendants' motion is:

- August 17, 2007          Defendants' Moving Papers
- August 31, 2007          Plaintiffs' Opposition Papers
- September 4, 2007        Defendants' Reply Papers
- September 10, 2007, 2:00 p.m.   Hearing

DATED: August 16, 2007         HELLER EHRMAN LLP

By  /S/ Kevin A. Burke

Michael L. Charlson (MC-2378) (Cal. Bar 122125)
Kevin A. Burke (KB-0580)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

*Attorneys for defendants Threshold Pharmaceuticals, Inc., Harold E. Selick, and Janet I. Swearson*

Of Counsel:
Laurence A. Weiss (Cal. Bar 164638)
Alexander M.R. Lyon (Cal. Bar 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Phone: (650) 324-7000
Fax: (650) 324-0638