| CORPORATE | PRODUCT PIPELINE | CLINICAL TRIALS | INVESTORS & MEDIA | CAREERS | METABOLIC TARGETING |

# PRESS RELEASES

**Threshold Pharmaceuticals to Participate in Two Investor Conferences in April 2005**
**Redwood City, CA - March 31, 2005**

Threshold Pharmaceuticals, Inc. (Nasdaq: THLD) today announced that it will present at the following investor conferences in April 2005:

CIBC World Markets Annual Biotechnology and Specialty Pharmaceuticals Conference Threshold's President, George Tidmarsh, M.D., Ph.D., will present at 9:30 a.m. Eastern Time on Tuesday, April 5, 2005 at The Millennium Broadway Hotel in New York.

BioCentury Future Leaders in the Biotech Industry Threshold's Chief Executive Officer, Barry Selick, Ph.D., will present at 3:20 p.m. Eastern Time on Thursday, April 7, 2005 at the Millennium Broadway Hotel in New York.

To access the live audio broadcasts or the subsequent archived recordings please log onto the following websites: CIBC World Markets Annual Biotechnology and Specialty Pharmaceuticals Conference http://www.veracast.com/webcasts/cibcwm/biotech05/41203355.cfm

BioCentury Future Leaders in the Biotech Industry http://www.thresholdpharm.com

Please connect to the websites several minutes prior to the start of the presentations to ensure adequate time for any software download that may be necessary.

Back To Press Releases