**Threshold Pharmaceuticals BPH Clinical Trial: TH-CR-203 Trial Site Locations 2005**

**Arizona**

Advanced Clinical Therapeutics
5300 Erickson St, Suite 106
Tucson, AZ 85712

**California**

Chris B. Threatt, MD Inc.
3351 El Camino Real, Suite 101
Atherton, CA 94027

Atlantic Urological Medical Group
701 E. 28th Street, Suite 319
Long Beach, CA 90806

California Professional Research
400 Newport Center Drive, Suite 501
Newport Beach, CA 92660

San Diego Uro-Research
3969 Fourth Avenue, Suite 202
San Diego, CA 92103

Stanford University Hospital
875 Blake Wilbur Drive
Stanford, CA 94305

**Colorado**

Urology Research Options
1411 South Potomac, Suite 210
Aurora, CO 80012

**Connecticut**

Connecticut Clinical Research Center
Urology Specialists
160 Robbins Street
Waterbury, CT 06708

**Florida**

South Florida Medical Research
21150 Biscayne Blvd. Suite 300
Aventura, FL 33180

Tampa Bay Medical Research
3253 McMullen Booth Road, Suite 200
Clearwater, FL 33761

Florida Healthcare Research
3201 SW 34th Street
Ocala, FL 34474

**Illinois**

Midwest Prostate & Urology Health Center
4646 N. Marine Drive, Suite A 5500
Chicago, IL 60640

**Indiana**

Northeast Indiana Research, LLC
2512 East Dupont Road, Suite 100
Fort Wayne, IN 46825

Metropolitan Urology
1407 Spring Street, Suite 3
Jeffersonville, IN 47130

**Maryland**

Werner, Murdock & Francis, PA
Urology Associates
7500 Hanover Parkway, Suite 203
Greenbelt, MD 20770

**New Jersey**

Delaware Valley Clinical Research
1930 East Marlton Pike (Rt 70)
Executive Mews Building O-77
Cherry Hill, NJ   08003

Lawrenceville Urology
3120 Princeton Pike
Lawrenceville, NJ 08648

**New York**

Accumed Research Associates
1305 Franklin Avenue, Suite 100
Garden City, NY 11530

New York University School of Medicine
150 East 32nd Street, 2nd Floor
New York, NY 10016

Weill Medical College of Cornell University
525 East 68th Street, Box 261, F9 West
New York, NY 10021

**Threshold Pharmaceuticals BPH Clinical Trial: TH-CR-203 Trial Site Locations 2005**

**Ohio**

Radiant Research, Columbus
1275 Olentangy River Road, Suite 202
Columbus, OH 43212

**Pennsylvania**

State College Urologic Associates
905 University Drive
State College, PA 16801

**Rhode Island**

University Urological Research Institute
195 Collyer Street, Suite 201
Providence, RI 02904

**South Carolina**

Radiant Research, Greer
552-A Memorial Dr. Extension
Greer, SC 29651

**Texas**

The University of Texas
Southwestern Medical Center at Dallas
Department of Urology
5323 Harry Hines Blvd
Dallas, TX 75390

Accelovance
800 Gessner, Suite 200
Houston, TX 77024

Baylor College of Medicine
Scott Department of Urology
6560 Fannin, ST-2100
Houston, TX 77030

Urology San Antonio Research
7909 Fredericksburg Road, Suite 115
San Antonio, TX 78229

**Virginia**

UVA Health System
Department of Urology
Hospital Drive, 2nd Floor
Charlottesville, VA 22908

**Washington**

Integrity Medical Research, LLC
6005 244th St. SW, Suite 111
Mountlake Terrace, WA 98043