## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on August 30, 2007, I caused a true and correct copy of the attached:

Memorandum Of Law In Opposition To Defendants' Motion To Transfer Venue To The United States District Court For The Northern District Of California

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

    /s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

THRESHOLD

Service List - 8/29/2007    (07-0144)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Michael L. Charlson | Laurence A. Weiss |
| Kevin A. Burke | Alexander M.R. Lyon |
| Heller Ehrman LLP | Heller Ehrman LLP |
| Times Square Tower, 7 Times Square | 275 Middlefield Road |
| New York, NY 10036 | Menlo Park, CA 94025 |
| 212/832-8300 | 650/324-7000 |
| 212/763-7600 (Fax) | 650/324-0638 (Fax) |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Evan J. Smith | Marc S. Henzel |
| Brodsky & Smith, LLC | Law Offices of Marc S. Henzel |
| 240 Mineola Blvd., 1st Floor | 273 Montgomery Avenue, Suite 202 |
| Mineola, NY 11501 | Bala Cynwyd, PA 19004 |
| 516/741-4977 | 610/660-8000 |
| 516/741-0626 (Fax) | 610/660-8080 (Fax) |

| | |
|---|---|
| Samuel H. Rudman | Richard A. Maniskas |
| David A. Rosenfeld | D. Seamus Kaskela |
| Mario Alba, Jr. | Schiffrin Barroway Topaz & Kessler, LLP |
| Lerach Coughlin Stoia Geller Rudman & Robbins LLP | 280 King of Prussia Road |
| 58 South Service Road, Suite 200 | Radnor, PA 19087 |
| Melville, NY 11747 | 610/667-7706 |
| 631/367-7100 | 610/667-7056 (Fax) |
| 631/367-1173 (Fax) | |