UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
JERRY TWINDE, On Behalf of Himself and    :    Civil Action No. 1:07-cv-06227-JSR
All Others Similarly Situated,            :    **(Consolidated)**
                                          :
                      Plaintiff,          :    CLASS ACTION
                                          :
            vs.                           :    NOTICE OF MOTION FOR
                                          :    APPOINTMENT AS LEAD PLAINTIFF
THRESHOLD PHARMACEUTICALS, INC.,          :    AND FOR APPROVAL OF SELECTION OF
et al.,                                   :    LEAD COUNSEL
                                          :
                      Defendants.         :
                                          :
———————————————————— x

PLEASE TAKE NOTICE that class member Michael Hentosh, by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Michael Hentosh as Lead Plaintiff; (ii) approving Michael Hentosh's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Michael Hentosh submits herewith a Memorandum of Law and Declaration of Mario Alba Jr. dated September 4, 2007.

DATED: September 4, 2007

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP


_____
/s/ *Mario Alba Jr.*
MARIO ALBA, JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on September 4, 2007, I caused a true and

correct copy of the attached:

> Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of
> Selection Of Lead Counsel;

> Memorandum In Support Of The Motion Of Michael Hentosh For Appointment
> As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

> Declaration of Mario Alba Jr. In Support Of The Motion Of Michael Hentosh For
> Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this

case; and (ii) by first-class mail to all additional counsel on the attached service list.


_____/s/ *Mario Alba Jr.*_____
Mario Alba Jr.

THRESHOLD
Service List - 8/31/2007    (07-0144)
Page 1 of  1

**Counsel For Defendant(s)**

Michael L. Charlson
Kevin A. Burke
Heller Ehrman LLP
Times Square Tower, 7 Times Square
New York, NY  10036
  212/832-8300
  212/763-7600 (Fax)

Laurence A. Weiss
Alexander M.R. Lyon
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025
  650/324-7000
  650/324-0638 (Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
  610/660-8000
  610/660-8080 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)