UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-06227-JSR **(Consolidated)** |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : : | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |
| THRESHOLD PHARMACEUTICALS, INC., et al., | : : : |  |
| Defendants. | : : |  |

- 1 -

Having considered the motion of Michael Hentosh for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr. in support thereof, and good cause appearing therefor:

1. Michael Hentosh is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.


DATED: _____    _____
                                              THE HONORABLE JED S. RAKOFF
                                              UNITED STATES DISTRICT JUDGE