UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-06227-JSR **(Consolidated)** |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : : | DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF MICHAEL |
| THRESHOLD PHARMACEUTICALS, INC., et al., | : : : : | HENTOSH FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| Defendants. | : : | |

Mario Alba Jr., declares, under penalty of perjury:

1. I am an associate of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *Jerry Twinde vs. Threshold Pharmaceuticals, Inc., et al.*, Civil Action No. 1:07-cv-06227-JSR (the "*Twinde* Action"). I submit this Declaration in support of the motion of Michael Hentosh for appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the *Twinde* Action on *Business Wire*, a national, business-oriented newswire service, on July 5, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Michael Hentosh at $83,811.64, in connection with his purchases of Threshold Pharmaceuticals, Inc. shares.

4. Attached hereto as Exhibit C is the certification of Michael Hentosh.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia.

DATED: September 4, 2007

                                                      /s/ *Mario Alba Jr.*
                                                      MARIO ALBA, JR.

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on September 4, 2007, I caused a true and correct copy of the attached:

    Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

    Memorandum In Support Of The Motion Of Michael Hentosh For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

    Declaration of Mario Alba Jr. In Support Of The Motion Of Michael Hentosh For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

          /s/ *Mario Alba Jr.*
          Mario Alba Jr.

THRESHOLD
Service List - 8/31/2007   (07-0144)
Page 1 of 1

**Counsel For Defendant(s)**

Michael L. Charlson
Kevin A. Burke
Heller Ehrman LLP
Times Square Tower, 7 Times Square
New York, NY  10036
   212/832-8300
   212/763-7600(Fax)

Laurence A. Weiss
Alexander M.R. Lyon
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025
   650/324-7000
   650/324-0638(Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
   610/660-8000
   610/660-8080(Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056(Fax)