**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 27, 2007

CASE TITLE:    JERRY TWINDE-v-THRESHOLD PHARMACEUTICALS INC.

RECEIVED FROM: Southern District of New York - 07-cv-6227-JSR

CASE NUMBER:    CV 07-04972 CW

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Clara Pierce
Case Systems Administrator

o:\mrg\civil\transin.mrg