UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND L. GILBERT,

    Plaintiff(s),

    v.

THRESHOLD PHARMACEUTICALS, INC., et al.,

    Defendant(s).

_____/

No. C 07-4971 PJH

**ORDER RELATING AND TRANSFERRING CASES**

    Before the court is defendants' motion for administrative relief to consider whether a case pending before Judge Wilken, *Twinde v. Threshold Pharmaceuticals, Inc.*, et al., No. C-07-4972 CW, should be related to the above-entitled action.  Given the reasons supporting the request and the fact that both matters were consolidated by the District Court for the Southern District of New York before they were transferred to the Northern District of California, the motion is GRANTED.

    *Twinde* had the lower case number before transfer, but somehow *Gilbert* ended up with the lower case number after transfer.  In view of the fact that *Twinde* is the first filed-case *Gilbert* is hereby REASSIGNED to Judge Wilken, with her consent pursuant to the Assignment Plan, General Order 44.

    **IT IS SO ORDERED.**

Dated: October 2, 2007

_____  
PHYLLIS J. HAMILTON  
United States District Judge

_____  
CLAUDIA WILKEN  
United States District Judge