1 | MICHAEL L. CHARLSON (Bar No. 122125)
2 | LAURENCE A. WEISS (Bar No. 164638)
  | ALEXANDER M. R. LYON (Bar No. 211274)
  | HELLER EHRMAN LLP
3 | 275 Middlefield Road
  | Menlo Park, California  94025-3506
4 | Telephone: (650) 324-7000
  | Facsimile: (650) 324-0638
5 | Michael.Charlson@hellerehrman.com
  | Laurence.Weiss@hellerehrman.com
6 | Alexander.Lyon@hellerehrman.com

7 | Attorneys for Defendants
  | THRESHOLD PHARMACEUTICALS, INC.,
8 | HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE,<br><br>  Plaintiff,<br><br>vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON<br><br>  Defendants, | Case No. CV-07-04972 CW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, AND JANET I. SWEARSON** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Michael L. Charlson, Laurence A. Weiss, and Alexander M. R. Lyon of the law firm of Heller Ehrman LLP hereby enter their appearance as counsel of record for Defendants Threshold Pharmaceuticals, Inc., Harold "Barry" E. Selick, and Janet I. Swearson in the above-captioned case. Copies of all pleadings, papers and notices should be served as follows:

>   Michael L. Charlson
>   Laurence A. Weiss
>   Alexander M. R. Lyon
>   Heller Ehrman LLP
>   275 Middlefield Road
>   Menlo Park, California  94025-3506
>   Telephone: (650) 324-7000
>   Facsimile:  (650) 324-0638
>   Email: Michael.Charlson@hellerehrman.com
>              Laurence.Weiss@hellerehrman.com.
>              Alexander.Lyon@hellererhman.com

DATED:  October 2, 2007             Respectfully submitted,

                                    HELLER EHRMAN LLP


                                    By _____/s/_____
                                              Laurence A. Weiss


                                    Attorneys for Defendants
                                    THRESHOLD PHARMACEUTICALS, INC.,
                                    HAROLD "BARRY" E. SELICK, and JANET I.
                                    SWEARSON

---

1
NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS THRESHOLD PHARMACEUTICALS, INC.
HAROLD "BARRY" E. SELICK, AND JANET I. SWEARSON
CASE NO. CV-07-04972 CW