# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 4:07-cv-04972-CW |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| THRESHOLD PHARMACEUTICALS, INC., et al., | ) ) ) | |
| Defendants. | ) | |
| RAYNOLD L. GILBERT, | ) ) ) | No. 4:07-cv-04971-CW |
| Plaintiff(s), | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |
| THRESHOLD PHARMACEUTICALS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

Having considered the motion of Michael Hentosh for appointment as Lead Plaintiff and approval of selection of Lead Counsel; the Memorandum of Law and the Declaration of Mario Alba Jr. in support thereof, and good cause appearing thereafter:

1. Michael Hentosh is hereby appointed Lead Plaintiff for the Class pursuant to §27 of the Securities Act of 1933 and §21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 4, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

            /s/ Dennis J. Herman
              DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs
T:\CasesSF\Threshold\ORD00046096.doc

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL - 4:07-cv-04972-CW; 4:07-cv-04971-CW                    - 1 -