# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-06227-JSR **(Consolidated)** |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : : | NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |
| THRESHOLD PHARMACEUTICALS, INC., et al., | : : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that class member Michael Hentosh, by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Michael Hentosh as Lead Plaintiff; (ii) approving Michael Hentosh's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Michael Hentosh submits herewith a Memorandum of Law and Declaration of Mario Alba Jr. dated September 4, 2007.

DATED:  September 4, 2007          COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP


                                   /s/ *Mario Alba Jr.*
                                   ────────────────────────
                                        MARIO ALBA, JR.

                                   SAMUEL H. RUDMAN
                                   DAVID A. ROSENFELD
                                   MARIO ALBA, JR.
                                   58 South Service Road, Suite 200
                                   Melville, NY  11747
                                   Telephone:  631/367-7100
                                   631/367-1173 (fax)

                                   [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on September 4, 2007, I caused a true and correct copy of the attached:

    Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

    Memorandum In Support Of The Motion Of Michael Hentosh For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

    Declaration of Mario Alba Jr. In Support Of The Motion Of Michael Hentosh For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                                 /s/ *Mario Alba Jr.*
                                                                  Mario Alba Jr.

THRESHOLD

Service List - 8/31/2007    (07-0144)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Michael L. Charlson | Laurence A. Weiss |
| Kevin A. Burke | Alexander M.R. Lyon |
| Heller Ehrman LLP | Heller Ehrman LLP |
| Times Square Tower, 7 Times Square | 275 Middlefield Road |
| New York, NY  10036 | Menlo Park, CA  94025 |
|    212/832-8300 |    650/324-7000 |
|    212/763-7600 (Fax) |    650/324-0638 (Fax) |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Evan J. Smith | Samuel H. Rudman |
| Brodsky & Smith, LLC | David A. Rosenfeld |
| 240 Mineola Blvd., 1st Floor | Mario Alba, Jr. |
| Mineola, NY  11501 | Coughlin Stoia Geller Rudman & Robbins LLP |
|    516/741-4977 | 58 South Service Road, Suite 200 |
|    516/741-0626 (Fax) | Melville, NY  11747 |
| |    631/367-7100 |
| |    631/367-1173 (Fax) |
| Marc S. Henzel | Richard A. Maniskas |
| Law Offices of Marc S. Henzel | D. Seamus Kaskela |
| 273 Montgomery Avenue, Suite 202 | Schiffrin Barroway Topaz & Kessler, LLP |
| Bala Cynwyd, PA  19004 | 280 King of Prussia Road |
|    610/660-8000 | Radnor, PA  19087 |
|    610/660-8080 (Fax) |    610/667-7706 |
| |    610/667-7056 (Fax) |