# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>                      Defendants. | No. 4:07-cv-04972-CW<br><br><u>CLASS ACTION</u> |
| RAYNOLD L. GILBERT,<br><br>                      Plaintiff(s),<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>                      Defendants. | No. 4:07-cv-04971-CW<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |

1  Having considered the motion of Michael Hentosh for appointment as Lead Plaintiff and approval of selection of Lead Counsel; the Memorandum of Law and the Declaration of Mario Alba Jr. in support thereof, and good cause appearing thereafter:

1. Michael Hentosh is hereby appointed Lead Plaintiff for the Class pursuant to §27 of the Securities Act of 1933 and §21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____   _____
                                        THE HONORABLE CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 4, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

            /s/ Dennis J. Herman
                DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Threshold\ORD00046096.doc

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL - 4:07-cv-04972-CW; 4:07-cv-04971-CW       - 1 -