IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TWINDE, | No. 07-04972 CW |
| Plaintiff, | |
| v. | |
| THRESHOLD PHARMACEUTICALS INC., et al., | |
| Defendants. | |
| _____ | |
| RAYMOND L. GILBERT, | No. 07-04971 CW |
| Plaintiff, | ORDER FOR CONSOLIDATION |
| v. | |
| THRESHOLD PHARMACEUTICALS INC., et al., | |
| Defendants. | |

On August 13, 2007, the Honorable Jed S. Rakoff, United States District Judge, Southern District of New York, consolidated the above-captioned actions. On September 17, 2007, the cases were transferred to the Northern District of California and opened as separate cases. On October 2, 2007, the cases were related and assigned to the undersigned District Judge. Accordingly,

IT IS HEREBY ORDERED that the above-captioned actions are consolidated for all further proceedings in the Northern District of California. **All further documents shall be electronically filed in C-07-4972 CW, <u>Twinde v. Threshold Pharmaceutical, Inc., et al.</u>**

1  A Case Management Conference is set for January 8, 2008, at 2:00
2  p.m., in Courtroom 2, 1301 Clay Street, Oakland, CA.
3       IT IS FURTHER ORDERED that:
4       There appears to be no further reason at this time to maintain
5  C-07-4971 CW, <u>Gilbert v. Threshold Pharmaceuticals, Inc.</u>, as an
6  open case for statistical purposes, and the Clerk is instructed to
7  submit a JS-6 Form to the Administrative Office.
8       Nothing contained in this Order shall be considered a
9  dismissal or disposition of C-07-4971 CW, <u>Gilbert v. Threshold</u>
10 <u>Pharmaceuticals, Inc.</u>, and, should further proceedings in this case
11 become necessary or desirable, any party may initiate it in the
12 same manner as if this Order had not been entered.

Dated: 10/11/07

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2