MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THRESHOLD PHARMACEUTICALS,<br>INC., HAROLD "BARRY" E. SELICK,<br>and JANET I. SWEARSON<br><br>                    Defendants, | Case No. CV-07-04972 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE FILING OF FIRST<br>AMENDED COMPLAINT AND<br>DEFENDANTS' RESPONSE THERETO** |

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT AND
DEFENDANTS' RESPONSE THERETO
CASE NO. CV-07-04972 CW

1    WHEREAS on July 5, 2007, plaintiff Jerry Twinde ("Plaintiff") filed a class action

2    complaint against defendants Threshold Pharmaceuticals, Inc., Harold E. Selick, and Janet

3    I. Swearson ("Defendants") in the United States District Court for the Southern District of

4    New York entitled *Twinde v. Threshold Pharmaceuticals, Inc et al.*;

5    WHEREAS on July 10, 2007, a second class action complaint was filed against

6    Defendants in the United States District Court for the Southern District of New York

7    entitled *Gilbert v. Threshold Pharmaceuticals, Inc. et al.*;

8    WHEREAS on September 4, 2007, Michael Hentosh ("Proposed Lead Plaintiff")

9    filed a motion to be appointed to serve as lead plaintiff and to approve selection of

10   Plaintiff's counsel as lead counsel;

11   WHEREAS on September 17, 2007, the Court ordered that the *Twinde* and *Gilbert*

12   actions be transferred to the United States District Court for the Northern District of

13   California;

14   WHEREAS on September 26, 2007, the *Twinde* and *Gilbert* actions were refiled in

15   the Northern District of California;

16   WHEREAS on October 5, 2007, counsel for Plaintiff and for Proposed Lead Plaintiff

17   refiled the motion seeking appointment as lead plaintiff in this Court;

18   WHEREAS no other motion to be appointed to serve as lead plaintiff has been filed;

19   WHEREAS, if Plaintiff or Proposed Lead Plaintiff is appointed lead plaintiff, or if

20   Plaintiff's counsel is appointed as lead counsel, lead plaintiff will file an amended and

21   consolidated complaint; and

22   WHEREAS on October 11, 2007, this Court consolidated the *Twinde* and *Gilbert*

23   actions;

24   WHEREAS the parties have not previously requested any extension of time in this

25   Court;

26   ///

27   ///

28   ///

1

1    IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel

2  on behalf of their respective clients that:

3    1.    Defendants need not respond to the complaint previously filed by Plaintiff's

4  counsel;

5    2.    If Proposed Lead Plaintiff is appointed lead plaintiff, or if Plaintiff's counsel

6  is appointed as lead counsel, lead plaintiff shall file an amended and consolidated complaint

7  within 45 days of the order appointing lead plaintiff;

8    3.    If an amended and consolidated complaint is filed, Defendants shall answer,

9  move to dismiss, or otherwise respond to the amended and consolidated complaint within

10  45 days of the filing of the amended and consolidated complaint;

11    4.    If Defendants move to dismiss the amended and consolidated complaint, lead

12  plaintiff shall file his opposition within 45 days of the filing of Defendants' motion to

13  dismiss, and Defendants shall file any reply within 30 days of the filing of plaintiff's

14  opposition.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1

DATED:  October 22, 2007

HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

By _____ /s/ Alexander M.R. Lyon _____
            Alexander M.R. Lyon

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK, and JANET I.
SWEARSON

DATED:  October 22, 2007

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

By _____ /s/ Daniel J. Pfefferbaum _____
            Daniel J. Pfefferbaum

Attorneys for Plaintiff and Proposed Lead Plaintiff

SO ORDERED.

DATED:  _____

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT AND
DEFENDANTS' RESPONSE THERETO
CASE NO. CV-07-04972 CW