MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, | Case No. CV-07-04972 CW |
| Plaintiff, | CLASS ACTION |
| vs. | |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON | **CERTIFICATE OF SERVICE** |
| Defendants, | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Dina Lewis, am a citizen of the United States, over 18 years of age and not a party to this action. On October 22, 2007, I served copies of the foregoing STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO on counsel in this action by U.S. Mail, postage prepaid addressed to:

> Mary K. Blasy, Esq.
> Coughlin Stoia Geller Rudman & Robbins LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101

I declare under penalty of perjury that the statements made above are true and correct. Executed at Menlo Park, California on October 22, 2007.

　　　　　　　　　　　　　　／s/Dina Lewis
　　　　　　　　　　　　　　Dina Lewis