1  MICHAEL L. CHARLSON (Bar No. 122125)
   LAURENCE A. WEISS (Bar No. 164638)
2  ALEXANDER M. R. LYON (Bar No. 211274)
   HELLER EHRMAN LLP
3  275 Middlefield Road
   Menlo Park, California  94025-3506
4  Telephone: (650) 324-7000
   Facsimile: (650) 324-0638
5  Michael.Charlson@hellerehrman.com
   Laurence.Weiss@hellerehrman.com
6  Alexander.Lyon@hellerehrman.com

7  Attorneys for Defendants
   THRESHOLD PHARMACEUTICALS, INC.,
8  HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA
11                        OAKLAND DIVISION

12

13  JERRY TWINDE,                          Case No. CV-07-04972 CW

14                    Plaintiff,           CLASS ACTION

15      vs.
                                           STIPULATION AND [PROPOSED]
16  THRESHOLD PHARMACEUTICALS,             ORDER RE FILING OF FIRST
    INC., HAROLD "BARRY" E. SELICK,        AMENDED COMPLAINT AND
17  and JANET I. SWEARSON                  DEFENDANTS' RESPONSE THERETO

18                    Defendants,

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT AND
DEFENDANTS' RESPONSE THERETO
CASE NO. CV-07-04972 CW

1    WHEREAS on July 5, 2007, plaintiff Jerry Twinde ("Plaintiff") filed a class action

2 complaint against defendants Threshold Pharmaceuticals, Inc., Harold E. Selick, and Janet

3 I. Swearson ("Defendants") in the United States District Court for the Southern District of

4 New York entitled *Twinde v. Threshold Pharmaceuticals, Inc et al.*;

5    WHEREAS on July 10, 2007, a second class action complaint was filed against

6 Defendants in the United States District Court for the Southern District of New York

7 entitled *Gilbert v. Threshold Pharmaceuticals, Inc. et al.*;

8    WHEREAS on September 4, 2007, Michael Hentosh ("Proposed Lead Plaintiff")

9 filed a motion to be appointed to serve as lead plaintiff and to approve selection of

10 Plaintiff's counsel as lead counsel;

11    WHEREAS on September 17, 2007, the Court ordered that the *Twinde* and *Gilbert*

12 actions be transferred to the United States District Court for the Northern District of

13 California;

14    WHEREAS on September 26, 2007, the *Twinde* and *Gilbert* actions were refiled in

15 the Northern District of California;

16    WHEREAS on October 5, 2007, counsel for Plaintiff and for Proposed Lead Plaintiff

17 refiled the motion seeking appointment as lead plaintiff in this Court;

18    WHEREAS no other motion to be appointed to serve as lead plaintiff has been filed;

19    WHEREAS, if Plaintiff or Proposed Lead Plaintiff is appointed lead plaintiff, or if

20 Plaintiff's counsel is appointed as lead counsel, lead plaintiff will file an amended and

21 consolidated complaint; and

22    WHEREAS on October 11, 2007, this Court consolidated the *Twinde* and *Gilbert*

23 actions;

24    WHEREAS the parties have not previously requested any extension of time in this

25 Court;

26 ///

27 ///

28 ///

1

1    IT IS HEREBY STIPULATED and agreed by and among the undersigned counsel

2  on behalf of their respective clients that:

3    1.    Defendants need not respond to the complaint previously filed by Plaintiff's

4  counsel;

5    2.    If Proposed Lead Plaintiff is appointed lead plaintiff, or if Plaintiff's counsel

6  is appointed as lead counsel, lead plaintiff shall file an amended and consolidated complaint

7  within 45 days of the order appointing lead plaintiff;

8    3.    If an amended and consolidated complaint is filed, Defendants shall answer,

9  move to dismiss, or otherwise respond to the amended and consolidated complaint within

10  45 days of the filing of the amended and consolidated complaint;

11    4.    If Defendants move to dismiss the amended and consolidated complaint, lead

12  plaintiff shall file his opposition within 45 days of the filing of Defendants' motion to

13  dismiss, and Defendants shall file any reply within 30 days of the filing of plaintiff's

14  opposition.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1    DATED:  October 22, 2007

2                                         HELLER EHRMAN LLP
                                         275 Middlefield Road
3                                         Menlo Park, California  94025-3506
                                         Telephone: (650) 324-7000
                                         Facsimile: (650) 324-0638

4

5                                         By _____ /s/ Alexander M.R. Lyon _____
                                                        Alexander M.R. Lyon

6

7                                         Attorneys for Defendants
                                         THRESHOLD PHARMACEUTICALS, INC.,
8                                         HAROLD "BARRY" E. SELICK, and JANET I.
                                         SWEARSON

9

10   DATED:  October 22, 2007            COUGHLIN STOIA GELLER RUDMAN &
                                         ROBBINS LLP
11                                        100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
12                                        Telephone: (415) 288-4545
                                         Facsimile: (415) 288-4534

13

14                                        By _____ /s/ Daniel J. Pfefferbaum _____
                                                        Daniel J. Pfefferbaum
15

16                                        Attorneys for Plaintiff and Proposed Lead Plaintiff

17

18   SO ORDERED.

19   DATED:  ____10/25/07_____

20                                        _____
                                         HONORABLE CLAUDIA WILKEN
21                                        United States District Court Judge

22

23

24

25

26

27

28

                                         3