COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>  Defendants. | No. 4:07-cv-04972-CW<br><br>CLASS ACTION<br><br>NOTICE OF NON-OPPOSITION TO MOTION OF MICHAEL HENTOSH FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

1    On September 4, 2007, plaintiff Michael Hentosh ("Hentosh") filed a Motion of Michael Hentosh for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (hereafter "Lead Plaintiff Motion") in the Southern District of New York in *Jerry Twinde v. Threshold Pharmaceuticals, Inc.*, Civil Action No. 1:07-cv-06227-JSR. On September 26, 2007, the *Twinde* action was transferred to the Northern District of California and subsequently consolidated with *Raymond L. Gilbert v. Threshold Pharmaceuticals, Inc.*, No. C 07-4971-PJH. *See* Order for Consolidation (Docket No. 9), October 11, 2007.

On October 4, 2007, Hentosh re-noticed the Lead Plaintiff Motion moving the Court for an order: (1) appointing Hentosh as Lead Plaintiff; (2) approving Hentosh's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") to serve as Lead Counsel; and (3) granting such other and further relief as the Court may deem just and proper. *See* Re-Notice of Motion of Michael Hentosh for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (Docket No. 6) at 1. A hearing was set for November 8, 2007.

Pursuant to Civil L.R. 7-3, any opposition to the Lead Plaintiff Motion was required to be filed by October 18, 2007. This date has now passed with no opposition having been filed, confirming that Hentosh is the most adequate plaintiff to represent the class under the Private Securities Litigation Reform Act of 1995. *See* 15 U.S.C. 78u-4(a)(3). Plaintiff hereby requests that the Court grant the Lead Plaintiff Motion, appointing Hentosh as Lead Plaintiff, and confirming his selection of Coughlin Stoia as Lead Counsel in this action.

DATED: November 2, 2007        COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                               DENNIS J. HERMAN
                               DANIEL J. PFEFFERBAUM


                                    /s/ Daniel J. Pfefferbaum
                                  DANIEL J. PFEFFERBAUM

                               100 Pine Street, Suite 2600
                               San Francisco, CA  94111
                               Telephone:  415/288-4545
                               415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Threshold\NOT00046960.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 2, 2007.

    /s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: dpfefferbaum@csgrr.com

# Mailing Information for a Case 4:07-cv-04972-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,larissa.soboleva@hellerehrman.com,jennifer.cygnor@hellerehrman.com,su

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mary K. Blasy**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101