IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TWINDE, On behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

THRESHOLD PHARMACEUTICALS INC.,

    Defendant.
_____/

No. C 07-4972 CW

<u>CLASS ACTION</u>

ORDER APPOINTING LEAD PLAINTIFF AND
APPROVING SELECTION OF LEAD COUNSEL

| | |
|---|---|
| RAYNOLD L. GILBERT, | No. C 07-4971 CW |
|     Plaintiff, | <u>CLASS ACTION</u> |
|   v. | |
| THRESHOLD PHARMACEUTICALS INC., | |
|     Defendant. | |
| _____/ | |

Having considered the motion of Michael Hentosh for appointment as Lead Plaintiff and approval of selection of Lead Counsel, the memorandum of law and the declaration of Mario Alba Jr. in support thereof and good cause appearing therefor, the Court hereby orders:

1. Michael Hentosh is appointed Lead Plaintiff for the Class pursuant to § 27 of the Securities Act of 1933 and § 21D of the Securities Exchange Act of 1934.

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel.

3. The parties shall proceed according to their stipulated schedule. If Defendants file a motion to dismiss, a case management conference will be held on the same date as the hearing on that motion. If Defendants do not file a motion to dismiss, a case management conference will be held on February 12, 2008 at 2:00 pm.

4. The hearing set for November 8, 2007 is vacated.

IT IS SO ORDERED

Dated: 11/5/07

CLAUDIA WILKEN
United States District Judge