1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   DANIEL J. PFEFFERBAUM (248631)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dherman@csgrr.com
   dpfefferbaum@csgrr.com
6
   Lead Counsel for Plaintiffs
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  JERRY TWINDE, On Behalf of Himself and   )   No. 4:07-cv-04972-CW
    All Others Similarly Situated,           )
                                             )   CLASS ACTION
13                         Plaintiff,        )
                                             )   STIPULATION AND [PROPOSED] ORDER
14      vs.                                  )   EXTENDING TIME FOR LEAD PLAINTIFF
                                             )   TO FILE CONSOLIDATED COMPLAINT
15  THRESHOLD PHARMACEUTICALS, INC.,         )
    et al.,                                  )
16                                           )
                           Defendants.       )
17  _____      )

1  WHEREAS, pursuant to the Order entered by the Court on November 5, 2007, lead plaintiff's consolidated complaint is due on December 20, 2007;

WHEREAS, lead plaintiff is still in the process of completing his investigation and contacting potential witnesses and counsel for lead plaintiff has responsibilities related to multiple summary judgment motions and *Daubert* challenges pending in other actions, including responses due December 17, 2007 in one action and a hearing on December 20, 2007 in a different action;

WHEREAS, counsel for lead plaintiff has requested, and counsel for defendants has agreed, that the deadline for lead plaintiff to file a consolidated complaint be extended to and include January 10, 2008;

WHEREAS, the parties have agreed that defendants should have until February 21, 2008 to respond by answering the consolidated complaint, moving to dismiss, or otherwise;

WHEREAS, if defendants file a motion to dismiss, the parties have agreed to modify the briefing schedule such that lead plaintiff will file an opposition to defendants' motion to dismiss by April 3, 2008; and defendants shall reply by May 1, 2008; and a hearing on any motion to dismiss shall be scheduled for May 15, 2008;

IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants, through their respective counsel of record that, subject to the Court's approval, lead plaintiff shall have until January 10, 2008 to file his consolidated complaint and defendants shall have until February 21, 2008 to respond. If defendants move to dismiss, lead plaintiff will oppose by April 3, 2008 and defendants will reply by May 1, 2008. The hearing on any motion to dismiss shall be scheduled for May 15, 2008.

DATED: December 5, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

/s/
DANIEL J. PFEFFERBAUM

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE
CONSOLIDATED COMPLAINT - 4:07-cv-04972-CW - 1 -

|   |   |   |
|---|---|---|
| 1 |   | 100 Pine Street, Suite 2600 |
| 2 |   | San Francisco, CA 94111 |
|   |   | Telephone: 415/288-4545 |
| 3 |   | 415/288-4534 (fax) |
| 4 |   | Lead Counsel for Plaintiffs |
| 5 | DATED: December 5, 2007 | HELLER EHRMAN LLP |
|   |   | LAURENCE A. WEISS |

/s/<br>LAURENCE A. WEISS

275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: 650/324-7000
650/324-0638 (fax)

Attorneys for Defendants THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE CONSOLIDATED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Laurence A. Weiss has concurred in this filing.

/s/<br>DANIEL J. PFEFFERBAUM

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, lead plaintiff shall have until January 10, 2008 to file his consolidated complaint and defendants shall have until February 21, 2008 to respond. If defendants file a motion to dismiss, plaintiff will oppose by April 3, 2008 and defendants will reply by May 1, 2008. A hearing will be scheduled for May 15, 2008.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Threshold\S_O00047643.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE
CONSOLIDATED COMPLAINT - 4:07-cv-04972-CW                                                                                       - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2007.

    s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:dpfefferbaum@csgrr.com

**Mailing Information for a Case 4:07-cv-04972-CW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,larissa.soboleva@hellerehrman.com,jennifer.cygnor@hellerehrman.com,susan.griffinpreston@hellerehrman.com,karen.strong@h

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```