COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　　Defendants. | No. 4:07-cv-04972-CW<br><br><u>CLASS ACTION</u><br><br>AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE CONSOLIDATED COMPLAINT<br>　AS MODIFIED |

1  WHEREAS, pursuant to the Order entered by the Court on November 5, 2007, lead plaintiff's consolidated complaint is due on December 20, 2007;

WHEREAS, lead plaintiff is still in the process of completing his investigation and contacting potential witnesses and counsel for lead plaintiff has responsibilities related to multiple summary judgment motions and *Daubert* challenges pending in other actions, including responses due December 17, 2007 in one action and a hearing on December 20, 2007 in a different action;

WHEREAS, counsel for lead plaintiff has requested, and counsel for defendants has agreed, that the deadline for lead plaintiff to file a consolidated complaint be extended to and include January 15, 2008;

WHEREAS, the parties have agreed that defendants should have until February 29, 2008 to respond by answering the consolidated complaint, moving to dismiss, or otherwise;

WHEREAS, if defendants file a motion to dismiss, the parties have agreed to modify the briefing schedule such that lead plaintiff will file an opposition to defendants' motion to dismiss by April 14, 2008; and defendants shall reply by May 29, 2008; and a hearing on any motion to dismiss shall be scheduled for June 12, 2008;

IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants, through their respective counsel of record that, subject to the Court's approval, lead plaintiff shall have until January 15, 2008 to file his consolidated complaint and defendants shall have until February 29, 2008 to respond. If defendants move to dismiss, lead plaintiff will oppose by April 14, 2008 and defendants will reply by May 29, 2008. The hearing on any motion to dismiss shall be scheduled for June 12, 2008.

DATED: December 14, 2007           COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                   DENNIS J. HERMAN
                                   DANIEL J. PFEFFERBAUM


                                              /s/
                                   DANIEL J. PFEFFERBAUM

AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF
TO FILE CONSOLIDATED COMPLAINT - 4:07-cv-04972-CW                          - 1 -

|   |   |   |
|---|---|---|
| 1 |  | 100 Pine Street, Suite 2600 |
| 2 |  | San Francisco, CA  94111 |
|   |  | Telephone:  415/288-4545 |
| 3 |  | 415/288-4534 (fax) |
| 4 |  | Lead Counsel for Plaintiffs |
| 5 | DATED:  December 14, 2007 | HELLER EHRMAN LLP |
|   |  | LAURENCE A. WEISS |

                              /s/
                           LAURENCE A. WEISS

275 Middlefield Road
Menlo Park, California  94025-3506
Telephone:  650/324-7000
650/324-0638 (fax)

Attorneys for Defendants THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE CONSOLIDATED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Laurence A. Weiss has concurred in this filing.

                              /s/
                           DANIEL J. PFEFFERBAUM

\*   \*   \*

## O R D E R

PURSUANT TO STIPULATION, lead plaintiff shall have until January 15, 2008 to file his consolidated complaint and defendants shall have until February 29, 2008 to respond.  If defendants file a motion to dismiss, plaintiff will oppose by April 14, 2008 and defendants will reply by May 29, 2008.  A hearing will be scheduled for June 12, 2008.

IT IS SO ORDERED.  **THE CASE MANAGEMENT CONFERENCE IS ALSO CONTINED TO 6/12/08 @ 2:00 p.m.**

DATED: _____12/17/07_____       _____
                                                     THE HONORABLE CLAUDIA WILKEN
                                                     UNITED STATES DISTRICT JUDGE

T:\casesSF\threshold\S_O00047892 amended.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 14, 2007.

    s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:dpfefferbaum@csgrr.com

## Mailing Information for a Case 4:07-cv-04972-CW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,larissa.soboleva@hellerehrman.com,jennifer.cygnor@hellerehrman.com,susan.griffinpreston@hellerehrman.com,karen.strong@h

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```