1 | MICHAEL L. CHARLSON (Bar No. 122125)
  | LAURENCE A. WEISS (Bar No. 164638)
2 | ALEXANDER M. R. LYON (Bar No. 211274)
  | HELLER EHRMAN LLP
3 | 275 Middlefield Road
  | Menlo Park, California 94025-3506
4 | Telephone: (650) 324-7000
  | Facsimile: (650) 324-0638
5 | Michael.Charlson@hellerehrman.com
  | Laurence.Weiss@hellerehrman.com
6 | Alexander.Lyon@hellerehrman.com

7 | Attorneys for Defendants
  | THRESHOLD PHARMACEUTICALS, INC.,
8 | HAROLD "BARRY" E. SELICK,
  | and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JERRY TWINDE, | Case No. CV-07-04972 CW |
|---|---|
| Plaintiff, | CLASS ACTION |
| vs. | |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON | **STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE IN RESPONSE TO CONSOLIDATED AMENDED COMPLAINT** |
| Defendants. | |

1     WHEREAS on December 17, 2007, the Court entered an Order, pursuant to
2 stipulation of the parties, providing that lead plaintiff shall have until January 15, 2008 to
3 file a consolidated complaint and defendants shall have until February 29, 2008 to respond,
4 and further providing that if defendants file a motion to dismiss, lead plaintiff will oppose
5 by April 14, 2008 and defendants will reply by May 29, 2008 and a hearing will be
6 scheduled for June 12, 2008; and
7     WHEREAS on January 15, 2008, lead plaintiff timely filed his consolidated
8 amended class action complaint; and
9     WHEREAS defendants anticipate filing a motion to dismiss the consolidated
10 amended class action complaint; and
11     WHEREAS counsel for defendants have requested, and counsel for lead plaintiff is
12 agreeable to, a revision to the existing schedule, pursuant to which defendants' time to
13 respond to the consolidated amended class action complaint shall be extended to and
14 including March 7, 2008, and lead plaintiff's time to oppose shall be extended to April 21,
15 2008, and the dates for defendants to reply and for the hearing shall be unchanged by this
16 stipulation; and
17     WHEREAS this proposed revision to the briefing schedule shall not affect the date
18 for the hearing on defendants' motion to dismiss;
19     IT IS THEREFORE HEREBY STIPULATED and agreed by and among the
20 undersigned counsel on behalf of their respective clients that defendants shall have until
21 March 7, 2008 to answer, move to dismiss, or otherwise respond to the consolidated
22 amended complaint, and if defendants move to dismiss, lead plaintiff shall have until April
23 21, 2008 to oppose, defendants shall have until May 29, 2008 to reply, and the hearing on
24 the motion to dismiss shall be scheduled for June 12, 2008.
25 ///
26 ///
27 ///
28 ///

1  SO STIPULATED.

DATED:  February 26, 2008          HELLER EHRMAN LLP

By     /s/ Laurence A. Weiss
          Laurence A. Weiss

275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

DATED:  February 26, 2008          COUGHLIN STOIA GELLER RUDMAN &
                                   ROBBINS LLP

By     /s/ Dennis J. Herman
          Dennis J. Herman

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Lead Plaintiff

* * *

I, Laurence A. Weiss, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Amending Briefing Schedule In Response To Consolidated Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Dennis J. Herman has concurred in this filing.

     /s/ Laurence A. Weiss
        Laurence A. Weiss

* * *

2
STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE IN RESPONSE TO
CONSOLIDATED AMENDED COMPLAINT
CASE NO. CV-07-04972 CW

## ORDER

PURSUANT TO STIPULATION, defendants shall have until March 7, 2008 to answer, move to dismiss, or otherwise respond to the consolidated amended complaint. If defendants move to dismiss, lead plaintiff shall have until April 21, 2008 to oppose, defendants shall have until May 29, 2008 to reply, and the hearing on the motion to dismiss shall be scheduled for June 12, 2008.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge