MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M.R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD E. "BARRY" SELICK
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>　　　　　　　　Defendants.<br>_____<br>RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>　　　　　　　　Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**DECLARATION OF ALEXANDER M.R. LYON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing Date:　June 12, 2008<br>Hearing Time:　2:00 p.m.<br>Place:　　　　　Courtroom 2, 4th Floor<br>Judge:　　　　　Hon. Claudia Wilken |

DECLARATION OF ALEXANDER M.R. LYON
CASE NO. 4:07-CV-04972-CW

I, Alexander M.R. Lyon, declare as follows:

I am an attorney licensed to practice in the State of California. I am an associate at the law firm of Heller Ehrman LLP, counsel for defendants Threshold Pharmaceuticals, Inc. ("Threshold"), Harold E. Selick, and Janet I. Swearson in these consolidated actions. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would testify competently thereto.

1. Attached hereto as **Exhibit A** is a true and correct copy of the registration statement for Threshold's February 2005 initial public offering, filed with the Securities and Exchange Commission ("SEC") on February 3, 2005.

2. Attached hereto as **Exhibit B** is a true and correct copy of an Initial Statement of Beneficial Ownership of Securities (Form 3) filed with the SEC on February 3, 2005, on behalf of Harold E. Selick.

3. Attached hereto as **Exhibit C** is a true and correct copy of a May 19, 2005, press release issued by Threshold.

4. Attached hereto as **Exhibit D** is a true and correct copy of an article reporting the results of a study of TH-070 conducted in Bari, Italy, entitled *Clinical Evidence Supporting the Role of Lonidamine for the Treatment of BPH*, by P. Ditonno, M.D., *et al.*, published in Reviews in Urology, Vol. 7, Suppl. 7, 2005.

5. Attached hereto as **Exhibit E** is a true and correct copy of an August 18, 2005, press release issued by Threshold.

6. Attached hereto as **Exhibit F** is a true and correct copy of a September 20, 2005, analyst report issued by Fortis Bank.

7. Attached hereto as **Exhibit G** is a true and correct copy of the registration statement for Threshold's October 2005 follow-on offering, filed with the SEC on October 3, 2005.

8. Attached hereto as **Exhibit H** is a true and correct copy of an audio recording of a March 1, 2006 investor conference call hosted by Threshold.

9. Attached hereto as **Exhibit I** is a true and correct copy of a certified transcription of the audio recording attached as Exhibit H.

1   10.   Attached hereto as **Exhibit J** is a true and correct copy of a Statement of Changes in Beneficial Ownership of Securities (Form 4) filed with the SEC on March 20, 2006, on behalf of Michael Powell in connection with a sale of stock by Sofinnova Venture Partners V, L.P.

11.   Attached hereto as **Exhibit K** is a true and correct copy of a May 11, 2006 press release issued by Threshold.

12.   Attached hereto as **Exhibit L** is a true and correct copy of an audio recording of a May 11, 2006, investor conference call hosted by Threshold.

13.   Attached hereto as **Exhibit M** is a true and correct copy of a certified transcription of the audio recording attached as Exhibit L.

14.   Attached hereto as **Exhibit N** is a true and correct copy of a July 17, 2006, press release issued by Threshold.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of March, 2008, at Menlo Park, California.

By /s/Alexander M.R. Lyon
ALEXANDER M.R. LYON