# Exhibit B

Case 4:07-cv-04972-CW     Document 20-3     Filed 03/07/2008     Page 1 of 5

# THRESHOLD PHARMACEUTICALS INC

FORM 3
(Initial Statement of Beneficial Ownership)

Filed 2/3/2005 For Period Ending 2/3/2005

| | |
|---|---|
| Address | 1300 SEAPORT BOULEVARD |
| | REDWOOD CITY, California 94063 |
| Telephone | 650 474 8200 |
| CIK | 0001183765 |
| Fiscal Year | 12/31 |

Generated by EDGAR Online Pro
http://pro.edgar-online.com



Contact EDGAR Online
Customer Service: 203-852-5666
Corporate Sales: 212-457-8200

**FORM 3**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

**OMB APPROVAL**
OMB Number: 3235-0104
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

## INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * <br><br>**SELICK HAROLD E** <br>(Last) (First) (Middle) <br><br>**C/O THRESHOLD PHARMACEUTICALS, INC., 1300 SEAPORT BOULEVARD, 5TH FLOOR** <br>(Street) <br><br>**REDWOOD CITY, CA 94063** <br>(City) (State) (Zip) | 2. Date of Event Requiring Statement (MM/DD/YYYY) <br>**2/3/2005** <br><br>5. If Amendment, Date Original Filed (MM/DD/YYYY) | 3. Issuer Name and Ticker or Trading Symbol <br>**THRESHOLD PHARMACEUTICALS INC [THLD]** <br><br>4. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br>__ X __ Director        _____ 10% Owner <br>__ X __ Officer (give title below)     _____ Other (specify below) <br>**Chief Executive Officer /** <br><br>6. Individual or Joint/Group Filing (Check Applicable Line) <br>_ X _ Form filed by One Reporting Person <br>___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Beneficially Owned

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock | 464252 (1) (2) | D | |
| Common Stock | 455401 (1) (3) | D | |
| Common Stock | 121400 (1) (4) | D | |
| Common Stock | 6072 (1) | I | held by daughter (5) |
| Common Stock | 6072 (1) | I | held by son (5) |
| Common Stock | 73812 (1) | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 4) | 2. Date Exercisable and Expiration Date (MM/DD/YYYY) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

**Explanation of Responses:**

(1) Reflects a 1 for 1.6469 reverse stock split effective as of January 26, 2005.
(2) 154,751 shares subject to a right of repurchase by Threshold Pharmaceuticals, Inc. which right of repurchase will lapse in equal monthly installments beginning March 1, 2005.
(3) 360,526 shares subject to a right of repurchase by Threshold Pharmaceuticals, Inc. which right of repurchase will lapse in equal monthly installments beginning February 10, 2005.
(4) Subject to a right of repurchase by Threshold Pharmaceuticals, Inc. which right of repurchase will lapse as to 25% of the shares on May 12, 2005 and 1/48 of the shares in equal monthly installments beginning June 12, 2005.
(5) The reporting person has voting control of the shares and disclaims beneficial ownership of the shares.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **SELICK HAROLD E**<br>**C/O THRESHOLD PHARMACEUTICALS, INC.**<br>**1300 SEAPORT BOULEVARD, 5TH FLOOR**<br>**REDWOOD CITY, CA 94063** | X | | **Chief Executive Officer** | |

**Signatures**

| /s/ David L Southern, Attorney-in-Fact | 2/3/2005 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
\* If the form is filed by more than one reporting person, *see* Instruction 5(b)(v).
\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

```
THRESHOLD PHARMACEUTICALS, INC.

POWER OF ATTORNEY

Know all by these presents, that the undersigned hereby constitutes
and appoints each of Harold E. Selick, Janet I. Swearson and David
Southern signing singly, the undersigned's true
and lawful attorney-in-fact to:

(1) execute for and on behalf of the undersigned, in the
undersigned's capacity as an officer and/or director of
Threshold Pharmaceuticals, Inc., a Delaware corporation (the "Company"),
Forms 3, 4, and 5 in accordance with Section 16(a) of the
Securities Exchange Act of 1934 and the rules thereunder;

(2) do and perform any and all acts for and on behalf of
the undersigned which may be necessary or desirable to
complete and execute any such Form 3, 4, or 5, complete
and execute any amendment or amendments thereto, and timely
file such form with the United States Securities and
Exchange Commission and any stock exchange or
similar authority; and

(3) take any other action of any type whatsoever in connection
with the foregoing which, in the opinion of such attorney-in-fact,
may be of benefit to, in the best interest of, or legally
required by, the undersigned, it being understood that the
documents executed by such attorney-in-fact on behalf of the
undersigned pursuant to this Power of Attorney shall be in such
form and shall contain such terms and conditions as such
attorney-in-fact may approve in such attorney-in-fact's discretion.

The undersigned hereby grants to each such attorney-in-fact full
power and authority to do and perform any and every act and thing
whatsoever requisite, necessary, or proper to be done in the
```

```
exercise of any of the rights and powers herein granted,
as fully to all intents and purposes as the undersigned might
or could do if personally present, with full power of
substitution or revocation, hereby ratifying and confirming
all that such attorney-in-fact, or such attorney-in-fact's
substitute or substitutes, shall lawfully do or cause to be
done by virtue of this Power of Attorney and the rights and
powers herein granted. The undersigned acknowledges that the
foregoing attorneys-in-fact, in serving in such capacity at the
request of the undersigned, are not assuming, nor is the
Company assuming, any of the undersigned's responsibilities
to comply with Section 16 of the Securities Exchange Act of 1934.

This Power of Attorney shall remain in full force and effect
until the undersigned is no longer required to file
Forms 3, 4, and 5 with respect to the undersigned's holdings
of and transactions in securities issued by the Company,
unless earlier revoked by the undersigned in a signed
writing delivered to the foregoing attorneys-in-fact.

IN WITNESS WHEREOF, the undersigned has caused this
Power of Attorney to be executed as of this 25 day of January 2005.

/s/ Harold E. Selick
Signature

Harold E. Selick
Print Name
```

**End of Filing**



© 2005 | EDGAR Online, Inc.