# Exhibit H-MANUALLY FILED