# Exhibit I

1

2

3

4

5

6

7

8

9

10

11

12

13                **LEGAL-WORLD INTERPRETING**

14          **Threshold Pharmaceuticals Fourth**

15       **Quarter and Year End 2005 Earnings**

16                         **Call**

17                   **March 1, 2006**

18

19

20

21

22

23

24

25

```
1              [START FINANCIALCONFCALLHELLEREHRMAN MP3]

2          OPERATOR:  Good day, everyone, and welcome

3      to Threshold Pharmaceutical's Fourth Quarter and

4      Year End 2005 Conference Call.  Today's

5      conference is being recorded.

6          At this time, for opening remarks and

7      introductions, I would like to turn the call

8      over to the Senior Director of Corporate

9      Communications, Ms. Denise Powell.  Please go

10     ahead.

11         MS. DENISE POWELL:  Good afternoon, and

12     welcome to Threshold's Conference Call.  With me

13     are Barry Selick, Chief Executive Officer;

14     Michael Ostrach, Chief Operating Officer; Janet

15     Swearson, Chief Financial Officer; and Alan

16     Colowick, Threshold's Chief Medical Officer.

17         Before we begin, I would like to make the

18     following disclaimer.  The financial results

19     conference call will include forward-looking

20     statements regarding Threshold's cash position

21     and requirements, anticipated losses, product

22     candidates, clinical trial progress and results

23     and potential therapeutic used and benefits of

24     our product candidates.

25         These statements involve risks and
```

1    uncertainties that can cause actual results to

2    differ materially from those in such forward-

3    looking statements.  Potential risks and

4    uncertainties include but are not limited to

5    Threshold's ability to initiate, enroll and

6    complete its anticipated clinical trials, the

7    time and expense required to conduct such

8    clinical trials and the results of such clinical

9    trials, including not anticipated product safety

10   issues as well as efficacy results.

11        Further information regarding these and

12   other risks is included under the heading "Risk

13   Factors" in Threshold's quarterly report on Form

14   10-Q, which was filed with the SEC on November

15   10, 2005.  That is available from the SEC's web

16   site and on our web site under the heading

17   "Investors."

18        We undertake no duty to update to forward-

19   looking statement made in this conference call.

20        I will now turn the call over to Barry to

21   discuss Threshold's 2005 accomplishments and

22   2006 guidance.

23        MR. BARRY SELICK:  Thanks, Denise, and good

24   afternoon everyone and thank you for

25   participating in today's call.  I'm going to

1    review our recent and 2005 accomplishments and

2    year-end financials, and then we'll briefly

3    outline our 2006 guidance.

4        I'm especially pleased with 2005 because we

5    continued to advance our product pipeline.  And

6    in doing so, we achieved all of our key

7    milestones for the year.  We look forward to

8    achieving significant milestones in 2006.

9        As you know, we have three product

10   candidates in development, TH-070 for BPH,

11   glufosfamide for pancreatic cancer and 2-

12   Deoxyglucose for the potential treatment of

13   various solid tumors.

14       Here are just some of our 2005

15   accomplishments.  First, with respect to TH-070

16   in BPH, we initiated two placebo controlled,

17   multicenter studies this past summer, a 200-

18   patient Phase II dose-response study in the US

19   and a 480-patient Phase III efficacy study in

20   Europe.  We remain on track to have results from

21   both of these studies by year-end.

22       These studies followed positive Phase II

23   results that were published in the May 2005

24   edition of <u>Reviews in Urology</u>.  These data, if

25   replicated in our currently ongoing studies,

1    suggest that T-070 may address both goals of

2    therapy for the treatment of BTH, that is, rapid

3    symptom improvement as measured by the

4    International Prostate Symptom Score, as well as

5    treatment of the underlying disease.

6        Now on to glufosfamide.  This past December

7    we completed a Phase I study of glufosfamide

8    plus gemcitabine in the first-line treatment of

9    advanced solid tumors.  These data were

10   presented at the ASCO Gastrointestinal Cancer

11   Symposium this past January.

12       In summary, glufosfamide in combination with

13   gemcitabine was well tolerated in this study.

14   Pharmacokinetic analysis showed no significant

15   interaction between glufosfamide and

16   gemcitabine, and the dose of 4500 milligrams per

17   meter squared in combination with gemcitabine

18   was reached and is being taken forward in the

19   Phase II study, which is already underway.  Note

20   that this is the same dose that is being used in

21   our Phase III study as a single agent.

22       And for 2-Deoxyglucose, we're continuing our

23   ongoing Phase I study alone and in combination

24   with Taxotere in patients with various solid

25   tumors.

1          Operationally, we've achieved some

2     significant milestones as well.  We successfully

3     completed two major financings in 2005, our IPO

4     in February and our follow-on offering in

5     October, which raised sufficient funds,

6     approximately $100 million for the completion of

7     all of our ongoing clinical studies as well as

8     to provide operating capital for our existing

9     programs through 2007.

10          We also added two experienced senior

11     executives to our management team this past

12     year, Dr. Alan Colowick, our Chief Medical

13     Officer, and Michael Ostrach, our Chief

14     Operating Office and General Council.  We also

15     hired key Vice Presidents in the areas of

16     manufacturing, regulatory and clinical affairs.

17     These additions strengthen what already was the

18     nucleus of a world-class development

19     organization and support our evolution into a

20     fully integrated commercially driven

21     biopharmaceutical company.

22          In addition, at the beginning of this year,

23     the US Patent and Trademark Office awarded us

24     two key patents related to TH-070 and 2-

25     Deoxyglucose.  Importantly, the patent that we

1    were awarded for TH-070 provides us market
2    exclusivity for the product until 2024.
3        Now on to the financial results.  The net
4    loss for 2005 was $44.4 million compared to a
5    net loss of $23.6 million in 2004.  The loss
6    included non-cash stock compensation expenses of
7    $9.4 million for 2005 versus $6 million in the
8    previous year.
9        Total operating expenses for 2005 were $47.2
10    million versus $24 million in 2004.  This
11    increase primarily reflects increased cost to
12    advance the company's product pipeline including
13    two Phase III studies and three earlier-stage
14    clinical trials.
15        Cash usage during 2005 was $32 million, and
16    as of December 31, 2005, Threshold had $99.7
17    million in cash and marketable securities, which
18    includes the proceeds raised through our IPO and
19    follow-on public offering.
20        Now, regarding our guidance for 2006.  We
21    expect cash requirements, which exclude non-cash
22    stock compensation to be in the range of $48
23    million to $55 million.  We continue to expect
24    cash to last through the end of 2007.  We do
25    expect the net loss for 2006 to exceed our cash

1     requirements due to non-cash compensation

2     expenses.

3          With TH-070, we expect both the US Phase II

4     dose response study and the European Phase III

5     efficacy study to yield results by the end of

6     this year.  Many of you have asked when we would

7     complete enrollment, which we do not disclose.

8     However, we will tell you when enrollment has

9     completed, and at that time we'll be able to

10    give you an estimate of when we expect to

11    disclose the results.

12         In 2006, we will also start additional

13    smaller TH-070 studies that will be supportive

14    of the overall program.  With glufosfamide, the

15    28-patient Phase II combination study with

16    gemcitabine is underway.  Early response data

17    will be available by year-end.  As you know, in

18    cancer studies, survival data is often more

19    interesting than early response data, and to

20    that end, the six-month survival data should be

21    available in the first half of 2007.

22         Enrollment in the Phase III registration

23    study of glufosfamide in second-line pancreatic

24    cancer patients is ongoing and we continue to

25    expect results by year-end.  As for additional

1   indications for glufosfamide, we're committed

2   to starting at least one study with glufosfamide

3   this year in an indication other than pancreatic

4   cancer.  We'll announce specific tumor types and

5   populations when we commence enrollment.

6       And for our 2-Deoxyglucose Phase I study,

7   there will be data from 22 patients in this

8   study presented at the AACR meeting in April,

9   and we expect topline results by year-end.

10      In the near-term, we will have data

11  presentations, primarily pre-clinical and

12  discovery research, at several major relevant

13  medical conferences in the second quarter of

14  2006 including the American Association for

15  Cancer Research Annual Meeting, April 1st

16  through the 5th in Washington, D.C., and the

17  American Urologic Association Annual Meeting,

18  which takes play May 20th through the 25th in

19  Atlanta.

20      We also finally are hosting a small

21  introductory section at the AUA with some key

22  opinion leaders attending.  This is in the

23  planning stages, but you might want to save the

24  date, May 20th, around 5:00 p.m. in the evening

25  for this.

1      Now before I turn the call back to the

2   operator and start the Q&A session, I would just

3   like to tell you how excited we all are about

4   2006.

5      We recently had a visit to Threshold by one

6   of our clinical investigators from the Phase

7   I/II glufosfamide study in pancreatic cancer.

8   In the all-staff meeting, where she gave her

9   presentation on the disease, how patients and

10  their families choose to enroll in a clinical

11  trial of this type and a summary of the Phase I

12  data, it was truly inspirational for all of us

13  to hear that in this relatively modest study

14  patients appear to have already benefited from

15  this drug.

16     And as for TH-070 for the treatment of BPH,

17  over the past year we've spoken with patients

18  whose symptoms range from the inconvenient of

19  having to insist on isle seats when they travel

20  on a plane to those who wake up literally every

21  hour during the night to empty their bladders

22  and then have to rush to the bathroom.

23     If the ongoing studies replicate what we've

24  already demonstrated in our single-center Phase

25  II study,  then TH-070 in my opinion is going to

1   be truly a homerun for patients.

2        Now with that as an overview, let's move on

3   to the Q&A.

4        OPERATOR:  Thank you, sir.  To ask a

5   question, please press the star key follow by

6   the digit 1 on your touchtone telephone.  Also,

7   if you're listening on a speakerphone, you may

8   want to disengage your mute button to allow your

9   signal to reach our equipment.

10       So once again, that's star 1 to ask a

11  question, and we'll pause for just a moment to

12  assemble our question roster.

13       Star 1 for questions, please.

14       We'll take our first question from Steve

15  Harr with Morgan Stanley.  Go ahead please.

16       MR. KEVIN CONNNOR:  Hi.  This is Kevin

17  Connor [phonetic] for Steve.  I have two

18  questions.  It would be helpful is you could

19  provide any additional color surrounding the

20  supportive studies you have planned for 070.

21  And if you--I mean, R&D in the fourth quarter

22  saw a pretty substantial increase sequentially.

23  If you could provide any color there as well on

24  how you expect that to trend over 2006 given as

25  you keep the cash burn guidance in mind?  Thank

1    you.

2        DR. ALAN COLOWICK:  Yeah, Kevin, this is

3    Alan Colowick, the Chief Medical Officer.  I can

4    take the first question in terms of studies

5    which we are anticipating beginning in 2006,

6    this year, in support of the TH-070 program.

7        We're anticipating getting three studies

8    this year.  One of them is a fairly classical

9    clinical pharmacology study that will I think

10   provide very important information for us around

11   various PK characteristics, as well as other

12   abni-type [phonetic] of data.

13       The second study is a study which is

14   designed to address the effects of TH-070 on

15   permatogenesis.  And then finally, a very

16   interesting study, one which I think will

17   generate a lot of very interesting data in men

18   who are scheduled for a radical prostatectomy,

19   who have prostate cancer.  We'll be treating

20   these men first with lonidamine and then

21   examining the surgical specimen to see what the

22   effect is of lonidamine on the prostate.  We

23   expect to, as I said, initiate all of these

24   studies this year.

25       MS. JANET SWEARSON:  And Kevin, this is

1    Janet Swearson.  Could you tell me the

2    increase that you were looking for again?

3        MR. KEVIN CONNOR:  Sure.  So R&D in the

4    fourth quarter just sequentially saw an up tick

5    and I just wanted to see how--what we can expect

6    in terms of this trend over '06.

7        MS. JANET SWEARSON:  Okay.  So yes, there

8    was an increase in '04.  Now it was primarily

9    due to the clinical trials because we had

10   started the Phase II and the Phase III for BTH.

11       MR. KEVIN CONNOR:  Right.

12       MS. JANET SWEARSON:  And as you know, those

13   trials will be ongoing through 2006.  We--the

14   guidance that we gave was at--we gave cash

15   guidance and that would be in the range of 48 to

16   55.  So you can factor out what portion of that

17   would be R&D.

18       MR. KEVIN CONNOR:  But in terms of run-rate,

19   we can see--we can assume that as a new base

20   tick-up?

21       MS. JANET SWEARSON:  I think that's a pretty

22   safe assumption.

23       MR. KEVIN CONNOR:  Thank you.

24       OPERATOR:  We'll take our next question from

25   Joel Sendek with Lazard Capital Markets.  Go

1    ahead, please.

2        MR. JOEL SENDEK:  Hi.  To be clear, you're

3    not going to give any of the enrollment until

4    it's fully enrolled for TH-070.

5        MR. BARRY SELICK:  Yes, that's right, Joel.

6        MR. JOEL SENDEK:  Okay.  So I can't even

7    kind of get a feel for maybe how many patients

8    are in or anything like that right now.

9        MR. BARRY SELICK:  No.  I mean, no we stick

10   to the guidance that, you know, we're shooting

11   to report the results for the trial by year-end.

12   And we're throwing you a bone by at least

13   offering to tell you when we've completed the

14   enrollment, although, can't project at this

15   point when that will be.

16       MR. JOEL SENDEK:  Okay.  But is it safe to

17   say that's everything's going along as you'd

18   expected and you're not changing your guidance

19   as far as data by year-end and--

20       MR. BARRY SELICK:  [Interposing] Yes, that's

21   true.

22       MR. JOEL SENDEK:  Okay.  And then I just

23   had--in thinking about how the drug works, one

24   question I had, I mean, just more

25   mechanistically, which is why does TH-070 act as

1    quickly as it does.  Can you just talk about

2    that for a couple minutes?

3        DR. ALAN COLOWICK:  Yeah, sure.  Well, I

4    think, you know, one of the things that we

5    believe in terms of the mechanism of action for

6    TH-070 is that it disrupts glycolysis.  And

7    glycolysis in prostatic epithelial cells is

8    really a fundamental property for the survival

9    of those cells.  And so our belief is that by

10   inhibiting glycolysis, we induce apoptosis and

11   that's, as Barry alluded to earlier, really

12   addressed both important aspects of BPH, that

13   is, interrupting the disease progression or even

14   reversing it by shrinking the prostate and

15   imparting symptomatic relief.

16       And in terms of why the second part is true,

17   why the symptom relief appears to be more rapid,

18   we believe it's directly tied back to the

19   mechanism of action of the drug and its very

20   rapid effect on the prostatic epithelial cells.

21       MR. JOEL SENDEK:  So the study you mentioned

22   in the pre-prostatectomy patients might give

23   further evidence to this, presumably, because

24   you would give the drug on a--and see a pretty

25   quick response and be able to actually measure

1    it.  Is that one of the purposes or--

2         DR. ALAN COLOWICK:  [Interposing] Yeah.  I--

3         MR. JOEL SENDEK:  --am I thinking about that

4    wrong?

5         DR. ALAN COLOWICK:  Yeah.  No, I think

6    that's--it's a good point.  I want to be clear

7    that that--the study in men with prostate cancer

8    isn't designed really primarily to look at the

9    symptomatic relief of any lower urinary tract

10   symptoms that may coexist in these men with TH-

11   070.  That's not an inclusion criteria for these

12   men, in fact, to even have lower urinary tract

13   symptoms.

14        But what we feel quite certain about, just

15   epidemiologically, is that the vast majority of

16   these men will certainly have histological

17   evidence of BPH.  They may also have clinical

18   evidence.  But they'll certainly have

19   histological evidence of BPH as well as

20   potentially prostatic intraepithelial neoplasia.

21   And from the study, we'll be able to get at

22   least some, I think, hypothesis-generating data

23   around what the effect of TH-070 on all of those

24   cells and all of those types, both BPH,

25   prostatic intraepithelial neoplasia or PIN and

1    adenocarcinoma.

2         MR. JOEL SENDEK:  Mm-hmm.  When will that

3    study--presumably, we won't have data for any of

4    these studies until next year if they only start

5    at some point this year.  Is that right?

6         DR. ALAN COLOWICK:  I think, you know, we

7    anticipate starting this study this year, as I

8    said.  I think once enrollment begins in that

9    study and we have some sense of the pace, as the

10   year goes on, we may give guidance about when we

11   might see data from that study.

12        MR. JOEL SENDEK:  Thanks a lot.

13        DR. ALAN COLOWICK:  MM-hmm.

14        OPERATOR:  We'll no go to Brian Lehan

15   [phonetic] with Forus Bank [phonetic].  Go

16   ahead, please.

17        MR. BRIAN LEHAN:  Hi.  Thanks a lot for

18   taking the question.  Just a quick question

19   jumping back to the glufosfamide combo trial.

20   Is anybody still on therapy right now?

21        DR. ALAN COLOWICK:  Yes.  There are patients

22   still on therapy, which is an important point.

23   So we're still following patients for response

24   on that study.  The data which was presented in

25   January represented the data on the 19 patients

1    who were necessary to assess the maximum

2    tolerated dose or, in this case, the highest

3    dose that we planned to study was tolerated.

4    But patients from both that cohort and earlier

5    cohorts remained on study and are--and continue

6    to be assessed for response.

7        MR. BRIAN LEHAN:  And I guess a follow-up

8    there would be has anybody transitioned into a

9    partial response and are there any pancreatic

10   patients among these patients?

11       DR. ALAN COLOWICK:  So the first--I'll

12   answer the second question first, which is yes,

13   there were two patients with pancreatic cancer,

14   who--amongst those initial 19 patients.  At this

15   time, I think that beyond what was reported in

16   the poster at ASCO I'm not prepared to discuss

17   publicly.  I will say that response is still

18   being assessed and as those data become final

19   and confirmed then we'll be able to give more

20   guidance.

21       I'll remind you that there was an overall

22   approximately 60% stable disease rate, that is

23   10 out 17 patients, and a very interesting

24   patient with ovarian cancer who just barely

25   missed the RECIST criteria for a partial

1    response, had a 27% reduction in her tumor,

2    but clinically a very impressive response.  And

3    so in addition to those other 17 patients, we

4    will continue to assess the potential for

5    response in the pancreatic cancer patient.

6        And then just to remind you, of course,

7    we've now begun enrollment into the Phase II

8    portion of that study where we'll enroll

9    approximately another 26 patients or so

10    specifically with pancreatic cancer patients at

11    the dose, the 4,500 milligrams per meter squared

12    dose of glufosfamide that we believe is most

13    active.

14        And then, so I think it will be that cohort

15    of patients that really give us the best handle

16    on response rate.

17        MR. BRIAN LEHAN:  Okay.  And then on BPH, in

18    patients who take alpha-blockers, since the

19    drugs don't seem to impact prostate growth, is

20    there a time window after which you could expect

21    alpha-blocker patients to kind of transition

22    onto other therapies as the prostate gets too

23    large for them to be effectively treated?

24        DR. ALAN COLOWICK:  Yeah.  You know, Brian,

25    I think that's a really good question and one

1    which is difficult to quantitate.  I think

2    qualitatively, it's certainly the case that

3    people expect that eventually men will fail

4    alpha-blockers due to growth of their prostate.

5    Of course, patients are different in the rate of

6    growth of their prostate as well as, depending

7    on the anatomical location, what that translates

8    to in terms of symptoms.  But most studies that

9    have a reasonable follow-up period, at least

10   from an epidemiological perspective, suggests

11   that men ultimately will fail alpha-blockers,

12   and when they do, either seek other forms of

13   medication or surgical procedures.  It's

14   estimated that about 10% of men who are on

15   medical therapy on an annual basis seek a

16   surgical alternative.

17        MR. BRIAN LEHAN:  Okay.  Thanks very much.

18        DR. ALAN COLOWICK:  Mm-hmm.

19        OPERATOR:  We have a question from Brett

20   Holley with CIBC World Markets.  Please go

21   ahead.

22        MR. BRETT HOLLEY:  Hi.  Yeah, Alan, I just

23   wanted to follow on this permatogenesis.  It's

24   the study that you're doing for TH-070.  Did you

25   say that the data would be this year or next?

1    Did you give specific guidance on when that

2    data would be?

3        DR. ALAN COLOWICK:  Yeah, Brett, I didn't

4    give any guidance at all on when we'll have the

5    data.  I did give the guidance that we will

6    start that study this year.

7        MR. BRETT HOLLEY:  Okay.  And then what's

8    the gating factors on--you know, as far as

9    timing on starting those small trials?

10       DR. ALAN COLOWICK:  What--I'm not quite sure

11   what you mean, Brett, by gating factors.

12       MR. BRETT HOLLEY:  I mean, you know, what

13   kind of resources, you know, do you have from

14   Marshall [phonetic] to start that study.  You

15   know, how fast can they get done theoretically?

16       DR. ALAN COLOWICK:  Yeah.  I think, so, each

17   of those studies is actually quite different.  I

18   can tell you that all of them are at the stage

19   where we're essentially just putting the

20   operational touches on them.  The protocols are

21   written.  They've been submitted to IRBs,

22   contracts, etcetera.

23       But each of those studies is quite different

24   in terms of the population and what we're--what

25   the conduct of the study is.  And at this point,

1    we're not planning to give any guidance around

2    when we expect to have data from any of those

3    studies.  I'll remind you specifically with

4    respect to this permatogenesis issue, we have

5    ongoing studies that also will be providing

6    data, so the US study, the Phase II study in the

7    US as well as some of the sites in the European

8    Phase III study.  We're collecting semen samples

9    along the way in those studies and we'll have

10    some information on this topic at the end of

11    this year when those two studies are complete.

12        MR. BRETT HOLLEY:  So that will be a part of

13    the topline data release or the data release at

14    the end of the year we'll expect for those

15    trails?

16        DR. ALAN COLOWICK:  Yes, at a topline level.

17    Now for this specific endpoint, follow-up may

18    still be ongoing.  And so I think we'll have to

19    see where we are with that at the end of the

20    year in terms of what we'll be able to disclose.

21        MR. BRETT HOLLEY:  Okay.  And the other

22    question was on TH-070's, you know, patent

23    protection and the steps you're taking to

24    further bolster that position there.  I

25    recognized that you had the one important patent

1    this year.  And what can we look for going

2    forward?  Is there any update on that.

3        MR. MICHAEL OSTRACH:  This is Michael

4    Ostrach.  We do have an issued US patent now

5    they issued in January that covers the use of

6    TH-070 for treatment of BPH.  We are pending

7    corresponding applications throughout the world

8    and, in particular, of course in Europe and in

9    Japan and have expectations that those patent

10   should be granted.

11       In addition to that very fundamental, I

12   think very protective patent, we have patent

13   applications involving various dosage

14   formulations and regimens for using the drug as

15   well as analogs and also applications covering

16   the mechanism itself.

17       So we think that we've covered it pretty

18   well.  We've tried to create a very strong and

19   long picket fence to protect this opportunity.

20       MR. BRETT HOLLEY:  Great.  Thanks very much,

21   Michael.

22       OPERATOR:  Just a reminder, to ask a

23   question, please press star 1.  Star 1 for

24   questions, please.  Well there appear to be no

25   further questions at this time, so I'll turn the

1    call back over to our speakers for any

2    additional or closing remarks.

3        MR. BARRY SELICK:  I think that's it from

4    our perspective.  We're happy, obviously, to

5    receive any questions that you might have

6    subsequently.  Just give either one of us a

7    call.  Denise, do you have any further comments?

8        MS. DENISE POWELL:  Nope.  Thanks for

9    listening to the call.

10       OPERATOR:  Well thank you.  Again, that does

11   conclude today's conference call.  We appreciate

12   your participation and you may now disconnect.

13       [END TRANSCRIPT]

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T E

2        The prior proceedings were transcribed from

3    audio files and have been transcribed to the

4    best of my ability.

5

6        Signature _Cindy Feldt_____

7        Date_____February 4, 2008_

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25