# Exhibit J

# THRESHOLD PHARMACEUTICALS INC

## FORM 4
(Statement of Changes in Beneficial Ownership)

### Filed 3/20/2006 For Period Ending 3/16/2006

| | |
|---|---|
| Address | 1300 SEAPORT BOULEVARD |
| | REDWOOD CITY, California 94063 |
| Telephone | 650 474 8200 |
| CIK | 0001183765 |
| Fiscal Year | 12/31 |

Powered By EDGAR Online
http://www.edgar-online.com/
© Copyright 2006. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Onlines Terms of Use.



**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**OMB APPROVAL**
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934,
Section 17(a) of the Public
Utility Holding Company Act of 1935 or Section 30(f) of the
Investment Company Act of 1940

| 1. Name and Address of Reporting Person * POWELL MICHAEL (Last) (First) (Middle) C/O SOFINNOVA VENTURE PARTNERS INC, 140 GEARY BLVD 10TH FLOOR (Street) SAN FRANCISCO, CA (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol THRESHOLD PHARMACEUTICALS INC [ THLD ] 3. Date of Earliest Transaction (MM/DD/YYYY) 3/16/2006 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) __X__ Director _____ 10% Owner _____ Officer (give title below) _____ Other (specify below) 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 3/16/2006 | | S | | 2444114 | D | $14.25 | 837791 | I | See footnote 1 (1) |
| Common Stock | 3/16/2006 | | S | | 80411 | D | $14.25 | 27563 | I | See footnote 2 (2) |
| Common Stock | 3/16/2006 | | S | | 37475 | D | $14.25 | 12846 | I | See footnote 3 (3) |

### Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

( **1)** (1) Shares are owned directly by Sofinnova Venture Partners V, L.P. (SVP). Sofinnova Management V 2005, L.L.C. (SM 2005) and Sofinnova Management V, L.L.C. (SM), the general partners of SVP, and Michael Powell (Powell), James Healy (Healy) and Alain Azan (Azan), the managing members of SM and SM 2005, may be deemed to have shared voting and dispositive power over the shares owned by SVP. SM, SM 2005, Powell, Healy and Azan disclaim beneficial ownership over the shares owned by SVP except to the extent of any pecuniary interest therein.

(2) (2) Shares are owned directly by Sofinnova Venture Affiliates V, L.P. (SVA). Sofinnova Management V, L.L.C. (SM), the general partner of SVA, and Michael Powell (Powell), James Healy (Healy) and Alain Azan (Azan), the managing members of SM, may be deemed to have shared voting and dispositive power over the shares owned by SVA. SM, Powell, Healy and Azan disclaim beneficial ownership over the shares owned by SVA except to the extent of any pecuniary interest therein.

(3) (3) Shares are owned directly by Sofinnova Venture Principals V, L.P. (SVPII). Sofinnova Management V, L.L.C. (SM), the general partner of SVPII, and Michael Powell (Powell), James Healy (Healy) and Alain Azan (Azan), the managing members of SM, may be deemed to have shared voting and dispositive power over the shares owned by SVPII. SM, Powell, Healy and Azan disclaim beneficial ownership over the shares owned by SVPII except to the extent of any pecuniary interest therein.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
| --- | --- | --- | --- | --- |
| | Director | 10% Owner | Officer | Other |
| **POWELL MICHAEL**<br>**C/O SOFINNOVA VENTURE PARTNERS INC**<br><br>**140 GEARY BLVD 10TH FLOOR**<br>**SAN FRANCISCO, CA** | X | | | |

**Signatures**

| | |
| --- | --- |
| /s/ Michael Powell | 3/20/2006 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*         If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*       Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.