**Exhibit L-MANUALLY FILED**