# Exhibit M

1

2

3

4

5

6

7  **Threshold Pharmaceuticals**

8  **Clinical Update On Th-070**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4          [START HELLER-EHRMAN2NDCONFCALL.MP3]

5          FEMALE VOICE:  Good day and welcome to the

6     Threshold Pharmaceutical conference call to

7     discuss the clinical update on TH-070.  This

8     call is being recorded.  At this time for

9     opening remarks and introductions, I would like

10    to turn the call over Deni--, to Denise Powell.

11    Please go ahead.

12         DENISE T. POWELL:  Good afternoon and

13    welcome to the conference call.  Before we begin

14    and I turn the call over to Barry Selick, our

15    chief off--, chief e--, executive officer.  I

16    would like to make these forward-looking

17    statements.  Except for statements of historical

18    fact, the statements in this, in this conference

19    call are forward-looking statements, including

20    statements regarding Threshold product

21    candidates and clinical trial progress and

22    results.  These statements involve risks and

23    uncertainties that can cause actual results that

24    differ materially from those in such forward-

25    looking statements.  Potential risks and

1    uncertainties include, but are not limited to,

2    Threshold's ability to complete its anticipated

3    clinical trials, the time and expense required

4    to conduct this clinical trial, issues arising

5    in the regulatory process, and the results of

6    such clinical trials, including product safety

7    issues and efficacy results.  Further

8    information regarding these and other risks is

9    included under the heading Risk Factors in

10   Threshold's Annual Report on form 10K, which was

11   filed with the Securities and Exchange

12   Commission on March 28, 2006, and is available

13   from the SEC's website and on our website as

14   well, under the heading Investors.  We undertake

15   no duty to update any forward-looking statement

16   made in this conference call.  Barry?

17       DR. BARRY SELICK: Thanks Denise and thank

18   you everyone for joining us on this call.  The

19   purpose of this is a follow-up to the press

20   release that, was just sent out literally five

21   or ten minutes ago.  As you all know, we've been

22   investigating various doses and durations of

23   treatment of TH-070 in our ongoing Phase II and

24   Phase III BPH trials.  We recently completed

25   dosing of all the patients in our U.S. Phase II

1     trial and 216 patients from that trial are

2     being followed up.  In our European and Canadian

3     Phase III study, however, we have observed three

4     serious adverse events relating to liver

5     toxicity, which has lead the FDA to impose a

6     partial clinical hold on additional studies in

7     the U.S.  Given that our highest priority in the

8     conduct of all of our clinical trials is patient

9     safety, we are taking the additional step of

10    discontinuing patient dosing in our Phase III

11    European and Canadian trial.  We should note

12    that as of tomorrow, all 567 patients in that

13    trial will have completed the first 28 days of

14    dosing.  Now obviously this is a disappointment

15    and given the human safety data previously

16    published for this drug, a surprise.  That said,

17    we have and will continue to compile a

18    tremendous amount of data for greater than 800

19    patients for 28 days of dosing of TH-070 and are

20    hopeful of being able to define a path forward

21    that will reflect an appropriate balance of

22    safety with efficacy for what we remain

23    convinced will be an important therapy for this

24    currently underserved disease.  So with that as

25    an intro, I am going to now ask our chief

1   medical officer, Alan Colowick, to describe in

2   detail the three serious adverse events, as well

3   as provide a summary of our discussions

4   regarding this with the FDA.  Alan?

5       DR. ALAN COLOWICK:  Thanks Barry.  I'll

6   describe the three SAEs in order and our two

7   interactions with the FDA and then importantly,

8   our plan moving forward.  The first SAE was

9   reported in a patient in Europe who had a

10  concomitant history of acute alcoholic

11  intoxication and presented clinically jaundiced

12  with a markedly elevated liver enzymes, as well

13  as elevated bilirubin level.  The patient had a

14  prolonged hospitalization and that was otherwise

15  unremarkable and we're happy to report that that

16  case has essentially resolved.  We had a

17  discussion with the FDA about this specific case

18  on April 10th, as well as the other data that we

19  had available to us at that time across all of

20  our studies.  We discussed with them the plan

21  for the study for which this patient was

22  enrolled, which was the European Phase III

23  study, which is not filed to the IND and

24  therefore not under their jurisdiction, but we

25  wanted to discuss it with them at any rate.  We

1    updated them on the progress of the Phase II

2    U.S. study and I think it's notable to say that

3    at that time, patients were still receiving

4    active study drug on that study.  The FDA felt

5    comfortable with our plan at that time, allowed

6    us to continue the plan to clinical program, and

7    move forward.  Recently we learned of two

8    additional cases, which are somewhat different

9    in nature, but still concerning from the

10   European Phase III study.  Again, after three

11   months of therapy, two separate patients had

12   markedly liver enzymes, this time not associated

13   with an increase in bilirubin.  These patients

14   clinically at the time of their presentation did

15   not appear to have any ill effects from the

16   elevated liver enzymes and although both

17   patients were subsequently hospitalized later,

18   neither patient was hospitalized initially as a

19   result of these elevations in liver enzymes.

20   They were hospitalized later primarily as a

21   cautionary measure.  These two cases are

22   ongoing.  We, they are not completely resolved;

23   however, at this time there doesn't appear to be

24   any other clinical sequelae associated with the

25   elevation in liver enzymes.  We promptly

1    reported this, these two additional cases to

2    the FDA and other regulatory agencies and had a

3    call with the FDA where we discussed the

4    additional cases, as well as the totality of the

5    program.  The FDA was aware that in the U.S. all

6    patients had completed dosing in the U.S. Phase

7    II studies, so all 216 patients had completed

8    their 28 days of therapy and that Threshold was

9    no longer planning to conduct additional trials

10   in the United States under the open IND.  During

11   the call, the FDA expressed their concern about

12   the liver toxicity and in a subsequent follow,

13   follow-up call the same day, notified Threshold

14   that we were being placed on partial clinical

15   hold reiterating again that they understood that

16   no patients were currently receiving active

17   dose, except for a additional cohort on a

18   clinical pharmacology study, which they agreed

19   could continue, but this was done as a

20   regulatory policy to prevent further clinical

21   trials from being initiated until we resolved

22   the partial clinical hold.  We had a discussion

23   with them about what that meant. We have not

24   received the formal letter from the FDA;

25   however, we think we have a, a reasonable sense

1   of what those issues are and the issues are

2   primarily related around, determining what is a

3   safe, both dose and duration of the drug to move

4   forward. We believe and, and I think FDA agrees

5   that that plan would look something like a

6   shorter duration certainly than has been use in

7   the, current, European study and, would, we

8   agreed that once we receive that letter, we

9   would respond with a complete response to the

10  partial clinical hold with, a data set that

11  would include the data from the ongoing clinical

12  programs, as well as completed, previous

13  completed studies, both clinical and

14  nonclinical.  The plan moving forward now is to

15  be very focused indeed, on the following.  First

16  of all, we feel we've taken the appropriate

17  steps to protect patient safety.  It was our

18  decision to, halt active dosing in the European

19  Phase III study.  We think that's the prudent

20  course of action currently; however, we're

21  focused on, getting the data in-house from both

22  the U.S. study, as well as the European study,

23  where we'll have greater than 700 patients total

24  who have received TH-070 for at least up to 28

25  days.  We expect that we will hear from the FDA,

1    formally, with the letter of partial clinical

2    hold and will promptly respond with a complete

3    response to the clinical hold once we've got all

4    of these data, adequately analyzed and

5    interpreted.  With that, I will turn it back

6    over to Barry.

7        DR. SELICK:  Thanks Alan.  That's basically

8    an update.  What we would like to do is, open

9    the mike for questions, so why don't we go

10   ahead.

11       FEMALE VOICE:  Thank you.  The question and

12   answer session will be held electronically.  If

13   you would like to ask a question, you may do so

14   by pressing the star key, followed by the digit

15   one on your touch-tone telephone.  If you are

16   using a speakerphone, please make sure your mute

17   function is turned off to allow your signal to

18   reach our equipment.  Once again, star one to

19   ask a question and we will pause for just a

20   moment to give everyone an opportunity to

21   signal. [pause] We will go first to Steve Harr

22   with Morgan Stanley.

23       MR. STEVE HARR:  A couple of questions.

24   First off, could you review the liver tox data,

25   from TH-070, in the oncology study.

1        DR. COLOWICK:  Can I review that?

2        MR. HARR:  Yeah, just, just--

3        DR. COLOWICK:  [interposing] Sure. As you

4    know, Steve, the data for us come primarily from

5    data which is published in the literature.  I'll

6    remind you that the drug was approved in,

7    multiple European countries since 19--, since

8    the mid 1980s for the cancer indication and in

9    the literature are, are, approximately 80

10   published studies, around 20 of which are

11   controlled clinical trials.  In those controlled

12   clinical trials, greater than, than 3500

13   patients are reported and in those studies,

14   there, was, there was not any evidence of

15   statistically significant differences in liver

16   toxicity between those patients who received

17   lonidamine versus those who did not.

18       MR. HARR:  But there are, there are trends,

19   correct?

20       DR. COLOWICK:  There are studies, in which

21   numerically, in some studies the, liver

22   toxicity, was, higher numerically, but certainly

23   nothing unlike some of the other side effects,

24   which clearly demonstrated a statistical

25   significance.  Nothing that came through in any

1    of the studies on that, in that regard.

2        MR. HARR:  Are there any of these patients

3    show, any manifestations of a functional

4    deficit, in liver function?

5        DR. COLOWICK:  Are you, you talking about

6    the cancer patients or three SAEs?

7        MR. HARR:  The three SAEs.

8        DR. COLOWICK:  Yes.  No--, none of them did,

9    so markers of, is the liver able to perform its

10   functions including things like glucose

11   homeostasis, synthesis of proteins such as

12   albumin, synthesis of clotting factors. In none

13   of these patients were there any abnormalities

14   in any of those types of assessments.

15       MR. HARR:  And what were the, the other, the

16   other patients who had, who had issues?   There

17   are three other patients?

18       DR. COLOWICK:  Yeah, we have three

19   additional, patients who we simply only have lab

20   data for primarily at this time who, come from

21   other studies, were not reported as SAEs, but we

22   felt that we should, should discuss those

23   patients, with the FDA and notify them about

24   those patients.  Those are patients for whom as

25   we bring the data in house and get the clinical

1    database now, from those patients, we'll know

2    a lot more about them in the future, but clearly

3    not nearly the same degree of elevation of liver

4    enzymes that we observed in the patients who

5    were reported as SAEs.

6        MR. HARR:  And were these SAEs in patients,

7    uh, on 50 or 150 mg of drug?

8        DR. COLOWICK:  The three SAEs occurred at,

9    at both doses.

10       MR. HARR:  And, when will we have efficacy

11   data?

12       DR. COLOWICK:  Well, we expect now to, as,

13   as we mentioned, all patients in the U.S. study

14   have completed their day 28 dosing and in Europe

15   now at this time actually tomorrow, all patients

16   there will have completed their day 28 dosing,

17   so if what you mean by efficacy data are the

18   data from, from these ongoing studies, we will

19   get those in house as quickly as we can and get

20   them analyzed.  We clearly expect that that will

21   occur during the third quarter.

22       MR. HARR:  Great.  Thank you.  I'll jump

23   back in the queue.

24       DR. COLOWICK:  Yeah, thanks.

25       FEMALE VOICE:  And we'll go next to Terrence

1    Flynn with Lazard.

2         MR. TERRENCE FLYNN:  Hi.  Thanks for taking

3    the question.  Just had a quick question.  If

4    you could review the timeline again as to your

5    interactions with the FDA.  I know the first one

6    occurred in April, but the second one I, I think

7    I might've missed it.

8         DR. COLOWICK:  Yeah, I didn't state

9    specifically Terrence, but we had that, we had

10   the, a, a couple of calls with the FDA

11   yesterday; afternoon was the last call with the

12   FDA.

13        MR. FLYNN:  Okay, great.  Thanks a lot.

14        DR. COLOWICK:  Mm-hm.

15        FEMALE VOICE:  And we'll go next to Mike

16   King with Rodman & Renshaw.

17        MR. MICHAEL KING:  Thanks for taking the

18   question. Just sort of following up, on the

19   previous questions.  I'm just wondering, Alan,

20   do we have a complete medical history of all of

21   these patients. Do we know what other, drugs

22   they were on?  Do we know anything about, you

23   know, their underlying health and whether there

24   were any, confounding factors?

25        DR. COLOWICK:  Yeah, we, we're in the

1    process of, of getting all.  Of those data of

2    course of the patients with SAEs, we have a fair

3    amount of data from their past medical history,

4    as well as additional diagnostic tests, which

5    we've have undertaken.  By in large, I think the

6    most notable event is in the first patient who

7    clearly had an, a history of recent increased

8    alcohol consumption and quite frankly,

9    clinically behaved differently than the other

10   two patients with SAEs, for whom ac--, acute

11   alcohol intoxication does not appear at least to

12   be, to, to be, a factor.  These patients, just

13   generally what I can tell you is that, they,

14   they obviously were healthy enough to meet our

15   inclusion/exclusion criteria, did not have any,

16   were not on any medications that would, we would

17   have predicted would predispose them to liver

18   toxicity, nor comorbid medical conditions.

19   We've undertaken a series of tests and have,

20   various amounts of data on each of these

21   patients with regard to their status for

22   infectious hepatitis, as well as, imaging, both

23   by ultrasound and in some cases CT scans of the

24   gallbladder, and the, and the liver. There were

25   no findings from that other than in the first

1    patient again.  The patient had, was able to

2    have, gallstones visualized by ultrasound, but

3    there wasn't dilatation of the bile duct

4    suggesting that there was an obstructive

5    posthepatic component to this enzyme elevation.

6    Early data, suggests that some of these

7    patients, while not having acute hepatitis A,

8    certainly have had previous exposure to

9    hepatitis A and that's something that I think we

10   need to follow up on.  And then finally, we are

11   in the process of evaluating the drug products,

12   which was used in these studies to rule out any,

13   any sort of instability or metabolites in the

14   drug product, which may have been associated

15   with this, but we don't have those data on any

16   of these patients yet.

17        MR. KING:  Okay, and if I might, just two,

18   two, quick follow-ups.  Number, number one: can

19   you tell us just, I mean, what criteria were you

20   using to, quantify these as SAEs?  Was it five

21   times upper limit of normal, ten times upper

22   limit of normal?

23        DR. COLOWICK:  Yeah.  Actually, our, our

24   cri--, we didn't specify because we weren't

25   expecting liver toxicity.  Quite frankly, we

1    didn't specify, pre-specify a level of liver

2    toxicity which would a priori cause, a--, an

3    event to be specified as an SAE.  This was

4    something that was in the judgment of the

5    investigator.  For all three of the patients at

6    some point now during their course, they've been

7    hospitalized, which automatically, qualifies

8    them as having an SAE.  I think the magnitude of

9    the elevation of the liver enzymes, even in the

10    absence of significant clinical symptoms were

11    concerning enough to the investigators that they

12    classified these as SAEs and we, quite frankly,

13    were in agreement with that.

14        MR. KING:  Ca--, but can you tell us what,

15    you know, what the measurements were, or, or "-

16    -"--

17        DR. COLOWICK:  [interposing] No, yeah, I'm,

18    I'm happy to do that in the three SAEs.  It was

19    a range.  Obviously the patient who, presented

20    with the, concomitant elevation in bilirubin;

21    the, the first patient, had an elevation in

22    their transaminases of approximately, 20 to 30x

23    at their peak and an elevation in their total

24    bilirubin of about 20x at its peak, all of which

25    have normalized now.  The two--

1      MR. KING:  [interposing] Sorry, bil--,

2  bilirubin was what?

3      DR. COLOWICK:  About a 20x increase over

4  upper limits of normal.

5      MR. KING:  [interposing] 20x?  Okay.

6      DR. COLOWICK:  The two patients with

7  isolated transaminase elevations are more in the

8  range of, 10x or so, roughly 10x, which in those

9  cases for, for what it's worth, uh, the ALT is

10  elevated disproportionately to the AST, which

11  was not the case in, in the first patient that I

12  described to you that had the alcohol

13  intoxication.  That ratio was, was reversed.

14      MR. KING:  Okay, thank you.  That's helpful.

15  And then finally, Alan, you mentioned, the 80

16  controlled trials in a cancer setting, I'm

17  sorry, 20 controlled out of 80--of which--

18      DR. COLOWICK:  [interposing] Right.

19      MR. KING:  What, up to what doses were used

20  in, in those trials?

21      DR. COLOWICK:  Yeah, I, I'm glad you asked

22  that Mike.  I should have mentioned it.  I'll

23  remind everyone that in the cancer setting, the

24  doses are roughly 3 to 6 times higher than the

25  doses used in the, BPH trials, highest dose used

1    in the BPH trials.  So the doses that were

2    used in most of those trials ranged from 450 to

3    900 mg per day, where the highest dose that

4    we're using in the BPH study is 150 mg and

5    importantly, in many of those studies we have

6    patients, they report patients who are on the

7    drug for many months to even years.  So to say

8    that this was surprising to us to see these

9    results I think based on from what we understood

10   from the published data at least, is an

11   understatement.  Clearly at much higher doses

12   and for longer periods of times, these kinds of

13   findings, while anecdotally potentially

14   reported, certainly there was no pattern in the

15   literature that would have suggested that this

16   is what we would have seen.

17        MR. KING:  Okay.  Thank you.

18        DR. COLOWICK:  Yes.

19        FEMALE VOICE:  I'm gonna to take our next

20   question from Brett Holley with CIBC World

21   Markets.

22        DR. BRETT HOLLEY: Yeah, my question concerns

23   when you actually saw the elevations in the

24   course of treatment, unless the three patients

25   in the European trial; was it, was it early in

1    treatment?  You know, just temporally, where,

2    where it was detected?

3        DR. COLOWICK:  Yeah.  All patients were

4    detected at their last visit on study drug,

5    which was after 12 weeks or 84 days of dosing.

6    It's notable that all patients after 28 days of

7    dosing had normal enzymes, both their

8    transaminases and their total bilirubin.  At the

9    time these patients were on that study, we

10   weren't looking at liver enzymes in, in between

11   that first month and third month of therapy.

12   We've since added after the first case was

13   reported we've, we've added now a, a month two,

14   assay, but for these three patients, I don't

15   know exactly when the onset was.  We just know

16   that it certainly occurred after their 28 days

17   of dosing.

18       DR. HOLLEY:  So at 28 days, all three of

19   those patients were entirely normal.

20       DR. COLOWICK:  Entirely normal.

21       DR. HOLLEY:  Is there any, I guess

22   mechanistic or PK explanation that you could

23   come up for the difference between the, the 28-

24   day and the 12-week difference?

25       DR. COLOWICK:  Yeah,it's a, a great question

1    and obviously one we're working hard to try to

2    understand.  There's nothing, there's nothing

3    that satisfies us as an explanation.  I will,

4    I'll remind you that the drug is, has a fairly

5    simple metabolism.  It's glucoronidated and then

6    excreted by the kidney.  There are, there are

7    enzymes, glucuronidation enzymes and some

8    differences amongst individuals.  With respect

9    to some of those enzymes, we have some of the

10   data we don't have back yet is looking at these

11   UGT 1A1 enzymes just to characterize that the

12   gene level these patients--which we'll do across

13   all the patients in the study now--to see if

14   there's some pattern, but other than that,

15   there's really nothing from a PK or mechanistic

16   perspective that, that, that we think is a

17   satisfactory explanation at this time.

18       DR. HOLLEY:  And I guess one final question.

19   Is there any difference in the manufacturing

20   between the, I mean the drug that was used in

21   the European trial versus the drug that was used

22   really in the oncology setting?

23       DR. COLOWICK:  Well--

24       DR. HOLLEY:  [interposing] Has there been

25   any changes in the manufacturing that could

1    account perhaps for a contaminant?

2         DR. COLOWICK:  Well, there, it's, it's the

3    same API, but the finishing of the product that

4    we've used for our clinical trial material was

5    different than the finishing, different, firm,

6    did the finishing of the product. And so it's

7    one of the things that we're very, obviously,

8    anxious to understand and we've, we're in the

9    process of retrieving the, medication from the

10   patients in these sites and will be doing the

11   analysis. Obviously, before we released the

12   material from this finisher, in terms of the

13   tests that are necessary to release clinical

14   trial materials, the, the drug product met all

15   of those specs that, that we would have had in

16   place, but that doesn't preclude the possibility

17   that something could've happened anywhere up

18   until the time that the patient took the drug

19   and that's something that, we clearly, are very

20   focused on trying to understand.

21        DR. HOLLEY:  Thanks.

22        DR. COLOWICK:  Mm-hm.

23        FEMALE VOICE:  And we'll go next to John

24   Wilson with Robert W. Baird & Company.

25        MR. JOHN WILSON:  Yeah, hi.  Thanks for

1    taking the question.  Actually, most of my

2    questions were already answered, but I was just

3    wondering if you could any way, in any way

4    provide clarity on the timeline for your

5    response to the FDA?

6         DR. COLOWICK:  Yeah, John, uh, I think what

7    I can tell you is obviously, we're going to, to

8    put in as rapid and quality a response to this,

9    to this notification as we can.  First of all,

10   we have to receive the formal notification.  We

11   were informed yesterday afternoon by a telephone

12   call. The FDA has up to 30 days to send that

13   letter, although I think, our reviewers in this

14   division, are trying to cooperate and get that

15   to us sooner.  We expect it could come sooner.

16   Until we have that letter, there, there's a

17   formal response with this required.  It's called

18   a complete response to the partial clinical hold

19   and until we have that letter, we can't say with

20   certainty what it will take to address their

21   concerns.  I think we have a very good feeling

22   of what it will take based on our conversation

23   yesterday, but until we see it in writing, we

24   can't say with certainty. I can tell you that we

25   are going to do everything we can to get the

1    clinical data, that is the data in these

2    roughly 800 patients from the European and U.S.

3    Phase 2 studies and in particular, the day-28

4    data from these patients.  We'll do everything

5    we can to get that in-house just as rapidly as

6    we possibly can and then it'll be a matter of

7    analyzing those data.  We've got some important

8    completed studies, preclinical tox studies that

9    the FDA,  is just becoming aware of because

10   they've just recently been completed and we'll

11   have to tie those two things together, and so

12   that may take some time, although obviously

13   it'll be our number one priority in the company.

14        MR. WILSON:  Okay, thanks.

15        DR. COLOWICK:  Mm-hm.

16        FEMALE VOICE:  And once again to ask a

17   question, it is star one on your touch-tone

18   telephone and we'll go next to Joshua Schimmer

19   with Cowen.

20        MR. JOSHUA SCHIMMER:  Hi, thanks for taking

21   my questions.  First, did any of the patients

22   with the liver enzyme a--, abnormalities have

23   liver biopsies?  If so, what did they show?

24        DR. COLOWICK:  Yes, Josh, no--, none of

25   these patients have had a biopsy, given that,

1  the clinical course has been, something which

2  didn't look to be progressive.  The patients,

3  clinically looked, looked stable and

4  particularly in the first case where the case

5  had completely resolved, it wasn't felt that

6  the, risk of a liver biopsy, was, was worth it

7  by the clinicians taking care of the patient.

8      MR. SCHIMMER:  Okay and I may have missed

9  this.  Um, are you able to or were you able to

10  measure the TH-070 levels in the patients, a--,

11  at the time that they were found to have the

12  elevated liver enzymes?

13      DR. COLOWICK:  Yeah, un--, unfortunately, we

14  were not able to--without getting into all the

15  details--it's actually technically not an, an

16  easy thing to do in terms of the, the sampling

17  and the handling of the sample. We are gearing

18  up to try to get more patients coming off study

19  drug, at, at this point in time; those levels,

20  but in these three specific patients it was not

21  possible.

22      MR. SCHIMMER:  Okay and then have all,

23  patients in all studies now had follow-up liver

24  enzyme tests to make sure that there were no

25  other asymptomatic patients with this problem?

1    DR. COLOWICK:  Well, all, all, all

2    patients are monitored on a regular basis in the

3    study, so depending on where they are in the

4    study, they're monitored after one month, two

5    months, three months in the European study and

6    after one month of dosing in the U.S. study, as

7    well as after the three-month blinded followup.

8    So up until now all patients--and we review

9    these data on a weekly basis in a blinded

10   fashion, up until now obviously all those

11   patients have had their scheduled visits.  We

12   now will be in the process of, bringing the

13   patients in the European study in for, their

14   last study visit on study drug and they'll be

15   monitored for liver enzymes at that visit as

16   well.

17      MR. SCHIMMER: Okay.  I'm, I think that's it

18   for my questions.  Thanks.

19      DR. COLOWICK:  Okay.

20      FEMALE VOICE:  And we'll go next with a

21   followup from Mike King with Rodman & Renshaw.

22      MR. KING:  Thanks for taking the followup.

23   Gentleman, can we get a, an update on the other,

24   trials?  When, when would we, expect, reporting

25   on, glufos and 2DG?

1          DR. COLOWICK:  Sure.  So, Mike, no change

2     in the guidance there.  We think we're just on

3     track to have data from the glufosfamide Phase

4     III study second-line pancreatic cancer patients

5     by the end of this year.  At that time, we

6     expect also to be able to report some top-line

7     response data from the Phase I, or from the

8     Phase II study and front-line therapy

9     combination glufosfamide plus gemcitabine and

10    also we expect in the coming months to announce

11    the initiation of additional studies and other

12    tumor types of glufosfamide.  In terms of 2-

13    deoxyglucose, we expect also by the end of the

14    fourth quarter to be able to report results from

15    the Phase I,--[coughing] excuse me--the Phase 1

16    study of 2-deoxyglucose and to determine a dose

17    to carry forward in Phase II studies, as well as

18    potentially the initiation of some investigator-

19    initiated study.

20         MR. KING:  Thank you.

21         FEMALE VOICE:  And that is all the questions

22    we have.  I'll turn it back over to Dr. Selick,

23    for any closing or additional remarks.

24         DR. SELICK:  Okay, well again, thanks, all

25    of you for your questions.  Obviously, we're

1    intently focused on trying to get to the

2    bottom of these events. We will be available for

3    the next several hours, obviously, as well as

4    tomorrow, starting relatively early, so to the

5    extent that you might have any follow-up

6    questions or want to discuss this further, don't

7    hesitate to give us a call.  If you don't have

8    Denise Powell's phone number, in front of you,

9    it is (605) 474-8206 and Denise will ensure that

10    you get to whoever it is that you would like to

11    speak with.  So again, thank you very much.

12        FEMALE VOICE:  This does conclude today's

13    conference call.  You may disconnect at this

14    time.  Thank you for participating.

15            [END HELLER-EHRMAN2NDCONFCALL.MP3]

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17                    C E R T I F I C A T E

18        The prior proceedings were transcribed from

19    audio files and have been transcribed to the

20    best of my ability.

21

22        Signature    Melanie Culley

23        Date    February 3, 2008

24

25