1  MICHAEL L. CHARLSON (Bar No. 122125)
   LAURENCE A. WEISS (Bar No. 164638)
2  ALEXANDER M.R. LYON (Bar No. 211274)
   HELLER EHRMAN LLP
3  275 Middlefield Road
   Menlo Park, California  94025-3506
4  Telephone: (650) 324-7000
   Facsimile: (650) 324-0638
5  Michael.Charlson@hellerehrman.com
   Laurence.Weiss@hellerehrman.com
6  Alexander.Lyon@hellerehrman.com

7  Attorneys for Defendants
   THRESHOLD PHARMACEUTICALS, INC.,
8  HAROLD E. "BARRY" SELICK
   and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants.<br><br>RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**APPENDIX OF UNPUBLISHED AUTHORITIES CITED IN DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing Date: June 12, 2008<br>Hearing Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

**INDEX OF CASES**

TAB

*Collagenex Pharm., Inc. v. Thompson*,
 2003 U.S. Dist. LEXIS 12523 (D.D.C. 2003)............................................................... 1

*Heywood v. Cell Therapeutics, Inc.*,
 2006 U.S. Dist. LEXIS 28684 (W.D. Wash. 2006) ...................................................... 2

*In re Bayer AG Sec. Litig.*,
 2004 U.S. Dist. LEXIS 19593 (S.D.N.Y. 2004) ........................................................... 3

*In re DNAP Sec. Litig.*,
 2000 U.S. Dist. LEXIS 13482 (N.D. Cal. 2000).......................................................... 4

*In re ESS Tech., Sec. Litig.*,
 2004 U.S. Dist. LEXIS 27203 (N.D. Cal. 2004)…………………………………….5

*In re Impax Labs, Inc. Sec. Litig.*,
 2007 U.S. Dist. LEXIS 52356 (N.D. Cal. 2007)……………………………………..6

*In re Intrabiotics Pharms., Inc.*,
 2006 U.S. Dist. LEXIS 56427 (N.D. Cal. 2006)……………………………………..7

*In re NextCard, Inc. Sec. Litig.*,
 2006 U.S. Dist. LEXIS 16156  (N.D. Cal. 2006) ......................................................... 8

*In re SciClone Pharms. Sec. Litig.*,
 1995 U.S. Dist. LEXIS 22054 (N.D. Cal. 1995).......................................................... 9

*Noble Asset Mgmt. v. Allos Therapeutics, Inc.*,
 2005 U.S. Dist. LEXIS 24452 (D. Col. 2005)............................................................ 10

*Oppenheim Pramerica Asset Mgt. S.A.R.L. v. Encysive Pharm., Inc.*,
 2007 U.S. Dist. LEXIS 69121 (S.D. Tex. 2007) ........................................................ 11

*SEC v. Todd*,
 2006 U.S. Dist. LEXIS 41182 (S.D. Cal. 2006)......................................................... 12

*Shuster v. Symmetricom, Inc.*,
 1997 U.S. Dist. LEXIS 14007 (N.D. Cal. 1997)........................................................ 13

APPENDIX OF UNPUBLISHED AUTHORITIES CITED IN DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:07-CV-04972-CW