MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M.R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD E. "BARRY" SELICK
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>　　　　　　　　　　Defendants.<br>_____<br>RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>　　　　　　　　　　Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**NOTICE OF MANUAL FILING**<br><br>Hearing Date:　June 12, 2008<br>Hearing Time:　2:00 p.m.<br>Place:　　　　Courtroom 2, 4th Floor<br>Judge:　　　　Hon. Claudia Wilken |

NOTICE OF MANUAL FILING
CASE NO. 4:07-CV-04972-CW

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Exhibits H and L to the Declaration of Alexander M.R. Lyon in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws will be manually filed with this Court and will be maintained in the Clerk's office.

The reason for manual filing:

1. The exhibits are CDs that contain audio recordings of investor conference calls hosted by Threshold Pharmaceuticals, Inc.

Dated: March 7, 2008                HELLER EHRMAN LLP


                                    By: /s/ Alexander M.R. Lyon
                                        ALEXANDER M. R, LYON


                                    Attorneys for Defendants
                                    THRESHOLD PHARMACEUTICALS, INC.,
                                    HAROLD E. "BARRY" SELICK
                                    and JANET I. SWEARSON

2

NOTICE OF MANUAL FILING
CASE NO. 4:07-CV-04972-CW