```
 1  MICHAEL L. CHARLSON (Bar No. 122125)
    LAURENCE A. WEISS (Bar No. 164638)
 2  ALEXANDER M.R. LYON (Bar No. 211274)
    HELLER EHRMAN LLP
 3  275 Middlefield Road
    Menlo Park, California  94025-3506
 4  Telephone: (650) 324-7000
    Facsimile: (650) 324-0638
 5  Michael.Charlson@hellerehrman.com
    Laurence.Weiss@hellerehrman.com
 6  Alexander.Lyon@hellerehrman.com

 7  Attorneys for Defendants
    THRESHOLD PHARMACEUTICALS, INC.,
 8  HAROLD E. "BARRY" SELICK
    and JANET I. SWEARSON
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>    Defendants.<br>_____<br>RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>    Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing Date:  June 12, 2008<br>Hearing Time:  2:00 p.m.<br>Place:         Courtroom 2, 4th Floor<br>Judge:         Hon. Claudia Wilken |

1  The motion of Defendants Threshold Pharmaceuticals, Inc. ("Threshold"), Harold E.
2 "Barry" Selick and Janet I. Swearson (collectively "Defendants") to dismiss Plaintiffs'
3 Consolidated Class Action Complaint for Violation of the Federal Securities Laws (the
4 "Complaint"), came on regularly for hearing on June 12, 2008.  The Court has considered the
5 Notice of Motion and Motion, the memoranda of points and authorities in support and in opposition
6 thereto, as well as the papers filed in support thereof, the pleadings and other papers on file in this
7 action, and the oral arguments of counsel, and good cause appearing:

8  IT IS HEREBY ORDERED that Defendants' motion to dismiss the Complaint is
9 GRANTED in its entirety, with prejudice, on the grounds that the Complaint fails to state a claim
10 upon which relief may be granted, as required by Federal Rule of Civil Procedure 12(b)(6), and
11 fails to satisfy the heightened pleading requirements of the Private Securities Litigation Reform Act
12 of 1995 and Federal Rule of Civil Procedure 9(b).

IT IS SO ORDERED.


Dated: _____, 2008    _____

THE HONORABLE CLAUDIA WILKEN
United States District Judge

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 4:07-CV-04972-CW