```
 1  MICHAEL L. CHARLSON (Bar No. 122125)
    LAURENCE A. WEISS (Bar No. 164638)
 2  ALEXANDER M.R. LYON (Bar No. 211274)
    HELLER EHRMAN LLP
 3  275 Middlefield Road
    Menlo Park, California 94025-3506
 4  Telephone: (650) 324-7000
    Facsimile: (650) 324-0638
 5  Michael.Charlson@hellerehrman.com
    Laurence.Weiss@hellerehrman.com
 6  Alexander.Lyon@hellerehrman.com

 7  Attorneys for Defendants
    THRESHOLD PHARMACEUTICALS, INC.,
 8  HAROLD E. "BARRY" SELICK
    and JANET I. SWEARSON
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: June 12, 2008<br>Hearing Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants. | |

## PROOF OF SERVICE

I, Susan Griffin-Preston, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing via US mail. I am over the age of eighteen years and not a party to this action.

On March 7, 2008, I served the following:

**Notice of Manual Filing and 2 CDs that contain audio recordings of investor conference calls hosted by Threshold Pharmaceuticals, Inc. (Exhibits H and L to the Declaration of Alexander M. R. Lyon in Support of Defendants' Motion to Dismiss)**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for mailing via US mail for delivery to:

Darren Jay Robbins
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins
58 South Service Road
Suite 200
Melville, NY 11741

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Ave.
Suite 202
Bala Cynwyd, PA 19004

Evan J. Smith
Brodsky & Smith LLC
240 Mineola Blvd.
Mineola, NY 11501

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Rd.
Radnor, PA 19087

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this proof of service was executed on March 7, 2008 at San Francisco, California.

By: /s/ Susan Griffin-Preston
SUSAN GRIFFIN-PRESTON