MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE,<br><br>              Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON<br><br>              Defendants. | Case No. CV-07-04972 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE IN RESPONSE TO CONSOLIDATED AMENDED COMPLAINT** |

1  WHEREAS on December 17, 2007, the Court entered an Order, pursuant to stipulation of the parties, providing that lead plaintiff shall have until January 15, 2008 to file a consolidated complaint and defendants shall have until February 29, 2008 to respond, and further providing that if defendants file a motion to dismiss, lead plaintiff will oppose by April 14, 2008 and defendants will reply by May 29, 2008 and a hearing will be scheduled for June 12, 2008; and

WHEREAS on January 15, 2008, lead plaintiff timely filed his consolidated amended class action complaint; and

WHEREAS defendants anticipate filing a motion to dismiss the consolidated amended class action complaint; and

WHEREAS counsel for defendants have requested, and counsel for lead plaintiff is agreeable to, a revision to the existing schedule, pursuant to which defendants' time to respond to the consolidated amended class action complaint shall be extended to and including March 7, 2008, and lead plaintiff's time to oppose shall be extended to April 21, 2008, and the dates for defendants to reply and for the hearing shall be unchanged by this stipulation; and

WHEREAS this proposed revision to the briefing schedule shall not affect the date for the hearing on defendants' motion to dismiss;

IT IS THEREFORE HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that defendants shall have until March 7, 2008 to answer, move to dismiss, or otherwise respond to the consolidated amended complaint, and if defendants move to dismiss, lead plaintiff shall have until April 21, 2008 to oppose, defendants shall have until May 29, 2008 to reply, and the hearing on the motion to dismiss shall be scheduled for June 12, 2008.

///
///
///
///

SO STIPULATED.

DATED: February 26, 2008          HELLER EHRMAN LLP

By    /s/ Laurence A. Weiss
        Laurence A. Weiss

275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

DATED: February 26, 2008          COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By    /s/ Dennis J. Herman
        Dennis J. Herman

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Lead Plaintiff

\* \* \*

I, Laurence A. Weiss, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Amending Briefing Schedule In Response To Consolidated Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Dennis J. Herman has concurred in this filing.

      /s/ Laurence A. Weiss
      Laurence A. Weiss

\* \* \*

1 | ORDER

2 | PURSUANT TO STIPULATION, defendants shall have until March 7, 2008 to answer, move to dismiss, or otherwise respond to the consolidated amended complaint. If defendants move to dismiss, lead plaintiff shall have until April 21, 2008 to oppose, defendants shall have until May 29, 2008 to reply, and the hearing on the motion to dismiss shall be scheduled for June 12, 2008.

IT IS SO ORDERED.

DATED: 3/13/08

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge