COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>  Defendants. | No. 4:07-cv-04972-CW<br><br>CLASS ACTION |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>  Defendants. | No. 4:07-cv-04971-CW<br><br>CLASS ACTION |

STIPULATION AND [PROPOSED] ORDER FOR EXTENDING THE PAGE LIMIT FOR BRIEFING ON MOTION TO DISMISS

1  WHEREAS, lead plaintiff filed his Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws in this action on January 15, 2008, and defendants filed a Motion to Dismiss Plaintiffs' Consolidated Amended Complaint for Violation of the Federal Securities Laws ("Motion to Dismiss") on March 7, 2008;

WHEREAS, pursuant to Civil Local Rule 7-3, lead plaintiff is to have 25 pages to respond to defendants' Motion to Dismiss, due April 21, 2008, and defendants are to have 15 pages to reply, due May 29, 2008;

WHEREAS, lead plaintiff believes that because of the number and complexity of the issues raised in defendants' 25-page Motion to Dismiss, lead plaintiff will need an additional 10 pages to fully respond to all of defendants' arguments; and

WHEREAS, defendants have agreed to stipulate to an extension of the page limit for lead plaintiff's response to 35 pages, and, in turn, seeks a 5-page extension for their reply brief.

IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants, through their respective counsel of record, that, subject to the Court's approval, lead plaintiff shall have 35 pages to respond to defendants' Motion to Dismiss and defendants shall have 20 pages for their reply brief.

DATED: April 14, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

/s/
DANIEL J. PFEFFERBAUM

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

| | |
|---|---|
| 1  DATED: April 14, 2008 | HELLER EHRMAN LLP<br>LAURENCE WEISS |

/s/<br>LAURENCE WEISS

275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650/324-7000
650/324-0638 (fax)

Attorneys for Defendants

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENDING THE PAGE LIMIT FOR BRIEFING ON MOTION TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that Laurence A. Weiss has concurred in this filing.

/s/<br>DANIEL J. PFEFFERBAUM

\*     \*     \*

# **O R D E R**

PURSUANT TO STIPULATION, lead plaintiff shall have 35 pages to respond to defendants' Motion to Dismiss and defendants shall have 20 pages for their reply brief.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Threshold\STP00050537.doc

STIPULATION AND [PROPOSED] ORDER FOR EXTENDING PAGE LIMIT FOR
BRIEFING ON MOTION TO DISMISS - 4:07-cv-04972-CW     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2008.

/s/
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:dpfefferbaum@csgrr.com

# Mailing Information for a Case 4:07-cv-04972-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,larissa.soboleva@hellerehrman.com,jennifer.cygnor@hellerehrman.com,su

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```