| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | DENNIS J. HERMAN (220163) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 3 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 4 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | dherman@csgrr.com |
|   | dpfefferbaum@csgrr.com |

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | No. 4:07-cv-04972-CW |
| | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| THRESHOLD PHARMACEUTICALS, INC., et al., | |
| Defendants. | |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated, | No. 4:07-cv-04971-CW |
| | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| THRESHOLD PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

STIPULATION AND ORDER FOR EXTENDING THE PAGE LIMIT FOR BRIEFING ON MOTION TO DISMISS

1    WHEREAS, lead plaintiff filed his Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws in this action on January 15, 2008, and defendants filed a Motion to Dismiss Plaintiffs' Consolidated Amended Complaint for Violation of the Federal Securities Laws ("Motion to Dismiss") on March 7, 2008;

   WHEREAS, pursuant to Civil Local Rule 7-3, lead plaintiff is to have 25 pages to respond to defendants' Motion to Dismiss, due April 21, 2008, and defendants are to have 15 pages to reply, due May 29, 2008;

   WHEREAS, lead plaintiff believes that because of the number and complexity of the issues raised in defendants' 25-page Motion to Dismiss, lead plaintiff will need an additional 10 pages to fully respond to all of defendants' arguments; and

   WHEREAS, defendants have agreed to stipulate to an extension of the page limit for lead plaintiff's response to 35 pages, and, in turn, seeks a 5-page extension for their reply brief.

   IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants, through their respective counsel of record, that, subject to the Court's approval, lead plaintiff shall have 35 pages to respond to defendants' Motion to Dismiss and defendants shall have 20 pages for their reply brief.

DATED: April 14, 2008                     COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                          DENNIS J. HERMAN
                                          DANIEL J. PFEFFERBAUM


                                                    /s/
                                          DANIEL J. PFEFFERBAUM

                                          100 Pine Street, Suite 2600
                                          San Francisco, CA  94111
                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

                                          Lead Counsel for Plaintiffs

| | |
|---|---|
| DATED:  April 14, 2008 | HELLER EHRMAN LLP<br>LAURENCE WEISS |

/s/
_____
LAURENCE WEISS

275 Middlefield Road
Menlo Park, CA  94025
Telephone:  650/324-7000
650/324-0638 (fax)

Attorneys for Defendants

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENDING THE PAGE LIMIT FOR BRIEFING ON MOTION TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that Laurence A. Weiss has concurred in this filing.

/s/
_____
DANIEL J. PFEFFERBAUM

*    *    *

**O R D E R**

PURSUANT TO STIPULATION, lead plaintiff shall have 35 pages to respond to defendants' Motion to Dismiss and defendants shall have 20 pages for their reply brief.

IT IS SO ORDERED.

4/18/08

DATED: _____    _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\JCohen\LOCALS~1\Temp\9\MetaSave\STP00050537.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2008.

/s/
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:dpfefferbaum@csgrr.com