COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>                Defendants. | No. 4:07-cv-04972-CW<br><br>CLASS ACTION |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>                Defendants. | No. 4:07-cv-04971-CW<br><br>CLASS ACTION<br><br>DATE:         June 12, 2008<br>TIME:         2:00 p.m.<br>COURTROOM:  Hon. Claudia Wilken |

DECLARATION OF DENNIS J. HERMAN IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1  I, DENNIS J. HERMAN, declare as follows:

2  1.  I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

6  2.  Attached hereto as Exhibit A is a true and correct copy of the Bloomberg "Q4 2005 Earnings Call" Transcript, dated March 1, 2006.

8  3.  Attached hereto as Exhibit B is a true and correct copy of the Thomson StreetEvents Conference Call Transcript, dated May 11, 2006.

10 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21 day of April, 2008, at San Francisco, California.

                                                    s/ Dennis J. Herman
                                                    DENNIS J. HERMAN

T:\CasesSF\Threshold\DEC00050749.doc

DECLARATION OF DENNIS J. HERMAN IN SUPPORT OF PLAINTIFFS' BRIEF
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS - 4:07-cv-04972-CW       - 1 -

1                                       CERTIFICATE OF SERVICE

2        I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2008.

                                            s/ Dennis J. Herman
                                            DENNIS J. HERMAN

                                            COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                            100 Pine Street, 26th Floor
                                            San Francisco, CA  94111
                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)

                                            E-mail:Dennish@csgrr.com

# Mailing Information for a Case 4:07-cv-04972-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,larissa.soboleva@hellerehrman.com,jennifer.cygnor@hellerehrman.com,su

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```