# Exhibit A

Case 4:07-cv-04972-CW    Document 32-2    Filed 04/21/2008    Page 1 of 8

Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

# Q4 2005 Earnings Call

## Participants

- Denise Powell, Sr. Director, Corporate Communications
- Harold E. Selick, Chief Executive Officer

# MANAGEMENT DISCUSSION SECTION

## Operator

Good day everyone and welcome to Threshold Pharmaceuticals' fourth quarter and year-end 2005 conference call. Today conference is being recorded. At this time, for opening remarks and introductions, I would like to turn the call over to the Senior Director of Corporate Communication, Ms. Denise Powell. Please go ahead.

## Denise Powell, Sr. Director, Corporate Communications

Good afternoon and welcome to Threshold's conference call. With me are Harry Selick, Chief Executive Officer; Michael Ostrach, Chief Operating Officer; Janet Swearson, Chief Financial Officer; and Alan Colowick, Threshold's Chief Medical Officer. Before we begin, I would like to make the following disclaimer. The financial results conference call will include forward-looking statements regarding Threshold's cash position and requirements, anticipated losses, product candidates, clinical trial progress and results, and potential therapeutic uses and benefits of our product candidates. These statements involve risks and uncertainties that can cause actual results to differ materially from those in such forward-looking statements. Potential risks and uncertainties include, but are not limited to, Threshold's ability to initiate, enroll and complete its anticipated clinical trials, the time and expense required to conduct such clinical trials, and the results of such clinical trials, including unanticipated product safety issues as well as efficacy results. Further information regarding these and other risks is included under the heading risk factors in Threshold's quarterly report on Form 10-Q, which was filed with the SEC on November 10, 2005 and is available from the SEC's website and on our website under the heading Investors. We undertake no duty to update any forward-looking statements made in this conference call.

I will now turn the call over to Barry to discuss Threshold's 2005 accomplishments and 2006 guidance.

## Harold E. Selick, Chief Executive Officer

Thanks Denise and good afternoon everyone, and thank you for participating in today's call. I am going to review our recent and 2005 accomplishments and year-end financials and then we will briefly outline our 2006 guidance. I am especially pleased with 2005, because we continue to advance our product pipeline. And in doing so, we achieved all of our key milestones for the year. We look forward to achieving significant milestones in 2006. As you know we have three product candidates in development; TH-070 for BPH, glufosfamide for pancreatic cancer, and 2-deoxy-D-glucose for the potential treatment of various solid tumors.

Here are just some of our 2005 accomplishments. First with respect to TH-070 and BPH. We initiated two placebo-controlled multi-center studies this past summer of 200 patient Phase II dose response study in the US, and a 480-patient Phase III efficacy study in Europe. We remain on track to have results from both of these studies by year-end. These studies followed positive Phase II results that were published in the May 2005 edition of reviews in urology. These data is replicated in our currently ongoing study suggest that TH-070 may address both goals of therapy for the treatment of BPH that is rapid system improvement as measured by the International Prostate Symptoms Score

Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

as well as treatment of the underlying disease.

Now on to glufosfamide. This past December, we completed a Phase I study of glufosfamide plus gemcitabine in the first-line treatment of advanced solid tumors. These data were represented at the ASCO Gastrointestinal Cancers Symposium this past January. In summary, glufosfamide and a combination of gemcitabine was well tolerated in the study. Pharmacokinetic analysis showed no significant interaction between glufosfamide and gemcitabine. In the dose of 4,500 milligrams per meter square in combination with gemcitabine was reached and it has been taken forward in the Phase II study which is already underway. Note that this is the same dose that is being used in our Phase III study as a single agent.

And for 2-deoxy-D-glucose, we are continuing our ongoing Phase I study alone in a combination with Taxotere in patients with various solid tumors. Operationally, we have achieved some significant milestones as well. We successfully completed two major financings in 2005, our IPO in February and a follow-on offering in October, which raised sufficient funds of approximately $100 million for the completion of all of our ongoing clinical studies as well as to provide operating capital for our existing programs through 2007. We also added two experienced senior executives to our management team this past year. Dr. Alan Colowick, our Chief Medical Officer; and Michael Ostrach, our Chief Operating Officer and General Counsel. We also hired key Vice Presidents in the areas of manufacturing, regulatory and clinical affairs. These additions strengthen what already was the nucleus of a world class development organization and support our evaluation into fully integrated commercially driven biopharmaceutical company.

In addition, at the beginning of this year, the US patent and trademark office awarded us two key patents related to TH-070 and 2-deoxy-D-glucose. Importantly, the patent that we were awarded for TH-070 provides us market exclusivity for the product until 2024.

Now on to the financial results. The net loss for 2005 was $44.4 million compared to a net loss of $23.6 million in 2004. The loss included non-cash stock compensation expenses of $9.4 million for 2005 versus $6 million in the previous year. Total operating expenses for 2005 was $47.2 million versus $24 million in 2004. This increase primarily reflects increased cost to enhance the company's product pipeline, including 2 Phase III studies and three earlier stage clinical trials. Cash usage during 2005 was $32 million and as of December 31, 2005, Threshold had $99.7 million in cash and marketable securities, which includes the proceeds raised through our IPO and follow-on of this offering.

Now regarding our guidance for 2006. We expect cash requirements, which exclude non-cash stock compensation to be in the range of 48 to $55 million. We continue to expect cash to last through the end of 2007. We do expect a net loss for 2006 to exceed our cash requirements due to non-cash compensation expenses. With TH-070, we expect both the US Phase II dose response study and the European Phase III efficacy study to yield results by the end of this year. Many of these events when we would complete enrollment, which we do not disclose. However, we will tell you when enrollment has completed and at that time we will able to give you an estimate of when we expect to disclose the results.

In 2006, we will also start additional smaller TH-070 studies that will be supported above the overall program. With Glufosfamide, the 28-patient Phase II combination study with Genocide has been underway. Early response data will be available by year-end. As you know, in cancer study, survival data is often more interesting than early response data and to that end, the six-months survival data should be available in the first half of 2007. Enrollment in the Phase III registration study of Glufosfamide and second line of pancreatic cancer patients is on-going and we continue to expect results by year-end. As for additional indications for Glufosfamide, we are committed to starting at least one study with Glufosfamide this year, an indication other than pancreatic cancer, we will announce specific tumor types and populations when we commence enrollment.

And for our 2-Deoxyglucose Phase I study, there will be data from 22 patients in this study presented at the AACR Meeting in April and we expect topline results by year-end. In the near term, we will have data presentations primarily pre-clinical and discovery research at several major relevant medical conferences in the second quarter of 2006, including the American Association for Cancer Research Annual Meeting April 1 to the 5 in Washington DC and the American Neurology Association Annual Meeting which takes place May 20 through to 25 in Atlanta. We also plan to hosting a small inventory section with the AUA with some key opinion leaders attending. This is in the planning stages

Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

but you might want to save the date, May 20, around 5 PM in the evening for this.

Now, before I turn the call back to the operator and start the Q&A session, I would just like to tell you how excited we all are about 2006. We recently had a visit to Threshold by one of our clinical investigators in the Phase I/II Glufosfamide study in pancreatic cancer. In our staff meeting which he gave a presentation on the disease, our patients and their families choose enrollment in the clinical trials of this type and the summary of the Phase I data. It was truly inspirational for all of us to hear that in this relatively modest study, patients appear to have already benefited from this drug. And as for TH-070 for the treatment of BPH, over the past year, we spoken with patients whose symptoms range from the inconvenience of having to insist on isle seats when they travel on plane to those who wake up literally every hour during the night after their bladders, and then have to rush to the bathroom. The ongoing studies replicate what we've already demonstrated in our single center Phase II study and TH-070 lonidamine is going to be truly a home run for patients. Now, with that as an overview, let's move on to the Q&A.

# Q&A

## Operator

Thank you sir. To ask a question, please press the star key followed by the digit one on your touchtone telephone. Also if you are listening on a speakerphone, you may want to disengage your mute button to allow your signal to reach our equipment. So, once again, that's star one to ask a question and we will pause for just a moment to assemble our question roster. Star one for questions please. We will take our first question from Steve Harr with Morgan Stanley. Go ahead please.

<Q>: Hi, this is Kevin [ph] for Steve. Two questions. It will be helpful if you can provide any additional color surrounding part of those you have planned for 070, and if you – I mean R&D in the fourth quarter is up, pretty substantial increases sequentially. If you can provide any color there as well on how you expect that to trend over 2006 given the cash flow guidance in mind? Thank you.

<A - Alan Colowick>: Kevin, this is Alan Colowick, Chief Medical Officer, I can take the first question. In terms of studies, which we are anticipating beginning in 2006 this year and supported the TH-070 program, we are anticipating beginning three studies this year. One of them is a fairly, classical, clinical pharmacology study that will I think provide very important information for us around the areas PK, PK characteristics as well as other admin type of data. The second study is a study which is devised to address the effects of TH-070 on spermatogenesis, and finally a very interesting study, one which I think will be -- will generate a lot of very interesting data's in men who are scheduled for radical prostatectomy who have prostate cancer that will treated first with lonidamine and then examining surgical assessments to see what the effect is what it means on the prostates. We expect to as I said, initiate all of these studies this year.

<A - Janet Swearson>: And Kevin, this is Janet Swearson. Could you tell me the increase that you are looking for again?

<Q>: Sure. So, R&D in the fourth quarter just sequentially on up tick and once if you have what we can expect in terms of this trend over '06?

<A - Janet Swearson>: Okay. So, yes, it was an increase in '04 and that was primarily due to the clinical trials because we had started the Phase II and the Phase III for BPH.

<Q>: Yes.

<A - Janet Swearson>: And as you know, those trials will be ongoing to 2006. We – the guidance that we gave was – we gave cash guidance and that would be in the range of 48 to 55. So you can factor out what portion of that would be R&D.

<Q>: But in terms of run rate we can assume that as a new base?

Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

&lt;A - Janet Swearson&gt;: I think that's a pretty big assumption.

&lt;Q&gt;: Thank you.

## Operator

We will take our next question from Joel Sendek with Lazard Capital Markets. Go ahead, please.

&lt;Q - Joel Sendek&gt;: Hi. To you be clear, you're not going to give any update on enrollment until it's fully enrolled for TH-070?

&lt;A - Janet Swearson&gt;: Yes, that is right, Joel.

&lt;Q - Joel Sendek&gt;: Okay. So, I can't even – kind of get a feel for maybe how many patients are in that you would like to --?

&lt;A - Harold Selick&gt;: No, we stick to the guidance that we are shooting to report results for the trial by year-end and withdrawing you a bond by at least offering to tell you when we've completed the enrollment, although, can't project at this point when that will be.

&lt;Q - Joel Sendek&gt;: Okay. But is it safe to say that everything is going along as you had expected and you've not changed your guidance as far as data by year-ended?

&lt;A - Harold Selick&gt;: Yes. That's true.

&lt;Q - Joel Sendek&gt;: Okay. And I just had and thinking about how the drug works. One question I had is just what mechanistically, which is why does TH-070 act as quickly as it does, can you just talk about that for a couple of minutes?

&lt;A - Harold Selick&gt;: Yes, sure. Well, I think, one of the things that we believe in terms of the mechanism of action force TH-070 inhibited disrupts glycolysis and glycolysis and prostatic epithelial cells is really a fundamental property for the survival of the cells. And so, our belief is that by [indiscernible] we like prime glycolysis, induced a as Barry alluded earlier, really address both important aspects of BPH expected erupting to disease progression or even reversing by shrinking the prostatic and imparting some dramatic relief. And in terms of why the second part is true, why symptom relief appears to be more rapid. We belief as directly tie backed to the mechanism of that of the drug and if very rapid effect on prostatic epithelial renal cell.

&lt;Q - Joel Sendek&gt;: So the study you've mentioned in the – patients might give for evidence to this presumably because you would give the drug on a – and see a pretty good response and be able to actually measure it. Is that one of the purposes or my thinking about that is wrong--?

&lt;A - Harold Selick&gt;: Yes, I thinks that's a good point. I want to be clear that this study in men with prostate cancer isn't designed really primarily to look at the symptomatic relief of any lower urinary tract symptoms that may cause this in these men with TH-070. That's not the inclusion criteria for these men, in fact even have lower urinary tract symptoms, but what we feel quite certain about epidemaimmunologically is that the vast majority of these men will certainly will have histological evidence of BPH. They may also have clinical evidence, but those certainly have histological evidence of BPH as well as potentially prostatic inter epithelial near, and from the study we will be able to get at least some, I think, hypoxic generating data around what the effect of TH-070 is on all of those cells, with although of types, both BPH, prostatic epithelial, when you have pleasure or can't and add no costs now.

&lt;Q - Joel Sendek&gt;: When will that study, presumably we won't have data for any of these studies until next year, they are only thirds of point of these

&lt;A - Harold Selick&gt;: I think we went kick starting this study this year as I said, I once the enrollment begins in that study and we have some sense of pace as the year goes on, we may give guidance about one we see data from that study.



Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

<Q - Joel Sendek>: Thanks a lot.

## Operator

We will now go to Brian Mann [ph] Bank. Go ahead with.

<Q>: Hi, thanks a lot for taking the question. Just a quick question jumping back to the glufosfamide combo trial. Is anybody still on therapy right now?

<A - Harold Selick>: Yes, there are patients on therapy which is an important point so we are still following patients for response on that study. The data which was presented in January represented the data on the 19 patients who were necessary to assess the maximum tolerate, those were in this case the highest dose of the [indiscernible] study was tolerated. But patients from both that cohort and earlier cohort remained unsteady and continue to be as tough for response.

<Q>: And I guess a follow up there would be – has anybody transitioned into a partial response and are there any pancreatic patients among these patients?

<A - Harold Selick>: That the first question, I will answer the second question, George which is yes sir, there were two patients of pancreatic cancer amongst those initial 19 patients. At this time I think that beyond what was reported in the poster, at APCO, I am not prepared to discuss publicly. I will say that response is still being assessed and those data become final and confirmed, then we will be able to give more guidance. I will also remind you that there is an overall approximately 60% stable disease right, that is 10 out of the 17 patients. And a very interesting patient with a varying cancer who just fairly necessary resist criteria for a partial response that of 27% reduction in her tumor but clinically a very impressive response. And so in addition to those other 17 patients, we will continue to assess the risk, the potential for response in the pancreatic cancer patients. And then just to remind you of course, we have now begin enrollment into the Phase II portion of that study where we will enroll approximately 26 patients or so, specifically the pancreatic cancer patients at the dose of 4500 milligrams meters square dose of glufosfamide that we believe is more active. And so I think it will be that cohort patients that really give us the best handle on response rate.

<Q>: Okay. And then on DPH in patients who take out the blockers since the drugs don't seem to impact prostate growth, is there a time when to after which you could expect alpha-blocker patients to kind of transition on to other therapies as the prostate gets too large for them to be effectively treated?

<A - Harold Selick>: Yes, Brian I think that is a really good question and one which is difficult to quantitate. I think qualitatively it's certainly the case that people affect that eventually manual sale alpha-blockers due to growth in their prostate. Of course, patients are different in the rate of growth of their prostate as well as depending on the anatomical locations what that translates to in terms of symptoms. But most studies that have a reasonable follow-up period as we, from an epidemiological perspective to just that men ultimately will say alpha-blockers and when they do either take other forms of medication or surgical procedures. It is estimated that about 10% of men who are on medical therapy on an annual basis seek a surgical alternative.

<Q>: Okay. Thanks very much.

## Operator

We have a question from Bret Holley with CIBC World Markets. Please go ahead.

<Q - Bret Holley>: Hi Alan, I just want to follow up on the spermatogenesis study that you are doing for TH-070. Did you say that the data would be this year or next? Did you give some specific guidance on when that would be?

<A - Alan Colowick>: Yes, but I didn't give any guidance at all on when we will have the data. I did give the guidance that we will start that study this year --

Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

<Q - Bret Holley>: Okay, and then what are the gating factors on -- as far as timing on starting those small trials?

<A - Harold Selick>: I am not quite sure what you mean by gating factor.

<Q - Bret Holley>: I mean, what kind of resources do you have to marshal to start those studies, how fast can they get done periodically?

<A - Harold Selick>: I think that each of those studies is actually quite different. I can tell you that all of them are at the stage where we are essentially just putting the operational touches on the protocols are written, they have been submitted to IRB, contracts, etcetera. But, each of those study is quite different in terms of the population and what we are -- what the conduct to the study is. And, at this point, we are not planning to give any guidance around when we expect to have data from any of those studies. I will remind you specifically with respect to this spermatogenesis issue, we have ongoing studies that also will be providing data. So, the US study, the Phase II study in the US, as well as some of the sites in the European Phase III study will be reflecting semen sample along the way in those two studies and will have some information on this topic at the end of this year when those two studies are complete.

<Q - Bret Holley>: So, that will be a part of the topline data release or the data release at the end of the year you will expect for those trials?

<A - Harold Selick>: Yes, at the topline level now for this specific endpoint, follow-up may still be ongoing, and so I think we will have to see where we are with that at the end of the year in terms of what we will be able to disclose.

<Q - Bret Holley>: And the other question was on TH-070's patent protection and the steps you are taking to further bolster the patent position there, I would recognize you had the one important patent this year and what can we look for going forward? Is there any update on that?

<A - Michael Ostrach>: This is Michael Ostrach. We do have an issued US patent now, that was issued in January that covers the use of TH-070 for treatment of BPH. We have pending corresponding applications throughout the world, and, in particular, of course in Europe and in Japan and have expectations that those patents should be granted. In addition to that, very fundamental I think very projective patent, we have patent applications involving various dosage formulations and regimens for using the drug, as well as analog and also applications covering the mechanism itself. So, we think that we have covered it pretty well. We have tried to create a very strong and long defense [ph] to protect this opportunity.

<Q - Bret Holley>: Great, thanks very much Michael.

## Operator

Just a reminder. To ask a question, please press star one. Star one for questions please. Well, there appear to be no further questions at this time. So, I will turn the call back over to our speakers for any additional or closing remarks.

<A - Harold Selick>: I think that's it from our perspective. We are happy, obviously, to receive any questions you might have subsequently just give either one of us a call. Denise, do you have any further comments?

<A - Denise Powell>: No. Thanks for listening to the call.

## Operator

Thank you, again, that does conclude today's conference call. We appreciate your participation and you may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript*

Company Name: Threshold Pharmaceutical
Company Ticker: THLD US
Date: 2006-03-01
Event Description: Q4 2005 Earnings Call

*and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2007, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*