Exhibit B

## Thomson StreetEvents℠



# Conference Call Transcript

**THLD - Threshold Pharmaceuticals Announces Changes to TH-070 Clinical Development Program**

Event Date/Time: May. 11. 2006 / 2:00PM PT

---

| Thomson StreetEvents | www.streetevents.com | | Contact Us |  |
|---|---|---|---|---|

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

May. 11. 2006 / 2:00PM PT, THLD - Threshold Pharmaceuticals Announces Changes to TH-070 Clinical Development Program

CORPORATE PARTICIPANTS

**Denise Powell**
*Threshold Pharmaceuticals - IR Contact*

**Barry Selick**
*Threshold Pharmaceuticals - CEO*

**Alan Colowick**
*Threshold Pharmaceuticals - CMO*

CONFERENCE CALL PARTICIPANTS

**Steve Harr**
*Morgan Stanley - Analyst*

**Terrence Lynn**
*Lazard Freres - Analyst*

**Mike King**
*Rodman & Renshaw - Analyst*

**Bret Holley**
*CIBC World Markets - Analyst*

**John Wilson**
*Robert W. Baird & Company - Analyst*

**Joshua Schimmer**
*SG Cowen - Analyst*

PRESENTATION

**Operator**

Good day and welcome to the Threshold Pharmacueticals conference call to discuss the clinical update on TH-070. This call is being recorded. At this time, for opening remarks and introductions, I would like to turn the call over to Denise Powell. Please go ahead.

**Denise Powell** - *Threshold Pharmaceuticals - IR Contact*

Good afternoon and welcome to the conference call.

Before I begin and I turn the call over to Barry Selick, our Chief Executive Officer, I'd like to make these forward-looking statements. Except for statements of historical fact, the statements in this conference call are forward-looking statements, including statements regarding Threshold's product candidates and clinical trial progress and results. These statements involve risks and uncertainties that can cause actual results to differ materially from those in such forward-looking statements. Potential risk and uncertainties includes but are not limited to Threshold's ability to complete its anticipated clinical trials, the time and expense required to conduct such clinical trials, issues arising in the regulatory process and the results of such clinical trials, including product safety issues and efficacy results. Further information regarding these and other risks is included under the heading "Risk Factors" in Threshold's annual report on Form 10-K, which was filed with the Securities and Exchange Commission on March 28, 2006 and is available from the SEC's Web site and on our Web site as well under the heading "Investors." We undertake no duty to update any forward-looking statement made in this conference call.

Barry?

**Barry Selick** - *Threshold Pharmaceuticals - CEO*

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

May. 11. 2006 / 2:00PM PT, THLD - Threshold Pharmaceuticals Announces Changes to TH-070 Clinical Development Program

Thanks, Denise, and thank you, everyone, for joining us on this call. The purpose of this is a follow-up to the press release that was just sent out literally five or ten minutes ago.

As you all know, we've been investigating various doses and durations of treatment of TH-070 in our ongoing Phase II and Phase III BPH trials. We recently completed dosing of all the patients in our U.S.-Phase II trial and 216 patients from that trial are being followed up. In our European and Canadian Phase III study, however, we have observed three series adverse events relating to liver toxicity, which has led the FDA to compose a partial clinical hold on additional studies in the U.S. Given that our highest priority in the conduct of all of our clinical trials is patient safety, we are taking the additional step of discontinuing patient dosing in our Phase III European and Canadian trial. We should note that, as of tomorrow, all 567 patients in that trial will have completed the first 28 days of dosing.

Now, obviously this is a disappointment and given the human safety data previously published for this drug, a surprise. That said, we have and will continue to compile a tremendous amount of data for greater than 800 patients for 28 days of dosing of TH-070 and are hopeful of being able to define a path forward that will reflect an appropriate balance of safety with efficacy for what we remain convinced will be an important therapy for this currently underserved disease.

So with that as an into, I'm going to now ask our Chief Medical Officer, Alan Colowick, to describe in detail the three serious adverse events, as well as provide a summary of our discussions regarding this with the FDA. Alan?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Thanks, Barry.

I will describe the three SAEs in order and our two interactions with the FDA and then, importantly, our plan moving forward.

The first FAE was reported in a patient in Europe who had the concomitant history of acute alcoholic intoxication and presented clinically jaundice with a markedly elevated liver enzymes as well as elevated bilirubin level. The patient had a prolonged hospitalization that was otherwise unremarkable, and we're happy to report that that case has essentially resolved.

We had a discussion with the FDA about this specific case on April 10, as well as the other data that we had available to us at that time across all of our studies. We discussed with them the plans for the study for which this patient was enrolled, which was the European Phase III study which is not filed to the IND and therefore not under their jurisdiction, but we wanted to discuss it with them at any rate. We updated them on the progress of the Phase II U.S. study and I think it's notable to say that, at that time, patients were still receiving active study drug on that study. The FDA felt comfortable with our plan at that time, allowed us to continue the planned clinical program and move forward.

Recently, we learned of two additional cases which are somewhat different in nature but still concerning from the European Phase III study. Again, after three months of therapy, two separate patients had markedly elevated liver enzymes, this time not associated with an increase in bilirubin. These patients clinically, at the time of their presentation, did not appear to have any ill effects from the elevated liver enzymes. And although both patients were subsequently hospitalized later, neither patient was hospitalized initially as a result of these elevations in liver enzymes; they were hospitalized later primarily as a precautionary measure. These two cases are ongoing; they are not completely resolved. However, at this time, there doesn't appear to be any other clinical (indiscernible) associated with the elevation in liver enzymes.

We've promptly reported these two additional cases to the FDA and other regulatory agencies and had a call with the FDA where we discussed these additional cases as well as the totality of the program. The FDA was aware that, in the U.S., all patients had completed dosing in the U.S. Phase II study, so all 216 patients had completed their 28 days of therapy, and that Threshold was no longer planning to conduct additional trials in the United States under the open IND.

During the call, the FDA expressed their concern about the liver toxicity and in a subsequent follow-up call the same day notified Threshold that we were being placed on partial clinical hold, reiterating again that they understood that no patients were currently receiving active dose except for an additional cohort on a clinical pharmacology study which they agreed could continue. But this was done as a regulatory policy to prevent further clinical trials from being initiated until we resolved the partial clinical hold. We had a discussion with them about what that meant; we have not received the formal letter from the FDA. However, we think we have a reasonable sense of what those issues are and the issues are primarily related around determining what is a safe both dose and duration of the drug to move forward. We believe and I think the FDA agrees that that plan would look something like a shorter-duration certainly than has been used in the current European study. We agreed that, once we

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

received that letter, we would respond with a complete response to the partial clinical hold with a dataset that would include the data from the ongoing clinical programs as well as completed -- previous completed studies, both clinical and nonclinical.

The plan moving forward now is to be very focused indeed on the following. First of all, we feel we've taken the appropriate steps to protect patient safety. It was our decision to halt active dosing in the European Phase III study. We think that's the prudent course of action currently. However, we are very focused on getting the data in-house from both the U.S. study as well as the European study -- (technical difficulty) -- will have greater than 700 patients total who have received TH-070 for at least up to 28 days. We expect that we will hear from the FDA formally with the letter of partial clinical hold, and we will promptly respond with a complete response to the clinical hold once we've got all of these data adequately analyzed and interpreted.

With that, I will turn it back over to Barry.

**Barry Selick** - *Threshold Pharmaceuticals - CEO*

Thanks, Alan.

That's basically an update. What we'd like to do is open the mic for questions, so why don't we go ahead?

QUESTION AND ANSWER

**Operator**

Thank you. The question-and-answer session will be held electronically. (OPERATOR INSTRUCTIONS). Steve Harr, Morgan Stanley.

**Steve Harr** - *Morgan Stanley - Analyst*

A couple of questions -- first off, can you review the liver tox data from TH-070 in the oncology setting?

**Barry Selick** - *Threshold Pharmaceuticals - CEO*

Can I review that?

**Steve Harr** - *Morgan Stanley - Analyst*

Yes -- (multiple speakers)

**Barry Selick** - *Threshold Pharmaceuticals - CEO*

Sure. As you know, the data for us come primarily from that which is published in the literature. I will remind you that the drug was approved in multiple European countries since the mid-1980s for the cancer indication. In the literature are approximately 80 published studies, around 20 of which are controlled clinical trials. In those controlled clinical trials, greater than 3500 patients are reported, and in those studies, there is not any evidence of statistically significant differences in liver toxicity between those patients who received Londiamine versus those who did not.

**Steve Harr** - *Morgan Stanley - Analyst*

But there are trends, correct?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

| Thomson StreetEvents | www.streetevents.com | | Contact Us |  |

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

There are studies in which numerically, in some studies, the liver toxicity was higher numerically, but certainly nothing unlike some of the other side effects, which clearly demonstrate statistical significance. Nothing that came through in any of the studies in that regard.

**Steve Harr** - *Morgan Stanley - Analyst*

Did any of these patients show any manifestations of a functional deficit in liver function?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Are you talking about the cancer patients or the three SAEs?

**Steve Harr** - *Morgan Stanley - Analyst*

The three SAEs.

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, none of them did, so markers of -- is the liver able to perform its functions, including things like glucose homeostasis, synthesis of protein such as albumen, synthesis of clotting factors? In none of these patients were there any abnormalities in any of those types of assessments.

**Steve Harr** - *Morgan Stanley - Analyst*

What were the other patients who had issues -- there were three other patients?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, we have three additional patients who we simply only have lab data for primarily at this time, who come from other studies -- were not reported as SAEs but we felt that we should discuss those patients with the FDA and notified them about those patients. Those are patients for whom, as we bring the data in-house and get the clinical database now from those patients, we will know a lot more about them in the future. But clearly, not nearly the same degree of elevation of enzymes that we observed in the patients who were reported as SAEs.

**Steve Harr** - *Morgan Stanley - Analyst*

Were these SAEs in patients on 50 or 150 mg of drug?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

The three SAEs occurred at both doses.

**Steve Harr** - *Morgan Stanley - Analyst*

When will we have efficacy data?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Well, we expect now to -- as we've mentioned, all patients in the U.S. study have completed their days 28 dosing and in Europe now at this time, actually tomorrow, all patients there will have completed their 28-day dosing. So if what you mean by efficacy data are the data from these

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 5 |

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

ongoing studies, we will get those in-house as quickly as we can and get them analyzed. We clearly expect that will occur during the third quarter.

**Steve Harr** *- Morgan Stanley - Analyst*

Great, thank you. I will jump back in the queue.

**Operator**

[Terrence Lynn], Lazard.

**Terrence Lynn** *- Lazard Freres - Analyst*

Thanks for taking the question. I just had a quick question. If you could review the timeline again as to your interactions with the FDA? I know the first one occurred in April, but this second one, I think I might have missed it.

**Alan Colowick** *- Threshold Pharmaceuticals - CMO*

Yes, I didn't say specifically, Terrence, but we had that -- we had a couple of calls with the FDA yesterday afternoon was the last call with the FDA.

**Terrence Lynn** *- Lazard Freres - Analyst*

Okay, great. Thanks a lot.

**Operator**

Mike King, Rodman & Renshaw.

**Mike King** *- Rodman & Renshaw - Analyst*

Thanks for taking the question. Just sort of following up on the previous question, I'm just wondering, Alan, do we have a complete medical history of all of these patients? Do we know what other drugs they were on? Do we know anything about their underlying health and whether there were any confounding factors?

**Alan Colowick** *- Threshold Pharmaceuticals - CMO*

Yes. We are in the process of getting all those data. Of course, for the patients with SAEs, we have a fair amount of data from their past medical history as well as additional diagnostic tests which we've undertaken.

By and large, I think the most notable event is in the first patient who clearly had a history of recent increased alcohol consumption and quite frankly clinically behaved very differently than the other two patients with SAE for whom acute alcohol intoxication does not appear at least to be a factor. These patients -- just generally what I can tell you is that they obviously were healthy enough to meet our inclusion/exclusion criteria, did not have any -- were not on any medications that we would have predicted would predispose them to liver toxicity, nor comorbid medical conditions.

We've undertaken a series of tests and have various amounts of data on each of these patients with regard to their status for infectious hepatitis, as well as imaging, both by ultrasound and in some cases CAT scan of the gallbladder and the liver. There were no findings from that other than in the first patient. Again, the patient had -- was able to have gallstones visualized by ultrasound, but there wasn't [dilication] of the bile duct,

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 6 |

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

suggesting that there was an obstructive posthepatic component to this enzyme elevation. Early data suggests that some of these patients, while not having acute hepatitis A, certainly have had previous exposure to hepatitis A. That's something that I think we need to follow up on.

Then finally, we are in the process of evaluating the drug product which was used in these studies to rule out any sort of instability or metabolites in the drug product which may have been associated with this, but we don't have those data on any of these patients yet.

**Mike King** - *Rodman & Renshaw - Analyst*

Okay. If I might, just two quick follow-ups. Number one, can you tell us just -- I mean, what criteria were you using to quantify these as SAEs? Was it five times upper limit of normal? Ten times upper limit of normal?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, actually we didn't specify because we weren't expecting liver toxicity. Quite frankly, we didn't specify -- prespecify a level of liver toxicity, which was a priori caused an event to be specified as an SAE. This was something that was in the judgment of the investigator. For all three of the patients, at some point now during their course, they've been hospitalized, which automatically qualifies them as having an SAE.

I think the magnitude of the elevation of the liver enzymes, even in the absence of significant clinical symptoms, were concerning enough to the investigators that they classified these as SAEs and we, quite frankly, weren't in agreement with that.

**Mike King** - *Rodman & Renshaw - Analyst*

(indiscernible) but can you tell us what the measurements were or -- (multiple speakers) --?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, I am happy to do that. In the three SAEs, it was a range obviously. The patient to presented with the concomitant elevation of bilirubin, the first patient had an elevation in their (indiscernible) of approximately 20 to 30X at their peak, and an elevation in their bilirubin of about 20 at its peak, all of which have normalized now. (multiple speakers)

**Mike King** - *Rodman & Renshaw - Analyst*

I'm sorry, bilirubin was what?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

About a 20X increase over upper limit of normal. (multiple speakers)

The two patients with isolated transaminase elevation are more in the range of 10X or so, roughly 10X with, in those cases, for what it's worth, the ALT is elevated disproportionately to the AST, which was not the case. In the first patient that I described to you as the alcohol intoxication, that ratio was reversed.

**Mike King** - *Rodman & Renshaw - Analyst*

Okay, thank you. That's helpful. Then finally, Alan, you mentioned the 80 controlled trials in the cancer setting -- I'm sorry, 20 controlled out of 80 -- (multiple speakers). Up to what doses were used in those trials?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

| Thomson StreetEvents | www.streetevents.com | | Contact Us |  |

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Yes, I'm glad you asked that, Mike; I should have mentioned it. I will remind everyone that, in the cancer setting, the doses are roughly three to six times higher than the doses used in the BPH trial, the highest dosage in the BPH trial. So the doses that were used in most of those trials ranged from 450 to 900 milligrams per day, where the highest dose we're using in the BPH study is 150 mg. Importantly, in many of those studies, we have patients -- they report patients who are on the drug for many months to even years.

So, to say that this was surprising to us to see these results, I think based on what we understood from the published data at least, is an understatement. Clearly, at much higher doses and for longer periods of time, these kinds of findings, while anecdotally potentially reported, certainly there was no pattern in the literature that would have suggested that this was what we would have seen.

**Mike King** - *Rodman & Renshaw - Analyst*

Okay, thank you.

**Operator**

Bret Holley, CIBC World Markets.

**Bret Holley** - *CIBC World Markets - Analyst*

Yes. My question concerns when you actually saw the elevations in the course of treatment amongst the three patients from the European trial. Was it early in treatment -- just [temporarily] (indiscernible) whether it was detected?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, all patients were detected at their last visit on study drug, which was after 12 weeks or 84 days of dosing. It's notable that all patients and 28 days of dosing had normal enzymes, both their transaminases and their total bilirubin. At the time these patients were on that study, we weren't looking at liver enzymes in between that first month and third month of therapy.

We've since added, after the first case was reported, we've added now a month-two assay, but for these three patients, I don't know exactly when the onset was; we just know that it certainly occurred after their 28 days of dosing.

**Bret Holley** - *CIBC World Markets - Analyst*

So 28 days, all three of those patients were entirely normal?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Entirely normal.

**Bret Holley** - *CIBC World Markets - Analyst*

Is there any I guess mechanistic or PK explanation that you can come up with for the difference between the 28-day and the 12-week difference?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, it's a great question and obviously one we're working hard to try to understand. There's nothing that satisfies us as an explanation. I will remind you that the drug has a fairly simple metabolism; it's glucoronidated and then excreted by the kidney. There are enzymes, glucoronidation enzymes, and some differences amongst individual with respect to some of those enzymes we have. Some of the data we don't have back yet is looking at these UGT 1A1 enzymes just to characterize at the gene level of these patients, which we will do across all of the patients in the study

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 8 |
|---|---|---|---|---|

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

now to see if there is some pattern. But other then that, there's really nothing from a PK or mechanistic perspective that we think is a satisfactory explanation at this time.

**Bret Holley** - *CIBC World Markets - Analyst*

I guess one final question -- is there any difference in the manufacturing between the -- I mean, the drug that was used in the European trial versus the drug that was used really in the oncology setting? Has there been any changes in the manufacturing that could account perhaps for our contaminant?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Well, it's the same ATI, but the finishing of the product that we've used for our clinical trial material was different than the finishing -- different firm did the finishing of the product. So it's one of the things that we are very obviously anxious to understand and we are in the process of retrieving the medication from the patients in these sites. We will be doing the analysis obviously before we release the material, from this finisher, in terms of the tests that are necessary to release clinical trial material, if the drug product met all of the specs that we would have had in place but that doesn't preclude the possibility that something could have happened anywhere up until the time that the patients took the drug. That's something that we clearly are very focused on trying to understand.

**Bret Holley** - *CIBC World Markets - Analyst*

Thanks.

**Operator**

John Wilson, Robert W. Baird & Company.

**John Wilson** - *Robert W. Baird & Company - Analyst*

Thanks for taking the question. Actually, most of my questions were already answered but I was just wondering if you could in any way provide clarity on the timeline for your response to the FDA.

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, John, I think what I can tell you is obviously we're going to put in as rapid and quality a response to this notification as we can. First of all, we have to receive the formal notification. We were informed yesterday afternoon by a telephone call. The FDA has up to 30 days to send that letter, although I think our reviewers in this division are trying to cooperate and get that to us sooner. We expect it could come sooner. Until we have that letter, there's a formal response that is required; it's called a complete response to the partial clinical hold. Until we have that letter, we can't say with certainty what it will take to address their concerns. I think we have a very good feeling of what it will take, based on our conversation yesterday, but until we see it in writing, we can't say with certainty.

I can tell you that we are going to do everything we can to get the clinical data -- that is the data in these roughly 800 patients from the European and U.S. Phase II studies and in particular the day-28 data from these patients. We will do everything we can to get that in-house just as rapidly as we possibly can. Then it will be a matter of analyzing those data. We've got some important, completed studies, preclinical talk studies that the FDA is just becoming aware of because they've just recently been completed and will have to tie those two things together, so that may take some time, although obviously it will be a number one priority in the Company.

**Operator**

(OPERATOR INSTRUCTIONS). Joshua Schimmer, Cowen.

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 9 |
| --- | --- | --- | --- | --- |

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

**Joshua Schimmer** - *SG Cowen - Analyst*

Thanks for taking my questions. First, did any of the patients with the liver enzyme abnormalities have liver biopsies? If so, what did they show?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes, Josh, none of these patients have had a biopsy. Given that the clinical course has been something which didn't look to be progressive, the patients clinically looked stable and particularly in the first case where the case was completely resolved, it wasn't felt that the risk of a liver biopsy was worth it by the clinicians taking care of the patient.

**Joshua Schimmer** - *SG Cowen - Analyst*

Okay, and I may have missed this. Are you able to -- or were you able to measure the TH-070 levels in the patients at the time they were found to have the elevated liver enzyme -- (technical difficulty)?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Yes. Unfortunately, we were not able to -- without getting into all the details, it's actually technically not an easy thing to do in terms of the sampling and the handling of the sample. We are gearing up to try to get more patients coming off study drug at this point in time -- those levels. But in these three specific patients, it was not possible.

**Joshua Schimmer** - *SG Cowen - Analyst*

Okay. Then have all patients in all studies now had follow-up liver enzyme tests to make sure there were no other asymptomatic patients with this problem?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

Well, all patients are monitored on a regular basis on the study, so depending on where they are in the study, they are monitored after one month, two months, three months in the European study and after one month of dosing in the U.S., as well as after the three-month blinded follow-up. So up until now, all patients -- and we review these data on a weekly basis in the blinded fashion. Up until now, obviously all of those patients have had their scheduled visits. We now will be in the process of bringing the patients in the European study in for their last study visit on study drug, and they will be monitored for liver enzymes at that visit as well.

**Joshua Schimmer** - *SG Cowen - Analyst*

Okay, I think that's it for my questions. Thanks.

**Operator**

A follow-up from Mike King, Rodman & Renshaw.

**Mike King** - *Rodman & Renshaw - Analyst*

Thanks for taking the follow-up. Gentlemen, can we get an update on the other trials? When would we expect reporting on (indiscernible) and 2DG?

**Alan Colowick** - *Threshold Pharmaceuticals - CMO*

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Sure. So Mike, no change in the guidance there -- we think we're just on track to have data from the (indiscernible) Phase III study, second-line pancreatic cancer patients by the end of this year. At that time, we expect to also be able to report some topline response data from the Phase I or from the Phase II study in front-line therapy combination [gleuphoxomite] plus Gemcitabine. Also we expect, in the coming months, to announce the initiation of additional studies in other tumor types with [gleuphoxomite].

In terms of 2DG (indiscernible) glucose, we expect also by the end of the fourth quarter to be able to report results from the Phase I study of 2 dioxyglucose and to determine a dose to carryforward in Phase II studies, as well as potentially the initiation of some investigator-initiated studies.

**Mike King** - *Rodman & Renshaw - Analyst*

Thank you.

**Operator**

That is all the questions we have. I will turn back it over to Dr. Selick for any closing or additional remarks.

**Barry Selick** - *Threshold Pharmaceuticals - CEO*

Okay, well, again thanks, all of you, for your questions. Obviously, we are intensely focused on trying to get to the bottom of these events.

We will be available for the next several hours, obviously, as well as tomorrow, starting relatively early, so to the extent that you might have any follow-up questions or want to discuss this further, don't hesitate to give us a call. If you don't have Denise Powell's phone number in front of you, it is 650-474-8206. Denise will ensure that you get to whoever it is you'd like to speak with.

So again, thank you very much.

**Operator**

This does conclude today's conference call. You may disconnect at this time. Thank you for participating.

### DISCLAIMER

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS

© 2005, Thomson StreetEvents All Rights Reserved.

© 2007 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.