MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON<br><br>                    Defendants. | Case No. CV-07-04972 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

1     WHEREAS on December 17, 2007, the Court entered an Order, pursuant to
2 stipulation of the parties, setting forth deadlines for lead plaintiff to file a consolidated
3 complaint and for defendants' responsive motion to dismiss; and
4     WHEREAS the December 17, 2007 stipulation and Order provided, *inter alia*, that
5 defendants shall have until May 29, 2008 to file and serve their reply brief, and that a
6 hearing on defendants' motions to dismiss be scheduled for June 12, 2008, at 2:00 p.m.; and
7     WHEREAS the December 17, 2007 Order further provided that the case
8 management conference in this action be continued to June 12, 2008 at 2:00 p.m.; and
9     WHEREAS on January 15, 2008, lead plaintiff timely filed his consolidated
10 amended class action complaint; and
11     WHEREAS on March 7, 2008 defendants timely filed a motion to dismiss the
12 consolidated amended class action complaint, currently scheduled to be heard on June 12,
13 2008; and
14     WHEREAS counsel for both lead plaintiff and defendants have developed
15 scheduling conflicts on June 12, 2008; and
16     WHEREAS counsel for both lead plaintiff and defendants are available on June 19,
17 2008 for a hearing on defendants' motion to dismiss, and are agreeable to rescheduling the
18 hearing and also the case management conference to that date; and
19     WHEREAS June 19, 2008 is presently showing as an available hearing date on the
20 Court's website; and
21     WHEREAS there has been no prior continuance of the hearing date for defendants
22 motion to dismiss; and
23     WHEREAS counsel for defendants has requested, and counsel for lead plaintiff has
24 agreed, that if the hearing date is continued to June 19, 2008 then defendants shall have
25 until June 5, 2008 to file and serve their reply brief;
26     IT IS THEREFORE HEREBY STIPULATED and agreed by and among the
27 undersigned counsel on behalf of their respective clients that, subject to Court order:
28     1. Defendants shall have until June 5, 2008 to file and serve their reply brief in

1

1 | support of their motion to dismiss plaintiffs' consolidated amended complaint; and

2. The hearing on defendants' motion to dismiss plaintiffs' consolidated amended complaint shall be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.; and

3. The case management conference shall similarly be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.

SO STIPULATED.

DATED:  May 22, 2008                    HELLER EHRMAN LLP

                                                  By        /s/ Laurence A. Weiss
                                                               Laurence A. Weiss

275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

DATED:  May 22, 2008                    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                                                  By        /s/ Dennis J. Herman
                                                               Dennis J. Herman

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Lead Plaintiff

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS
CASE NO. CV-07-04972 CW

\* \* \*

I, Laurence A. Weiss, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Continuing Hearing Date For Defendants' Motion To Dismiss Consolidated Amended Complaint And Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Dennis J. Herman has concurred in this filing.

                /s/ Laurence A. Weiss
                   Laurence A. Weiss

\* \* \*

## ORDER

PURSUANT TO STIPULATION, and good cause appearing,

1. Defendants shall have until June 5, 2008 to file and serve their reply brief in support of their motion to dismiss plaintiffs' consolidated amended complaint; and

2. The hearing on defendants' motion to dismiss plaintiffs' consolidated amended complaint shall be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.; and

3. The case management conference shall similarly be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____

                   HONORABLE CLAUDIA WILKEN
                   United States District Court Judge