MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE,<br><br>               Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON<br><br>               Defendants. | Case No. CV-07-04972 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br>**AS MODIFIED** |

WHEREAS on December 17, 2007, the Court entered an Order, pursuant to stipulation of the parties, setting forth deadlines for lead plaintiff to file a consolidated complaint and for defendants' responsive motion to dismiss; and

WHEREAS the December 17, 2007 stipulation and Order provided, *inter alia*, that defendants shall have until May 29, 2008 to file and serve their reply brief, and that a hearing on defendants' motions to dismiss be scheduled for June 12, 2008, at 2:00 p.m.; and

WHEREAS the December 17, 2007 Order further provided that the case management conference in this action be continued to June 12, 2008 at 2:00 p.m.; and

WHEREAS on January 15, 2008, lead plaintiff timely filed his consolidated amended class action complaint; and

WHEREAS on March 7, 2008 defendants timely filed a motion to dismiss the consolidated amended class action complaint, currently scheduled to be heard on June 12, 2008; and

WHEREAS counsel for both lead plaintiff and defendants have developed scheduling conflicts on June 12, 2008; and

WHEREAS counsel for both lead plaintiff and defendants are available on June 19, 2008 for a hearing on defendants' motion to dismiss, and are agreeable to rescheduling the hearing and also the case management conference to that date; and

WHEREAS June 19, 2008 is presently showing as an available hearing date on the Court's website; and

WHEREAS there has been no prior continuance of the hearing date for defendants motion to dismiss; and

WHEREAS counsel for defendants has requested, and counsel for lead plaintiff has agreed, that if the hearing date is continued to June 19, 2008 then defendants shall have until June 5, 2008 to file and serve their reply brief;

IT IS THEREFORE HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that, subject to Court order:

1. Defendants shall have until June 5, 2008 to file and serve their reply brief in

1

support of their motion to dismiss plaintiffs' consolidated amended complaint; and

2. The hearing on defendants' motion to dismiss plaintiffs' consolidated amended complaint shall be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.; and

3. The case management conference shall similarly be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.

SO STIPULATED.

DATED: May 22, 2008          HELLER EHRMAN LLP

                             By     /s/ Laurence A. Weiss
                                      Laurence A. Weiss

                             275 Middlefield Road
                             Menlo Park, California  94025-3506
                             Telephone: (650) 324-7000
                             Facsimile: (650) 324-0638

                             Attorneys for Defendants
                             THRESHOLD PHARMACEUTICALS, INC.,
                             HAROLD "BARRY" E. SELICK,
                             and JANET I. SWEARSON

DATED: May 22, 2008          COUGHLIN STOIA GELLER RUDMAN &
                             ROBBINS LLP

                             By     /s/ Dennis J. Herman
                                      Dennis J. Herman

                             100 Pine Street, Suite 2600
                             San Francisco, CA 94111
                             Telephone: (415) 288-4545
                             Facsimile: (415) 288-4534

                             Attorneys for Lead Plaintiff

\* \* \*

I, Laurence A. Weiss, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Continuing Hearing Date For Defendants' Motion To Dismiss Consolidated Amended Complaint And Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Dennis J. Herman has concurred in this filing.

                         /s/ Laurence A. Weiss
                             Laurence A. Weiss

\* \* \*

## ORDER

PURSUANT TO STIPULATION, and good cause appearing,

1. Defendants shall have until **June 2, 2008** to file and serve their reply brief in support of their motion to dismiss plaintiffs' consolidated amended complaint; and

2. The hearing on defendants' motion to dismiss plaintiffs' consolidated amended complaint shall be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.; and

3. The case management conference shall similarly be continued from June 12, 2008 at 2:00 p.m. to June 19, 2008 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 5/23/08 _____



_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge