MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M.R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD E. "BARRY" SELICK
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**REPLY DECLARATION OF ALEXANDER M.R. LYON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants. | Hearing Date: June 19, 2008<br>Hearing Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

I, Alexander M.R. Lyon, declare as follows:

I am an attorney licensed to practice in the State of California. I am an associate at the law firm of Heller Ehrman LLP, counsel for defendants Threshold Pharmaceuticals, Inc. ("Threshold"), Harold E. Selick, and Janet I. Swearson in these consolidated actions. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would testify competently thereto.

1. Attached hereto as **Exhibit O** is a true and correct copy of an article entitled *Placebo Therapy of Benign Prostatic Hyperplasia: A 25-Month Study*, by J.C. Nickel, published in the British Journal of Urology (1998). The article is cited at ¶ 67 n. 5 of the Consolidated Amended Class Action Complaint for Violation of The Federal Securities Laws (the "Complaint").

2. Attached hereto as **Exhibit P** is a true and correct copy of an article entitled *The Placebo Effect and Randomized trials: Analysis of Alternative Medicine*, by Mark A. Moyad, MPH, published in Urology Clinics of North America (2002). The article is cited at ¶ 67 n. 5 of the Complaint.

3. Attached hereto as **Exhibit Q** is a true and correct copy of an article entitled *Placebo Effects in the Pharmacological Treatment of Uncomplicated Benign Prostatic Hyperplasia*, by Bo Jesper Hansen, *et al.*, published in Scandinavian Journal Urology Nephrology (1996). The article is cited at ¶ 67 n. 5 of the Complaint.

4. Attached hereto as **Exhibit R** is a true and correct copy of a printout from the Yahoo Finance website showing the closing stock market price for Threshold's stock from October 3, 2005, through October 31, 2005. I visited the website and printed out Exhibit R on May 30, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of June, 2008, at San Francisco, California.

By /s/ _____
ALEXANDER M.R. LYON