# EXHIBIT O

*British Journal of Urology* (1998), **81**, 383–387

# Placebo therapy of benign prostatic hyperplasia: a 25-month study

J.C. NICKEL for the Canadian PROSPECT Study Group*
*Queen's University, Kingston General Hospital, Kingston, Ontario, Canada*

**Objective** To analyse the efficacy, correlations and adverse-event profile of placebo therapy from the initial placebo run-in period to beyond 2 years of treatment.

**Patients and methods** The effects of placebo therapy on prostate size, maximum urinary flow rate ($Q_{max}$) and symptoms were analysed, and adverse drug experiences documented, for a period of 25 months in 303 patients randomized to the placebo arm of a controlled trial evaluating finasteride in the treatment of BPH (the Canadian PROSPECT study).

**Results** For all variables, the values during follow-up were significantly different from baseline ($P \leqslant 0.001$). Transrectal ultrasonography confirmed a progressive increase in prostate volume over 25 months ($+8.4\%$) but $Q_{max}$ improved for the first 5 months (to 1.4 mL/s over baseline) and remained 1.0 mL/s more than baseline at 25 months. The total symptom score improved by $-2.9$ points in the first 2 months on placebo and was ultimately 2.3 points below baseline at 25 months. The extent of the placebo response for symptoms ($r=0.08$, $P=0.180$) and $Q_{max}$ ($r=0.04$, $P=0.550$) was independent of age, but the response correlated with the initial severity of symptoms ($r=-0.394$, $P \leqslant 0.001$) and initial $Q_{max}$ ($r=-0.134$, $P=0.023$). Patients with a prostate of $\leqslant 40$ mL had a clinically more important placebo response than those with larger prostates. In all, 246 patients (81.2%) reported adverse events thought to be secondary to placebo therapy. The most common complaint was urogenital (40.3%), specifically impotence (6.3%) and decreased libido (6.3%); 13.2% of patients discontinued placebo therapy because of significant adverse reactions.

**Conclusions** Placebo therapy rapidly produces a significant improvement in $Q_{max}$ and symptoms of BPH but also causes clinically important adverse effects. The beneficial effect fades but remains after 2 years.

**Keywords** Benign prostatic hyperplasia, prostate, finasteride

## Introduction

BPH is the most commonly occurring neoplastic disease in men [1] and a plethora of concoctions, extracts, drugs, devices and surgical procedures have been discovered, suggested, developed and tested for this condition. Inevitably there are always some data presented and/or published to substantiate each claim. However, there is considerable evidence to support the belief that a signifi-

Accepted for publication 11 November 1997

*PROSPECT study group: J.C. Nickel, Kingston; Y. Fradet, Quebec City; R. Boake, Edmonton; P. Pommerville, Victoria; J.P. Perreault, Montreal; S. Afridi, Saskatoon; M. Elhilali, Montreal; J. Simard, Quebec City; L. Goldenberg, Vancouver; W. Orovan, Hamilton; L. Sullivan, Vancouver; R. Norman, Halifax; I. Reid, Charlottetown; S. Herschorn, Toronto; J. Trachtenberg, Toronto; J. Collins, Ottawa; G. Beland, Montreal; P. Bertrand, Montreal; E. Ramsey, Winnipeg; D. Pharand, Montreal, A. Vallieres, Quebec City; J. Williams, Calgary; H. Fenster, Vancouver; P. Feero, Moncton; R. Barr, Calgary; N. Struthers, Toronto; J. Pike, St. John's; CANADA Presented at the Societe Internationale d'Urologie 24th World Congress, Montreal, September 7–11, 1997

cant placebo effect is manifest in trials of treatments for BPH [2]. This effect has been noted in studies lasting for up to one year [2] but unfortunately, these trials do not describe the real clinical effect seen in patients taking placebo, as the effect is partly dissipated in the placebo 'run-in' period (usually 2–4 weeks before randomization to either a placebo or treatment group). It is from this second baseline that the placebo effect has been measured in published randomized placebo-controlled trials. In practice, the actual clinical effect of the placebo experienced by the patient is measured from the day he takes the first dose rather than from an artificial baseline measured at the time of randomization. The 2-year Canadian PROSPECT study [3] comparing finasteride with placebo therapy in the treatment of moderate BPH presents a unique opportunity to assess a large cohort of patients with BPH undergoing placebo therapy from the first treatment given at the initiation of the placebo run-in baseline and continued for 25 months.

© 1998 British Journal of Urology

384   THE CANADIAN PROSPECT STUDY GROUP

## Patients and methods

The Canadian PROSPECT study enrolled 613 patients, aged 45–80 years with moderate symptomatic BPH, from 28 centres across Canada. Patients with a PSA level of $\geqslant 10$ ng/mL or those with a post-void residual urine volume (PVR) of $>150$ mL were excluded; other inclusion and exclusion criteria are listed in Table 1. The patients were followed as described below for 2 years after randomization. The results of this randomized control trial has been published [3] and showed that finasteride significantly reduced prostate volume, decreased symptoms and improved urinary flow rates over a 2-year period, compared with placebo.

Patients in the PROSPECT study who met the inclusion criteria at screening received placebo for one month and were then were randomly assigned according to a computer-generated schedule to receive either finasteride or placebo for 2 years. Baseline values for the study were obtained at the beginning of the placebo run-in period rather than at the time of randomization. Patients were re-evaluated by the investigators at randomization, one month after randomization and then every 4 months until the end of the study period, for a total of 10 visits. Medication was stopped if a patient required alternative therapy for BPH, if prostate cancer was diagnosed or suspected, if a severe reaction to the study drug was postulated, or if the patient did not wish to continue the protocol.

Table 1 Main inclusion and exclusion criteria in the PROSPECT study

---
*Inclusion criteria*
Age $<80$ years
$Q_{max}$ of 5–15 mL/s at screening or start of placebo run-in period or both, with total voided volume of $\geqslant 150$ mL
At least two moderate symptoms of BPH, but no more than two severe symptoms
Enlarged prostate gland detected by DRE
Serum PSA level $<10$ ng/mL.
PVR $<150$ mL
*Exclusion criteria*
Evidence or suggestion of prostate cancer
Neurogenic bladder dysfunction
History of acute urinary retention necessitating two or more catheterizations in the previous 2 years
History of prostate surgery or other invasive procedure
History of condition predisposing patient to urethral strictures
Chronic bacterial prostatitis
Serum creatinine level $>150$ mmol/L, or results of liver function tests $>50\%$ above upper limit of normal
Use of drugs with antiandrogenic properties
Haematuria associated with untreated active urinary tract infection, prostatitis or bladder cancer
Any condition jeopardizing patient's ability to complete study
---

At the initial placebo run-in baseline, randomization baseline, 13 months and 25 months, patients underwent a complete physical examination, DRE, measurement of PVR and a TRUS measurement of prostate volume. The three main outcome measures were: (i) changes in symptoms attributable to BPH, assessed using the modified Boyarsky symptom score [4]; (ii) changes in urinary flow rates, assessed using a uroflow meter (Urodyn 1000, Dantec, Mahwah, MJ, USA) equipped with a filter to eliminate flow artefacts and linked to an integral printer; and (iii) changes in prostate volume, determined by measuring in triplicate the diameter of the prostate along the cephalocaudal, anteroposterior and transverse axes with post-voiding TRUS. To determine the incidence of prostate surgery and urinary retention in the placebo population (during the 2 years after randomization) all patients who withdrew before completing the study were followed up by their physicians. Although the investigator knew that the patient was receiving placebo for the 1-month placebo run-in, the patient did not. After randomization, the patients and investigators were unaware of the treatment or placebo allocation. The placebo tablets were made to be identical in appearance and taste to the finasteride tablets. Patients and investigators were also unaware of the patients' PSA levels, as changes in these levels are characteristic of finasteride therapy.

## Results

After the placebo run-in period, 303 patients were randomized to the placebo group. The baseline symptom scores, maximum ($Q_{max}$) and mean urinary flow rates, and prostate volumes were within the limits expected for patients with moderate BPH (Table 2); 226 (74.6%) of the placebo group completed the study and 25-month follow-up data were available for 300 patients. The total symptom score changed significantly ($P \leqslant 0.001$) from the original baseline for the entire 25 months of the study. The symptom score decreased for the first 9 months by $-3.2$, with the greatest improvement seen in the first 2 months of the study. After 8 months there was a gradual decline in symptom improvement but even at 25 months the total symptom score (mean) was still 2.3 points below baseline (Fig. 1).

Table 2 Group mean (SD)* baseline values at the initiation of the placebo run-in period ($n = 303$)

| | |
|---|---|
| Age (range) in years | 63.5 (47–80) |
| Total symptom score | 18.3 (7.6) |
| $Q_{max}$ (mL/s) | 10.0 (2.7) |
| Prostate volume (mL) | 45.8 (22.4) |

*Unless stated otherwise.



**Fig. 1.** Changes from baseline (B, at the placebo run-in period) in total symptom scores. Error bars represent 95% CIs of within-group means; if error bars do not cross the baseline, the within-group change from baseline is statistically significant at $P<0.001$.

The $Q_{max}$ was significantly better than baseline at every visit for the 25 months of the study ($P\leqslant0.001$). The greatest improvement in $Q_{max}$ occurred in the first 5 months of the study ($+1.4$ mL/s) and although there was a slight deterioration, the improvement in $Q_{max}$ at 25 months was still 1.0 mL/s better than baseline (Fig. 2).

Prostate volume increased progressively and was 8.4% higher than baseline at the final assessment. The serum PSA levels in the placebo group increased significantly over the course of the study: the median increase was 5.5% over baseline at one year, increasing to 13.3% over baseline after 2 years.

The extent of the placebo response for symptoms ($r=0.08$, $P=0.180$) and $Q_{max}$ ($r=0.04$, $P=0.550$) was independent of age, but the response correlated with the initial severity of symptoms ($r=-0.394$, $P\leqslant0.001$) and initial $Q_{max}$ ($r=-0.134$, $P=0.023$). Patients with a prostate of $\leqslant40$ mL had a clinically more important



**Fig. 2.** Changes from baseline (B, at the placebo run-in period) in maximum urinary flow rates. Description and significance of error bars as in Fig. 1.

placebo response than those with a larger prostate (Fig. 3).

*Adverse events and other clinical endpoints*

Some adverse event that was felt related to the placebo medication was reported by 246 patients (81.2%; Table 3); 19 (6.3%) complained of impotence and the same number complained of decreased libido. Seventy-seven patients withdrew from the study, 40 because of significant adverse events, 19 because of insufficient response, three because of deviation from the protocol and nine were lost to follow-up (others = 6).

Ten (3.3%) patients experienced acute urinary retention and 26 (8.6%) had some form of urological intervention (usually TURP). Three patients died during the study period but none of the investigators treating these patients considered the deaths to be related to the study drug (in this case placebo). Six patients in the group



**Fig. 3.** Changes from baseline in symptoms and $Q_{max}$ in patients with prostate size of $\leqslant40$ mL (green) or $>40$ mL (red).

**Table 3** Adverse events by body system, as reported by patients

| Category | Number (%)* |
|---|---|
| Urogenital | 122 (40.3) |
| Neurological other than special sense | 82 (27.1) |
| Respiratory | 76 (25.1) |
| Musculoskeletal | 82 (27.1) |
| Cardiovascular | 51 (16.8) |
| Digestive | 71 (23.4) |
| Body as a whole | 59 (19.5) |
| Dermal/appendages | 38 (12.5) |
| Metabolic/nutritional/immunological | 20 (6.6) |
| Special sense | 20 (6.6) |
| Endocrine | 7 (2.3) |
| Haematic/lymphatic | 1 (0.3) |
| *Any adverse event* | *246 (81.2)* |

*Percentages do not total 100 because patients may have reported more than one adverse event and not necessarily in the same category.

were diagnosed with prostate cancer during the study period.

## Discussion

Patients with moderate BPH treated with placebo for 25 months as part of a double-blind placebo-controlled randomized study had a continuous improvement in symptom scores and urinary flow rates within the first few months. The response was sustained and durable for 25 months of treatment, measured against the baseline taken when the patients took the first dose during the placebo run-in period. Placebo therapy had no effect on the gradual increase in prostate size recorded over the 2 years of the study. Patients with small or normal prostate glands, more severe symptoms and a lower initial $Q_{max}$ had the most significant response to placebo therapy at 25 months. However, placebo therapy was not entirely without risk; 81.2% of patients taking the placebo reported adverse events. The most common complaints were urogenital; 13.2% of patients discontinued the placebo therapy because of significant adverse reactions. These results confirm observations from previous placebo-controlled studies of medical therapy for BPH [2] with a duration of $\leqslant 1$ year. In the classic study comparing terazosin, finasteride, or both [5] there was no placebo run-in period and the effect of placebo at 1 year was very similar to that seen in the present study.

Although there is a substantial belief that there is a significant placebo effect on BPH, some authors tend to disagree. Isaacs [6] reviewed the response of symptomatic patients with BPH during placebo therapy in trials lasting from one to 6 months and concluded that placebo treatment does not produce a measurable increase in positive response over that expected from the variable natural history of the disease. The placebo response has also been described as only a statistical artefact based on preselection bias [7]. However, it would be difficult to explain the differential effect of placebo in patients with different sized prostate glands. McConnell et al. [8] used the data from 1417 patients treated in the placebo arms of 45 placebo-controlled trials which were analysed for the AHCPR BPH guidelines, to allow a direct comparison between the watchful-waiting and the placebo studies. For none of the examined variables could a significant difference between the treatment modalities be identified. However, in most of these trials, much of the placebo effect would have been dissipated in a placebo run-in period, which was not considered in these types of comparison. Roehrborn [2] also noted that the watchful-waiting studies had a long-term follow-up, while the placebo studies were part of short to mid-term medical treatment trials, ranging from 3 days to 52 weeks. A

sampling artefact error would also not explain the differential effect of placebo in patients with different sized prostates. In one of the most comprehensive natural history studies of patients with BPH, Barry et al. [9] showed that patients similar to those entered in the present trial (with moderate BPH) experienced a deterioration in their symptoms and $Q_{max}$ over 2 years. Of patients with moderate symptoms, 18% progressed to a severe symptom category while 16% required some form of surgical treatment. Only 10% of patients improved during the first 2 years of watchful waiting; 2.5% of patients per year in this watchful-waiting trial developed acute urinary retention.

It is not surprising that placebo therapy results in a greater improvement in symptoms (absolute not relative) in patients with more significant symptoms, and it is also not surprising that it does not change the rate of prostate growth, occurrence of acute urinary retention or the need for surgery. That patients with small or normal prostates ($\leqslant 40$ mL) had a better symptom response (and to a lesser extent, an improvement in $Q_{max}$) than those with larger prostates ($> 40$ mL) was also noted in the recent meta-analysis evaluating the effect of prostate volume on the 12-month response for symptoms and uroflow to finasteride and placebo [10].

The placebo response has been described in other fields of medicine. The first recognized meta-analysis in the medical literature on the powerful effects of the placebo was by Beecher in 1955 [11]. In this early meta-analysis, placebos had a mean (SD) significant effectiveness of 35.2(2.2)%, and were capable of altering subjective and objective responses and symptoms. Beecher was also one of the first to confirm that not only do placebos produce beneficial results, but like other therapeutic agents, they are ascribed as having associated toxic effects, similar to those described in the present study. For a more complete discussion of the placebo effect, particularly in the treatment of BPH, there is a recent excellent review by Roehrborn [2].

Placebo rapidly produces a significant improvement in uroflow and BPH symptoms, but also clinically important adverse effects. The beneficial treatment effects persist after 25 months of placebo therapy. To accurately evaluate the potential benefit of any intervention for symptomatic BPH, long-term placebo or sham-control clinical trials are required and should be of $> 2$ years in duration.

## Acknowledgements

We thank Daniel Morissette for the compilation and analysis of the study data. The original PROSPECT study was funded by a clinical research grant from Merck Frosst Canada, Inc.

## References

1 Walsh PC. Benign prostatic hyperplasia: Etiological considerations. In Kimbal FA, Buhl AE, Carter DB, eds, *New Approaches to the Study of Benign Prostatic Hyperplasia. Progress in Clinical and Biological Research* Vol. 145. New York: Alan R. Liss Inc, 1984: 1–25

2 Roehrborn CG. The placebo effect in the treatment of benign prostatic hyperplasia. In Kirby R, McConnell JD, Fitzpatrick JM, Roehrborn CG, Boyle P, eds, *Textbook of Benign Prostatic Hyperplasia*. Oxford: Isis Medical Media Ltd, 1996: 239–58

3 Nickel JC, Fradet Y, Boake RC *et al.* Efficacy and safety of finasteride therapy for benign prostatic hyperplasia: results of a 2-year randomized controlled trial (the PROSPECT Study). *Can Med Assoc J* 1996; **155**: 1251

4 Bolognese JA, Kozloff RC, Kunik SC, Grino PB, Patrick DL, Stoner E. Validation of a symptoms questionnaire for benign prostatic hyperplasia. *The Prostate* 1992; **21**: 291–9

5 Lepor H, Williford WO, Barry MJ *et al*. The efficacy of terazosin, finasteride, or both in benign prostatic hyperplasia. *New Eng J Med* 1996; **335**: 533–9

6 Isaacs JT. Importance of the natural history of benign prostatic hyperplasia in the evaluation of pharmacologic intervention. *The Prostate* 1990; **3**: 1–7

7 Bernier P, Montoya JD, Sech SA *et al*. 'Placebo effects' regarding peak flow rates and symptom scores in BPH trials are partially artefacts due to exclusion criteria. *J Urol* 1997; **157**: 316A

8 McConnell JD, Barry MJ, Bruskewitz RC *et al*. Benign prostatic hyperplasia: diagnosis and treatment. Clinical Practice Guideline, Number 8, Rockville, Md: Agency for Health Care Policy and Research, Public Health Service, US Department of Health and Human Services, 1994

9 Barry BJ, Fowler FJ Jr, Bin L, Pitts JC, Harris CJ, Mullery AG Jr. The natural history of patients with benign prostatic hyperplasia as diagnosed by North American urologists. *J Urol* 1997; **157**: 10–5

10 Boyle P, Gould AL, Roehrborn CG. Prostate volume predicts outcome of treatment of benign prostatic hyperplasia with finasteride: meta-analysis of randomized clinical trials. *Urology* 1996; **48**: 398–405

11 Beecher HK. The powerful placebo. *JAMA* 1955; **159**: 1602–6

## Author

J.C. Nickel, MD, FRCSC, Professor of Urology, Queen's University, Kingston General Hospital, Kingston, Ontario, Canada, K7L 2V7.