# EXHIBIT P



UROLOGIC
CLINICS OF
NORTH AMERICA

Urol Clin N Am 29 (2002) 135–155

# The placebo effect and randomized trials: analysis of alternative medicine

## Mark A. Moyad, MPH*

*Department of Urology, University of Michigan Medical Center, 1500 East Medical Center Drive,
Ann Arbor, MI 48109-0330, USA*

Randomized placebo-controlled clinical trials continue to be the standard by which researchers determine which treatments are effective [1]. Some diseases and situations do not utilize a placebo but instead compare a novel treatment to the standard of treatment. Complementary medicine, especially dietary supplements and herbal remedies, have experienced an enormous increase in popularity over the past several years [2], although the association between dietary nutrients and/or supplements and disease risk were mostly based on observational studies; however, more adequate clinical research espousing their use is lacking, and the few large-scale trials overall have been disappointing. Nevertheless, there have been some placebo-controlled clinical trials of certain supplements, which may assist the clinician in discussing their potential use or nonuse by patients. Other trials have found insignificant effects when examining the primary end point; however, analyses of some secondary end points have revealed some interesting, potentially encouraging, and less publicized discouraging results. Finally, a few supplements have revealed some findings that mirror results from prescription medications and are currently being studied. A variety of randomized trials for dietary supplements/herbs and other alternative medicines are summarized below in alphabetical order. The inclusion criteria for this article includes clinical trials of dietary supplements for cancer and/or supplements that have been tested in other areas of medicine that also seem to be utilized by patients with cancer or in a urologic setting. Thus, this article is intended to update the clinician on the status of past and recent supplement trials from a variety of medical fields in order to facilitate discussions with patients inquiring about any of these agents. Extensive supplement trials in other noncancerous or nonurologic disciplines (e.g., vitamin E and cardiovascular disease) may provide some information on the benefit or lack of benefit in other areas of medicine.

## Androstenedione and DHEA for muscle mass or libido improvement

Androgenic-anabolic steroids have demonstrated positive effects on muscle size and strength with some types of resistance training [3,4]. Androstenedione is normally produced by the adrenal gland and gonads, and it can be converted to testosterone [5]. This steroid is also produced by some plants, and it has been touted as a natural alternative to anabolic steroid use and as a potential supplement for erectile dysfunction (ED). A randomized trial of this supplement was conducted in 1998 [6]. Thirty healthy men aged 19–29 years with normal testosterone levels were randomly assigned 300 mg of androstenedione or placebo over 8 weeks. Researchers did not observe a significant increase in testosterone levels, and supplementation did not increase muscle size and strength. However, androstendione did increase serum levels of estrone and estradiol which seems to suggest more aromatization occurred with this product and/or from increasing testosterone levels. The use of this supplement was also associated with decreased serum levels of high-density lipoproteins

---

* *E-mail address:* moyad@umich.edu (M.A. Moyad).

0094-0143/02/$ - see front matter © 2002, Elsevier Science (USA). All rights reserved.
PII: S 0 0 9 4 - 0 1 4 3 ( 0 2 ) 0 0 0 3 9 - 3

136                    *M.A. Moyad / Urol Clin N Am 29 (2002) 135–155*

(HDL). Other recent trials have found similar and other unique effects of androstendione supplements [7–12]. For example, 42 healthy men aged 20–40 years received 100 mg or 300 mg of androstendione daily for 7 days versus a similar group not receiving any supplements [9]. Men receiving no supplements and 100 mg of androstendione experienced no mean increases in testosterone, but the group receiving 300 mg did experience a mean increase of 34%. Estradiol levels increased significantly by 42% and 128%, respectively, for the 100 mg and 300 mg group. Another trial of 55 healthy men aged 30–56 years old utilized either a placebo or 100 mg of androstendione three times daily for 28 days [11]. Serum total testosterone and prostate-specific antigen (PSA) levels were not altered by supplementation. However, increases in free testosterone, estradiol, and dihydrotestosterone (DHT) were found. DHT increases were positively correlated with increasing age. Decreases in serum HDL cholesterol were also observed with the supplemented group. Another interesting finding was that no difference in the perception of mood, health, or libido occurred between treatment and placebo groups. This has also been observed in other trials with this and other related supplements [12].

In summary, randomized trials of androstendione have demonstrated a dramatic association between dosage and estradiol levels, and an inverse association with HDL levels. Any other proposed benefits such as an increase in muscle mass or improved sexual function are unsubstantiated when compared with placebo. This should be a concern for anyone hoping to utilize these supplements at any age regardless of condition, especially as these supplements may even produce a contradictory effect to what has been touted by some companies. Although, estrogen has been associated with some favorable cardiovascular benefits [13], in men these increases may also raise the risk of cardiovascular disease [14], gynecomastia [15], pancreatic cancer and other abnormal conditions [16]. Also, decreases in HDL contribute negatively to cardiovascular protection [17]. It is possible that with excessive intake of androstenedione or in men with initially low levels of testosterone, an increase in testosterone can be observed [9,11]. However, the combined negative effects associated with these supplements do not make them an attractive option.

Dehydroepiandrosterone (DHEA) supplements fall into essentially the same category as androstendione supplements. These supplements derived from plants carry the added limitation of needing

to be converted in a laboratory setting to produce an actual DHEA-like compound [18]. Many supplements have not undergone this conversion and thus carry little to no real DHEA activity. Other potent DHEA supplements possess the same estrogen-producing qualities from clinical trials [19]. In hypogonadal men, or those with prostate cancer, a subsequent testosterone increase or transient symptomatic benefit may occur, although other associated negative effects do not currently make these supplements a viable option [20,21].

## Beta-carotene supplements for cancer and cardiovascular disease

There is probably no better example of why the placebo effect is so critical to dietary supplement research than when past clinical investigations on beta-carotene were concluded. Evidence from past laboratory and epidemiologic studies demonstrated that individuals who consume large amounts of fruits and vegetables experience lower rates of a variety of cancers [22,23]. There are potentially hundreds of compounds in fruits and vegetables that could affect cancer risk, but in the 1980s and the 1990s the hypothesis and observed findings were regularly presented that beta-carotene may be primarily responsible for the lower cancer rates [24–26]. It seemed as if this hypothesis made sense for several reasons. Beta-carotene is converted to vitamin A in humans, and vitamin A may inhibit the promotional stages of cancer [27]. Beta-carotene and vitamin A may increase immune surveillance [28]. Beta-carotene by itself may prevent DNA abnormalities caused by free radicals because it is an antioxidant [29]. It may decrease the potential that chemical carcinogens have for metabolic activation [30], and it may block binding of carcinogens to DNA [31]. Finally, beta-carotene may inhibit clonal expansion of initiated cells by increasing gap-junction communication [32]. However, by the late 1990s, the results from at least eight trials testing the proposed benefit of beta-carotene supplements on cancer incidence and mortality were published.

Examining the results of clinical trials versus placebo in order of publication revealed a definite and disappointing conclusion: that beta-carotene supplements have essentially no significant role in decreasing cancer risk. A small trial of 1805 adults evaluated the role of beta-carotene supplements in preventing recurrent skin cancers, but no significant effect was demonstrated after 5 years of treatment [33]. The relative risk of taking the

02/14/2008 17:14 FAX 613 952 3303 CISTI ICIST ☒005/023

uce
up-
and
her
ume
ials
tate
an-
ugh
ntly
1].


the
ent
ons
rom
on-
irge
wer
are
and
t in
and
that
for
this
eta-
ans,
ages
may
tene
ised
[29].
cin-
d it
[31].
pan-
tion
90s,
the
ents
hed.
rsus
inite
tene
role
1805
ple-
but
ears
; the

supplement was actually slightly higher than that for placebo (RR = 1.05).

The next published trial investigated a combination of beta-carotene, selenium, and vitamin E in a poorly nourished or nutrient-depleted Chinese population [34]. A 9% reduction in total mortality, mainly as a result of a statistically significant 21% decreased stomach cancer mortality rate, was observed in individuals after 5 years of treatment. Interestingly, the Physicians' Health Study found that men in the lowest fourth of plasma beta-carotene level at baseline who received beta-carotene demonstrated a lower risk of prostate cancer that after 12 years was statistically significant versus placebo [35]. A follow-up to this study found that in men with lowest levels of lycopene (another carotenoid), beta-carotene supplements were associated with a lower risk of prostate cancer [36]. Therefore, for poorly nourished and or nutrient-depleted individuals and populations, beta-carotene supplements may provide some cancer protection. This finding supports older findings that individuals who have a deficiency of certain vitamins and minerals stand to gain by incorporating these nutrients back into their diet [37]. A classic overt example is vitamin C deficiency and the risk of scurvy; however, this does not support the use of beta-carotene supplements because these individuals are severely depleted in terms of specific nutrients, which is in general an uncommon scenario. It must be kept in mind that overall for the Physicians' Health Study, there was no impact of beta-carotene supplements over placebo on prostate cancer incidence [36]. In fact, among those individuals with high baseline plasma beta-carotene levels, those consuming beta-carotene supplements had a insignificant increase in incidence.

The next two trials published on beta-carotene supplements demonstrated some serious potential concerns. These two large trials tested beta-carotene or combination supplements for individuals at high risk for lung cancer. The Alpha-Tocopherol Beta Carotene Cancer Prevention Study (ATBC) demonstrated a significant 18% increase in lung cancer incidence for those taking beta-caorotene for 5–8 years among male Finnish smokers [38]. A subsequent finding of the ATBC trial found a 23% increase in prostate cancer incidence and a 15% increase in mortality from prostate cancer in men taking the beta-carotene supplement [39]. The Beta-Carotene and Retinol Efficacy Trial (CARET) used a combination of high-dose beta-carotene and retinyl palmitate was discontinued early after

4 years, primarily because no benefit was being observed [40], although this trial also published, a significant 28% increase in lung cancer incidence. A subgroup analysis revealed that the significant increase in lung cancer incidence was observed with current smokers and asbestos workers at baseline, but not among past smokers [41]. How could this happen? The gas phase of cigarette smoke is oxidative; therefore, among current smokers beta-carotene in the lungs or other organ sites could be oxidized, producing unstable compounds with pro-oxidant rather than antioxidant properties [42–44]. This pro-oxidant effect hypothesis has received some indirect evidence from a past study with ferrets [45]. Researchers found that cell growth and squamous metaplasia in lung tissue of animals given beta-carotene supplements were increased with increasing exposure to tobacco smoke. Oxidized beta-carotene products improved the binding of calf thymus DNA to carcinogens in a separate experiment [31]. Asbestos workers exposed to asbestos fibers that contain iron, a strong catalyst for oxidation, may also be sensitive to the oxidation of beta-carotene and the production of dangerous by-products from this carotenoid [35].

A previous large trial of beta-carotene supplements among men at an average risk for cancer was completed [46]. This randomized, double-blind, placebo-controlled trial enrolled 22,071 male physicians aged 40 beta-carotene supplements (alternate days) were compared. Beta-carotene supplements had no impact, positive or negative, on overall cancer risk, cardiovascular disease, or death from all causes after an average of 12 years of supplementation.

The Women's Health Study is a randomized, double-blind, placebo-controlled trial among 38,876 healthy women aged 45 years or older [47]. It is evaluating aspirin, vitamin E, and beta-carotene for the prevention of cancer and cardiovascular disease. The beta-carotene portion of this study was terminated after a median treatment of 2.1 years and a median total follow-up of 4.1 years. There were 9,939 women randomly assigned to beta-carotene supplements (50 mg on alternate days) and 19,937 women randomly assigned to placebo. No statistically significant differences in cancer incidence, cardiovascular disease, or total mortality were observed. There were slightly more cancers, stroke, and deaths from cardiovascular disease in the beta-carotene supplemented versus placebo group, although again overall there were no significant differences between the groups.

138                        M.A. Moyad / Urol Clin N Am 29 (2002) 135–155

Another study from Australia of beta-carotene versus placebo was recently completed [48]. Individuals were given a 30 mg of beta-carotene supplement versus placebo to test whether or not this supplement could affect the risk of basal-cell or squamous-cell carcinoma. The routine use of sunscreen was also tested in this trial. The study lasted 4.5 years and found that squamous-cell carcinoma incidence was significantly decreased in the sunscreen group. However, there was no beneficial or harmful effect of beta-carotene supplements on the incidence of either type of skin cancer. There was a small insignificant increase in the number of squamous-cell cancers, but not basal-cell cancers, in the beta-carotene supplemented group.

Critics of these past trials with beta-carotene supplements may argue several points [49]. One would be that the dosage and/or duration of treatment were not adequate. This seems highly unlikely. The dosage from these past trials increased serum levels of beta-carotene to as little as 2-times to as much as 16 times that observed in the placebo group. This dosage would easily place individuals in the beta-carotene supplemented group in the highest percentiles of the general population with respect to the average intake, and it is higher than the amount of beta-carotene in observational studies that have been linked with a proposed decrease in risk. These trials have also followed individuals consuming these supplements or placebo from as little as 2 years to 12 years with more than 75,000 participants.

Critics may argue that poor compliance led to these results [49]. This is hardly likely because most participants in the beta-carotene supplemented groups were taking the majority of their study pills at the time the trials were terminated, and only a small percentage taking the placebo reported consuming beta-carotene or vitamin A supplements apart from the trial.

Confounding is another argument that may be considered; however, this was also unlikely [49]. There was a consistent balance between the beta-carotene and placebo groups with respect to health habits and medical conditions, and the panel of physicians were blinded to the treatment assigned to all of the subjects. It also makes it probable that the distribution of the confounders, whether some were unknown and unmeasured, was also balanced.

The more likely explanation for all of the results was that the past belief that beta-carotene could reduce risk of a number of diseases was just inaccurate and/or only benefit certain specific populations. Hundreds of carotenoids, not just beta-carotene, and thousands of nutrients exist in the foods that humans consume. Researchers are only able to analyze a few hundred of these nutrients currently, and it must be remembered that the synergy that exists among these numerous healthy compounds probably plays a much larger role than any single compound [50]. Perhaps understanding the drawbacks and uncertainties of the epidemiologic methods currently utilized can give researchers a better idea of how to conduct future studies.

It does seem as if different populations would experience different results when taking beta-carotene supplements. In a population severely depleted nutritionally, there may be a slight benefit to taking these supplements long term. In a population at average risk for cancer, beta-carotene supplements do not appear to have any significant benefit or harm. Among heavy smokers, individual beta-carotene supplements may actually increase the risk of cancer. Overall, for the general population it seems as if individual beta-carotene supplements play no role in reducing cancer risk or mortality. These results are disappointing, but they emphasize the absolute need for randomized placebo-controlled trials before a clinician can recommend any supplement. The results also emphasize the difference between dietary and supplement studies. A benefit observed in a dietary study with certain proposed nutrients is not necessarily tantamount to a potential benefit that would be observed in a supplement study utilizing similar vitamins or minerals.

## CoQ10 supplements for congestive heart failure or cancer

Coenzyme Q10 (CoQ10) is a compound made by most cells of the human body. It is actually composed of a mixture of B vitamins, vitamin C, the amino acid tyrosine, and a derivative of mevalonic acid [51]. The CoQ10 supplement has been proposed by numerous natural health books and other publications potentially to benefit individuals with cancer, cardiovascular disease, and a variety of other abnormalities [52]. Some case series and other small studies have been published with a reported benefit of taking these supplements for cancer patients and those with cardiovascular abnormalities [53–58]. Dosages of as little as 90 mg of CoQ10 and as high as 390 mg have been used, although well-designed randomized placebo-controlled trials are lacking with this

supplement, with the exception of two recent small studies [59,60]. A total of 46 patients (39 men and 7 women) with congestive heart failure (CHF) were studied [59]. CHF was an ideal condition to study because of past small studies reporting a potential benefit of CoQ10 on this disease [57,58]. Individuals consumed either a 200 mg per day CoQ10 supplement or a placebo for 6 months [59]. Blood levels of CoQ10 increased significantly to more than two times the baseline concentration in those who consumed this supplement versus placebo. However, no beneficial effect was observed with this supplement. CoQ10 did not demonstrate any significant effect on ejection fraction, peak oxygen consumption, or exercise duration in individuals with CHF who were also receiving standard medical therapy. The conclusion of the researchers in this study seems accurate when they remarked: "In conclusion, our study shows no benefit to adding coenzyme Q10 to the standard treatment of heart failure. Chronic illnesses motivate patients to seek out alternative therapy, and it is not surprising that people have been willing to buy an expensive and unproven drug. However, patients should be made aware coenzyme Q10 has been studied in randomized, blinded, and controlled studies and these studies have found no detectable benefit." This was a strong and poignant statement supported by this small but fairly lengthy study and one other similar trial [59,60].

The second similar study was for 3 months in patients with ischemic or idiopathic dilated cardiomyopathy and chronic left ventricular dysfunction [60]. Plasma CoQ10 levels also increased to more than twice that observed at baseline with the supplemented group versus placebo. Again, CoQ10 failed to demonstrate a benefit over placebo. Whether or not this conclusion will continue to be supported by future research remains to be seen. Nevertheless, it is interesting that the one condition (CHF) that CoQ10 has been highly touted for by some natural health books has failed to find a benefit when the largest and longest placebo-controlled trials were completed. CoQ10 benefits for cancer patients or for prevention remains to be determined because no such randomized placebo trial has been completed in this area; however, a large randomized trial of 142 smoking men aged 35–65 years of age were assigned to one of several dietary supplement groups [61]. Two groups of 20 patients received 90 mg of CoQ10 daily, and after 2 months there was no difference in the urinary excretion of a common

repair product of oxidative DNA damage (8-oxodG), despite significant increases in plasma antioxidant levels. The concern of this and past studies of patients taking CoQ10 for CHF is that any future well-designed study of CoQ10 and cancer will fail to demonstrate any benefit.

Does coenzyme Q currently have any role in medicine? This is questionable, but there is some limited evidence that patients on statin drugs may reduce their risk of side effects by taking CoQ10 [62,63]. There is some scientific rationale for this because part of the structure of CoQ10 is derived from mevalonic acid, thus high-dose statins are able to deplete this compound. Animal studies, natural health books, and some medical publications support the use of CoQ10 to reduce cardiotoxicity from some cancer treatments [64]. More studies are needed to see what role if any this supplement has in reducing side effects from conventional medical treatment. In addition, a conservative approach is needed because some laboratory studies suggest that this concentrated antioxidant could potentially even reduce the effectiveness of some other cancer treatments that depend on oxidative stress for its inhibitory effect [65]. Another important concern is worth mentioning. Some cancer and cardiovascular patients may already be taking a prescribed blood thinner like warfarin, and CoQ10 has a similar structure to vitamin K, so theoretically this supplement may reduce the drug's effectiveness. This has been documented in a past case study and from personal experience, but the dosage needed to reduce effectiveness and other important interactions remains to be determined [66]. Some role of CoQ10 in reducing hypertension, potential serum markers of heart disease risk, and for other conditions requires more well-designed randomized control trials to determine its future, if any, in medicine [67–69].

## Garlic supplements for hypercholesterolemia or cancer

Dietary garlic has been shown in some epidemiologic studies to decrease the risk of cardiovascular disease and some cancers [70–75]. There also seems to be some interest in taking garlic supplements to reduce the risk of these same conditions. Several human studies with garlic supplements suggest a potential benefit [76,77]. However, the results of the more adequately designed randomized placebo-controlled clinical trials have failed

to espouse the observations from past studies. A meta-analysis of randomized clinical trials of garlic supplements on total cholesterol levels in individuals with hypercholesterolemia was recently conducted [78]. Again, only randomized, double-blind, and placebo-controlled trials utilizing garlic supplements were included. Individuals with a mean total cholesterol level of at least 200 mg/dL were also included, and total cholesterol was considered the end point. Thirteen clinical trials were included in this meta-analysis, and garlic supplements were found to reduce total cholesterol significantly more than placebo with a mean difference of –15.7 mg/dL. However, six diet-controlled studies with the highest scores for methodologic design did not reveal a significant difference versus placebo, but there was a mean difference of –4.3 mg/dL with the garlic supplements. Garlic supplements seem to be slightly better than placebo, but its use for high cholesterol levels are debatable and not impressive overall. Placebo demonstrates a 0.6% reduction, supplements demonstrate about a 4–6% reduction, short-term diet intervention about 5–10%, and statin drugs report a 17–32% reduction [79,80].

Critics might argue that these trials were not long enough or the garlic preparations used were not adequate [78]. However, most trials used the popular supplement "Kwai" and studies were conducted for as little as 8 weeks to as long as 10 months [78,81–83]. Also, dosages as high as 900 mg daily were utilized in most studies to date, and although no significant adverse effects were reported, several studies reported that patients taking garlic supplements emitted a garlic odor versus that of placebo. Overall, these trials have been disappointing and do not espouse the use of garlic supplements for cholesterol control. Other trials with a variety of other garlic supplement brands should be conducted, but again the past results are not impressive.

Compounds such as S-allylmercaptocysteine in dietary garlic have demonstrated an ability to inhibit numerous cancer cell lines [84,85]. However, only a few epidemiologic studies have examined the effect of garlic supplements for the prevention of various forms of cancer. For example, one case-control study of prostate cancer found that dietary garlic reduced the risk of prostate cancer, whereas the supplements were not associated with risk [86]. The Netherlands Cohort study separately examined the effect of garlic supplements on breast, colorectal, lung, and stomach cancer, and again no association with risk

reduction was found [87–90]. In fact, in one of these studies garlic supplements was associated with an increase in lung cancer risk (RR = 1.78), but this excess risk was abolished if other supplements were taken along with garlic supplements (RR = 0.93) [89]. It is possible that smoking might have increased the risk of this cancer when combined with garlic supplements. Regardless, the early data on garlic supplements and cancer risk have not been impressive.

In the meantime, the use of dietary garlic seems to be the adequate choice for individuals wanting to obtain the benefits of garlic. Whether or not a true benefit exists with the dietary variety is interesting yet still needs further research. Clinicians and patients need to keep in mind that dietary garlic is generally a choice that seems to make more sense, but in some individuals an unwanted blood-thinning effect and strong odor may occur [78,91]. Randomized clinical trials of individuals taking garlic supplements versus placebo need to be conducted to examine the true role of these supplements for risk reduction.

## Ginkgo biloba for erectile dysfunction or dementia

Numerous health books seem to promote the use of ginkgo biloba for erectile dysfunction. A 1989 study of ginkgo is a frequently utilized source to espouse the use of this herb for ED [92]. This study was not a randomized placebo-controlled trial. Sixty patients who did not respond to papaverine injections (50 mg or less) were treated with 60 mg of a Ginkgo biloba extract for 12 to 18 months. Improved blood supply was observed by ultrasound techniques after 6 to 8 weeks in some patients, and after 6 months half of these patients regained erectile function, and in a smaller number papaverine injections were later successful. The authors concluded the investigation by mentioning that a blind and placebo-controlled trial was now being initiated, and the results of their follow-up study was presented in 1998 [93]. This randomized trial used 240 mg of an extract of Ginkgo for 24 weeks versus placebo for vasculogenic erectile dysfunction. No significant difference was found between the two groups, which emphasizes the need for these kinds of quality clinical trials before recommendations can be made for patients. Although, Ginkgo still needs to be tested alone or in combination with other agents for individuals who experience erectile

02/14/2008 11:16 FAX  613 952 4303        DISTRIBUTION        709/023

dysfunction, it is important to emphasize that there is no sufficient data currently to suggest its use for this specific condition. Past trials of prescription medications versus placebo for ED have demonstrated a strong placebo response with this condition [94,95]. Placebo responses in 25–50% of subjects is not uncommon in past clinical trials.

Ginkgo may thin the blood and improve circulation to various organ sites; however, many of these studies have focused on its use in dementia (it has been approved in Germany for this condition) and chronic cerebrovascular insufficiency [96–98]. It may also increase bleeding times and further potentiate the action of anticoagulants [99,100]. Randomized trials need to be completed to confirm this finding because of its widespread use overall in the population compared with the few observed adverse events documented [101].

### N-Acetylcysteine and/or Vitamin A for head and neck or lung cancer

Most placebo-controlled randomized clinical trials on dietary supplements have focused on prevention, and few have investigated possible effects after a diagnosis of a certain condition. The EUROSCAN (the European Study on Chemoprevention with Vitamin A and N-Acetylcysteine) study is an exception [102,103]. It was a randomized clinical trial of N-Acetylcysteine (NAC) versus vitamin A for patients diagnosed with head and neck or lung cancer. Patients were already diagnosed with either cancer, so a true placebo group could not be utilized, but a no intervention arm was followed. Previous interest in NAC from laboratory studies was the catalyst for this study. The goal of this study was to improve the prognosis of patients treated for head and neck or lung cancer through the prevention of secondary tumors. These patients were suitable for investigation because they have a high risk of developing a secondary cancer. NAC has demonstrated an ability to inhibit the formation of DNA damage, urethane-induced lung tumors in mice, and carcinogen-DNA adducts [104–106]. NAC is an aminothiol and synthetic precursor of intracellular cysteine and glutathione. It has been used as a mucolytic agent and as an antidote for acetaminophen hepatotoxicity. The use of vitamin A for similar cancers was also supported by previous research.

A total of 2592 patients (60% with head and neck and 40% with lung cancer), most of whom were previous or current smokers, were randomly placed in one of four groups [102,103]: vitamin A (300,000 IU daily for the first year and 150,000 IU for the second year), NAC (600 mg daily for 2 years), both agents, or no intervention. The actual median follow-up for this study was 49 months. There was no statistically significant difference observed in overall survival or event-free survival between patients who received NAC and/or vitamin A versus no intervention. In fact, a lower incidence of second primary tumors occurred in the arm with no intervention, but this difference was not found to be statistically significant. Regardless, the results were disappointing and failed to find that either of these agents have a role after diagnosis of a cancer of the head and neck or lung. This study did demonstrate the importance of utilizing a no intervention arm (or standard treatment arm) when the use of a placebo group is not appropriate.

### Shark cartilage or vitamin C supplements for cancer

Shark cartilage advocates have proposed various mechanisms as to why shark cartilage may be beneficial for cancer patients. For example, it may have some anti-angiogenic properties [107]. The problem with shark cartilage protein molecules is that they are too large for gut absorption and would be quickly deactivated if this should even occur [108]. Shark cartilage is digested and excreted under normal situations. In addition, the original research on shark cartilage for cancer was completed in a laboratory setting under special circumstances that would be difficult to repeat clinically [109]. The original research on shark cartilage also emphasized the unique immune system of the shark (high and constant levels of IgM) as to why only a small percentage of them get cancer and did not necessarily focus just on the cartilage itself.

A well-designed study of shark cartilage was a recent phase I–II trial utilizing patients with various types of cancer [110]. These 60 adult patients with advanced previously treated cancer were originally diagnosed with cancer of the: breast (n = 16), colorectal (n = 16), lung (n = 14), prostate (n = 8), and other cancers (n = 6). Patients were given 1g/kg/day orally of shark cartilage for 12 weeks. No complete or partial responses were found. It was found that 16.7% of the patients had stable disease for 12 weeks or more, mirroring what is found in advanced cancer

PAGE 9/23 * RCVD AT 2/14/2008 2:13:43 PM [Pacific Standard Time] * SVR:SVCS01/0 * DNIS:6606 * CSID:613 952 9303 * DURATION (mm-ss):11-56

patients treated only with supportive care. Twenty-one adverse events were found; 14 of these were gastroenterologic such as nausea, vomiting, and constipation. These adverse events have been a concern with some previous observations of shark cartilage therapy [111]. It would have been difficult to employ a placebo-group under these circumstances, but the strength of the study was large enough to provide some insight for clinicians who are dealing with patients inquiring about the use of these supplements for cancer treatment [110]. Another study of shark cartilage for hormone refractory prostate cancer was conducted at William Beaumont Hospital in Royal Oak, Michigan, and found no effect of these supplements for the 12 patients enrolled in this study after 20 weeks [112]. One patient withdrew initially from the study because of a worsening of his overall condition. Half of the patients in this study withdrew within the first 8 weeks because they could not tolerate the supplement at these dosages. Only 5 patients completed the 20-week study and all five continued to have increases in their serum PSA from 16 ng/mL at baseline to 111 ng/mL after a median 30-week follow-up. Eighty percent of these patients had progression of their bone metastasis during this same time period. This small study also did not utilize a placebo because of the serious nature of their disease at the time of the study. Compounds in shark cartilage may still find some role for the treatment of certain conditions, but the overall research espousing its current clinical use, especially for cancer, is lacking [113].

Vitamin C is another exception to the general rule of not using a placebo for a randomized trial of advanced cancer patients. A 1974 article by Cameron and Campbell proposed that high dosages of vitamin C may have some beneficial effect for patients with advanced cancer [114]. The article examined 50 patients who were treated with 10 grams of daily vitamin C, and patients were reported to have had objective regressions. Linus Pauling joined Cameron a short time later to expand the original series of patients to 100 [115]. The treated patient group was compared to 1000 historical control patients from a hospital in Scotland. They reported a dramatic survival advantage for the patients treated with high-dose vitamin C. The mean survival of 210 days was reported for the vitamin C group compared with 50 days for the selected controls. A later report by these authors changed their study by substituting 10 of their initially treated patients with 10

new ones and replacing approximately half of their 1000 controls [116]. The revised version of their study reported a mean survival of 293 days with vitamin C versus 38 days for the controls. This newer and larger survival advantage with a dietary supplement reported by a Nobel laureate seemed to attract attention that is even currently difficult to contest in some patients who are adamant about using this form of alternative therapy.

A prospective randomized double-blind placebo-controlled trial of vitamin C was published in 1979 in an attempt to validate the results of the Cameron and Pauling study [117]. No difference in survival was found for patients treated with vitamin C over placebo. A second randomized trial was later conducted with 100 patients with advanced colorectal cancer [118]. Patients again were treated with either high-dose vitamin C (10 g daily) or placebo. Again, vitamin C treatment demonstrated no advantage versus placebo with regard to disease progression or survival. Interestingly, but perhaps by chance, there were actually more long-term survivors in the placebo group. In general, the patients selected for this trial were experiencing minimal symptoms, and none had been treated with cytotoxic drugs, which was a previous criticism of vitamin C advocates [119]. The dosage of vitamin C and tumor type was chosen to mirror the original study by Cameron and Pauling [114–116]. However, the major difference was that they were prospective, randomized, and double-blind to eliminate any bias [117,118]. The study by Cameron and Pauling was retrospective, and they selected and reselected the patients they evaluated between their first and second published reports; therefore, bias was a limiting factor [114–116]. This case-selection bias rather than treatment efficacy could have been responsible for their dramatic results.

Recent laboratory reports and a clinical study have actually demonstrated that higher doses of vitamin C may actually act as a pro-oxidant in the human body, and that this vitamin is also utilized by various tumor cell lines perhaps for a survival advantage [120,121]. Therefore, the combination of clinical and laboratory evidence does not espouse the use of vitamin C, especially high doses for cancer treatment. Vitamin C also seems to have a threshold for absorption where an amount of 200 mg at any one time is near saturation and 1000 mg results in full saturation, so that above these dosages vitamin C may almost be completely excreted by the human body [122,123]. For example, in one study, approximately 70% of a

500 mg dose was absorbed by the body, but 70% of this absorbed dose was not metabolized and was excreted in the urine, which resulted in a net gain of only 110 mg [122]. At a dosage slightly above 1000 mg only 50% was absorbed, and almost 100% of this dose was excreted. Thus, no pharmacokinetic justification for mega-dosing with vitamin C supplements exists at this time [123]. There is some evidence that vitamin C can be used to alleviate some noncancerous conditions, but further clinical studies are needed in these areas, and many of these studies advocate the use of moderate amounts of this vitamin (between 200–1000 mg) [124–126]. It must also be noted that high dietary vitamin C sources, not the supplement, seem to be a safe recommendation and have been associated with a reduced risk of a number of conditions, especially in individuals with low baseline levels of this vitamin. This is a similar finding to what was mentioned earlier with dietary beta-carotene and beta-carotene supplements [49].

## Soy pills and vitamin E for hot flashes

Numerous natural health books and other publications seem to espouse the use of soy pills for hot flashes. This is probably a result of the isoflavone or plant estrogen content of soy products and the finding that Asian women who consume these products report a lower rate of this symptom versus similar women in other countries not routinely using these products [127,128]. Another reason soy pills may have gained some attention is because of the search for alternative product with a low rate of side effects that would be safe for survivors of breast cancer. One well-designed randomized placebo-controlled trial was recently completed using a high isoflavone soy pill for women treated for breast cancer who experience a high number of hot flashes [129]. Patients were randomized and then followed a 1-week baseline period of no therapy and then were given soy pills or placebo for 4 weeks. These patients then crossed over to the other arm for treatment for another 4 weeks. Patients self-documented hot flash frequency, intensity, and side effects using a daily questionnaire. One hundred seventy seven women were initially randomized, and 149 women provided adequate complete data at the end of 9 weeks. The soy pill was not found to be any more effective than placebo at reducing hot flashes. In fact, at the conclusion of the study more

patients actually preferred the placebo to the soy pill. Again, this trial yielded a disappointing result, but at least it provided valuable information that could only be gleaned through a well-designed study.

Critics may question the dosage of isoflavones used in this study [129]. The soy pill utilized was a 150 mg isoflavone per day supplement actually on the high end of isoflavones reported in population studies to apparently reduce hot flashes in Asian women [130,131]. One could argue that these women were experiencing extreme hot flashes because, despite not having residual disease, some women were taking breast cancer medications that could cause severe hot flashes that would be difficult to ameliorate with any treatment [129]; however, studies with some prescription medications are able to reduce hot flashes by as much as 80%, so it is also difficult to argue this point, but overall safety is always a concern [132,133].

The length of the trial may also be questioned, but at this isoflavone dosage peak plasma concentrations of isoflavones should be reached within 6 to 8 hours after taking the pills [134]. Therefore, it would be difficult to criticize the length of treatment used in this study. It is also interesting to note that 36% of women in this study who took the placebo reported their hot flash frequency was reduced by half compared with 24% of patients taking the soy pill [129]. This demonstrates the absolute need of determining the placebo response in some dietary studies because it can be quite pronounced.

Other soy-based products need further testing, but another well-designed, randomized trial was also recently published [135]. Women in this study were given a soy protein supplement or placebo (casein) over a 3-month period. The soy protein supplement contained 76 mg of isoflavones daily in the form of a 60-gram soy powder. This supplement was reported to significantly reduce hot flashes versus placebo at the end of the trial. However, a closer look at this study showed that there was a mean reduction of 1.59 hot flashes per day more than was observed with the placebo. This is not a dramatic response and the placebo response in this study was 30%. These results are similar to what has been reported with vitamin E supplements for the reduction of hot flashes [136]. Another important finding of this soy study was that of the 104 patients who started this study: 11 dropped out in the soy group and 14 in the placebo group, mostly because of the gastrointestinal side effects that occurred with either

agent [135]. This represents 24% of the original group that experienced constipation, bloating, nausea, vomiting, and even intimidation because of the large amount of daily powder they needed to consume. Utilizing higher dosages of this soy product or others could be accomplished in future studies, but there should be a concern about a possible dramatic increase in gastrointestinal problems. This withdrawal rate potentially could abruptly end such a trial because of an inadequate number of patients who would be able reach completion. Another interesting finding was that the Kupperman index (an overall standard scale of rating menopausal symptoms) as a whole did not change in this study.

A final option would be to utilize a soy supplement that is much higher in plant estrogens than those used in previous clinical studies. This is questionable because one could argue that this is just tantamount to giving standard treatment or estrogen to these patients. The argument seems to be one of efficacy and safety. Increase efficacy of hot-flash treatment and safety becomes a concern, but increase safety and then efficacy becomes the concern.

Incorporating moderate amounts (one serving per day) of traditional soy products (soybeans, miso, tofu, or tempeh) in the diet seems like the safest recommendation at this time versus the use of concentrated isoflavone soy pills [137]. These products, despite not dramatically affecting menopausal symptoms, may have a slight effect and overall they seem to be healthy and safe.

Therefore, the search for more efficacious and safe agents should be considered. Recent research with antidepressant medications for hot flashes could be one interesting route of achieving this combined goal [138]. Acupuncture treatment has been proposed as another option to reduce hot flashes, but a randomized trial has yet to be completed [139].

## Vitamin E for cardiovascular disease

An inverse relationship has been observed between heart disease and the consumption of foods containing vitamins, especially vitamin E [140–143]. Observational studies have established a relationship for individuals consuming greater than 100 IU of vitamin E daily for more than two years and a lower risk of coronary events, and a lower rate of the progression of heart disease [144–146]. The problem is that these are observational studies and they cannot definitely conclude whether the lower rates are due to vitamin E consumption and/or other lifestyle changes such as exercise or a change in diet. Randomized control trials are needed to clarify this situation. Five randomized trials have been concluded for vitamin E supplements and their relationship to heart disease. Overall, the results have not been impressive. This may be caused by the lower doses of vitamin E used in these studies, a small number of overall cardiac events, the limited time of treatment, or the general lack of clinical effectiveness of this supplement.

The Linxian Chinese study of 29,584 adults who did not have cardiovascular disease at baseline were randomly assigned to receive a daily dose of vitamin E (30 mg), beta carotene (15 mg), and selenium supplement (50 mcg) or placebo [147]. A 9% decrease in all-cause mortality was observed with a 5.2-year follow-up, but no significant decrease in cardiovascular events was observed. The nutritional status and cardiovascular risk of this population were different from Western populations, the dose of vitamin E probably was not adequate, and the reduction in all-cause mortality could not be explained by vitamin E alone.

The Alpha-Tocopherol, Beta Carotene Cancer Prevention Study (ATBC) was mentioned earlier, and it included over 29,000 male smokers who were aged 50–69 years [148]. Treatment with daily doses of 50 mg of vitamin E for 5–8 years had no significant effect on the risk of death from heart disease, and it must be kept in mind that the primary end point in this trial (lung cancer) was not reduced but increased; yet a 32% reduction in prostate cancer risk was noted. A subgroup analysis of 1862 men with a previous myocardial event at entry found a insignificant increase in the risk of death from heart disease (RR = 1.33) [149]. Nevertheless, a decrease in the risk of nonfatal myocardial events was observed for men given only the vitamin E supplement (RR = 0.62) [150]. The remaining patients in this study did not experience a significant decrease in nonfatal or fatal cardiac events. Overall, vitamin E supplements at this low dosage had no effect on heart disease risk.

The Cambridge Heart Antioxidant Study randomly assigned over 2000 patients with coronary disease to receive either 400 IU, 800 IU of vitamin E, or placebo [151]. Most patients received the 400 IU per day dosage. A large reduction in nonfatal myocardial events was observed after a median

follow-up of 1.4 years versus placebo (RR = 0.53). However, no difference in deaths from cardiovascular causes was observed (RR = 1.18). The randomization process from this study has been challenged because of imbalances in multiple baseline characteristics, and overall the number of recorded events was small [152]. Additionally, the large decrease in nonfatal myocardial events within a short follow-up is not consistent with the results of more aggressive interventions that can reduce such events. Therefore, the possibility exists that the results from this study were due to chance.

A recent Italian randomized trial of 11,000 patients with a history of myocardial events assigned them to receive 300 IU of vitamin E or placebo for 3.5 years [153]. Nonfatal myocardial events were higher in the vitamin E group versus placebo (RR = 1.02), but the number of deaths was slightly lower (RR = 0.92), and neither result was statistically significant.

The fifth trial is possibly the most well designed to date [152]. The Heart Outcomes Prevention Evaluation Study (HOPE) recruited 2545 women and 6996 men 55 years of age or older who were at high risk of cardiovascular disease. Patients were assigned to receive vitamin E (400 IU), placebo, an angiotensinogen converting enzyme (ACE) inhibitor (ramipril) or placebo for a mean of 4.5 years. There were no significant differences in deaths from cardiovascular disease, myocardial events, or stroke between vitamin E and placebo. There were no significant differences in the incidence of secondary cardiovascular events or from death from any cause. More deaths from each cardiovascular event were actually observed for vitamin E versus placebo. The ACE inhibitor was found to lower significantly the overall risk of death, myocardial infarction, and stroke versus placebo. A meta-analysis of the last four randomized trials on vitamin E and cardiovascular disease reveals a disappointing conclusion at this time [152]. Vitamin E has little to no effect on the risk of death or cardiovascular events over a 4–6 year period of study.

It is interesting that several epidemiologic studies have found a relationship between greater dietary vitamin E intake and a lower risk of heart disease [140–143]. Higher dietary vitamin E intake was also associated with a greater intake of other antioxidants and nutrients, so the possibility exists that vitamin E supplements need these cofactors in order to demonstrate a response [152,154]. It is possible that the focus of research should not

be on the vitamin E supplement but on the dietary sources of vitamin E, which is generally a different form of vitamin E than the type found in the supplement [155]. It is also possible that a higher dose of vitamin E should be utilized in future randomized trials, or the patients without cardiovascular risk should be studied. Regardless, randomized trials have at least provided some valuable insight into the effect or lack of effect of vitamin E supplementation for reducing cardiovascular disease. Again, what seemed to be a certain risk reduction based on observational studies was not supported after the conclusion of the randomized placebo-controlled trials. Other unique trials utilizing vitamin E alone or in combination with other antioxidants and nutrients are currently being completed [156-158].

## Additional clinical trials

Laetrile (amygdalin) was one of our first examples of the importance of conducting at least some type of clinical trial to support or negate earlier claims made by individuals and companies that it may be an effective supplement for cancer treatment [159–160]. Interest and hype was so substantial in the 1970s with this product that 27 states actually legalized its use, and nationwide it was legal to use it under a federal court order. One third of individuals polled showed that Americans favored this legalization [159]; however, where was the actual evidence? A trial of 179 diverse advanced cancer patients was completed in 1982 and only one questionable, partial, and temporary objective response was observed [160]. The dangers of this alternative therapy were also exposed because several patients had symptoms of cyanide (a component of laetrile) toxicity or serum levels that were near the lethal range.

It is also important to mention that although not necessarily covered extensively in this manuscript, some secondary end points of past randomized studies have led to an interest in some supplements for other conditions [161~163]. This is encouraging but not worthy of recommending these supplements at this time because other secondary endpoints analyzed in these same trials also demonstrated an increase risk for certain diseases [161,162], and it must be remembered that these supplements failed to show an effect on the primary endpoint [162]. This is one of the problems associated with hype over secondary endpoints. It allows researchers to search for any

146    M.A. Moyad / Urol Clin N Am 29 (2002) 135–155

evidence of a benefit, but it may discount the fact that in this search other related conditions do not demonstrate a benefit or even worse may enhance risk. The more multiple subgroups analyzed, the greater the probability of discovering chance findings [164].

Another point that deserves emphasis is that some supplements have actually demonstrated benefits in clinical trials that in some cases are equivalent to several popular FDA-approved medications. For example, St. John's wort continues to be an attractive option for mild to moderate depression after several recent and past randomized trials were conducted [165–169]. The list of side effects and drugs that it negatively interacts with are still quite extensive and should be mentioned to any patient who may considering its use [170–172], and the placebo effect observed in some trials was also as notable as those seen with some prescription medications [173]. Perhaps, St. John's wort should become a prescription medication in the United States, as is currently the case in several other countries, because it seems to appear and act like a prescription. But under the confines of the Dietary Supplement Health and Education Act of 1994, manufacturers of St. John's wort cannot claim that their product treats, cures, mitigates, diagnoses, or prevents any disease [174]. The moment these claims are advertised, companies would either have to stop selling this supplement or apply for FDA approval after more extensive trials are completed to determine its absolute efficacy and safety. This does not seem likely to happen any time soon, so supplements like St. John's wort that could potentially alleviate depression will probably never achieve widespread acceptance and credibility in the United States except as a popular self-medicating agent. Even if unscientific claims are made, the burden of proof rests on the shoulders of the federal government to determine that a claim is misleading or false. Therefore, the authority of the FDA to regulate this or other supplements is severely limited. Right or wrong, these are the rules that are currently in existence. In the meantime, research will continue to be completed and claims will be made by publications or some advocates and critics, but no standardization, control, or honest advertizing of this or other potentially credible but harmful herb(s) will occur. Other supplements that continue to look attractive after some randomized trials with and without conventional treatments such as: calcium for reducing colon cancer risk

[175], calcium to reduce premenstrual symptoms [176], calcium and vitamin D for bone maintenance [177,178], glucosamine for osteoarthritis [179,180], niacin for HDL and triglyceride levels [181,182], red yeast rice extract to reduce cholesterol levels [183], and saw palmetto for BPH [184–186] mirror the concerns outlined with St. John's wort. Other larger randomized trials are currently being completed with several of these and other supplements. For example, PC-SPES, a combination eight- herb supplement, seems to have demonstrated some clinical efficacy for hormone-sensitive and hormone-refractory prostate cancer [187–193]. It also demonstrates some potentially serious side effects and a similarity to estrogen treatment for this condition, so it needed a randomized trial to accurately determine its potential effectiveness and safety versus other more standard treatments. A prospective, randomized, Phase II clinical trial is being conducted currently by Dr. Small and others at the University of California at San Francisco and the Dana-Farber Cancer Institute in Boston, Massachusetts. It is comparing 9 capsules of PC-SPES versus 3 mg of diethylstilbestrol (DES) [193]. The researchers of this study should be commended for their strong interest in understanding the role of this supplement in prostate cancer through appropriate clinical research.

Finally, other supplements not only carry significant adverse effects over placebo in randomized trials, but the placebo itself has been questioned because of its lack of similarity to the dietary supplement [194–197]. This potential problem should be given serious consideration before the initiation of the any trial with a dietary supplement to eliminate premature unblinding and a bias result that may favor the supplement itself.

## Conclusions

There is little doubt that some past and current popular dietary supplements have been tested in some well-designed randomized trials. Most of these trials have been disappointing, but they have also led to a greater understanding of the their role and the role of adequate research before any supplement can be recommended by clinicians. Some of these findings should be at least discussed with patients who are considering the use of these supplements for a variety of ailments or for disease prevention. For example supplements such as androstenedione, beta-carotene, N-acetylcysteine, soy, and vitamin E, although popular in

terms of sales, do not seem to have data to espouse their use at this time for many different conditions and may actually be harmful. If randomized trials had not been conducted on some of these supplements, these appropriate conclusions would have never been reached, and patients would be more likely than ever to succumb to unsubstantiated claims made by some companies.

Important lessons have been learned from previous randomized trials of dietary supplements. Some of these guidelines are listed below. In summary, clinicians should discuss with their patients that:

- The placebo effect is a prominent finding in many randomized trials with prescribed and alternative medicines, especially when measuring subjective outcomes (such as hot flashes); therefore, without these and other controlled trials it is difficult to recommend certain supplements.

- Numerous randomized trials of some of the most popular dietary supplements have not been positive despite past and current claims. Table 1 is a partial summary of some of the mostly negative findings from randomized trials of dietary supplements.

- Supplements have been found to correct at least some dietary deficiencies and should be recommended or not recommended based on these published findings, a complete medical history, and on physician-directed clinical analyses. For example, prenatal vitamins may prevent birth defects during pregnancy, but these are usually prescribed, and nutrient deficiencies in other situations are generally determined from the results of a physician-ordered serum evaluation.

- The general rule of dietary sources first and supplements second should be suggested for most conditions, because the dietary sources are at least safe and have evidence, whereas

Table 1
Summary of some randomized trials with dietary supplements and observed results (mostly negative findings for the primary end point)

| Dietary supplement | Randomized trial results |
| --- | --- |
| Androstenedione/DHEA | No increase in muscle mass or libido |
|  | Increase estrogen levels in men |
|  | Decrease in HDL |
|  | Testosterone increase in hypogonadal men? |
| Beta-carotene | No effect on cardiovascular risk |
|  | No effect on overall cancer risk |
|  | Increase in lung cancer risk in smokers |
| CoQ10 | No effect on CHF |
|  | No randomized trials in cancer |
| Garlic | Minimal to no effect on cholesterol levels |
|  | No randomized trials in cancer |
| Ginkgo biloba | No/minimal effect on ED |
|  | May benefit those with dementia |
| Laetrile[a] | No effect on cancer prognosis |
| NAC or vitamin A | No effect on head and neck or lung cancer |
| Selenium | No effect on skin cancer recurrence |
|  | No effect on breast cancer risk or cancer risk in women |
|  | May decrease colon or prostate cancer risk in those who have a selenium deficiency or in men who are smokers or with a smoking history |
| Shark cartilage[a] or vitamin C | No effect on cancer prognosis |
| Soy or vitamin E | Minimal/no effect on hot flashes |
| Vitamin E | Minimal/no effect on cardiovascular disease |
|  | No effect on lung cancer risk |
|  | May decrease prostate cancer risk in smokers or men with a smoking history |

[a] Laetrile and shark cartilage were not tested in a randomized trial because of the advanced stage of cancer in all participants from these studies. The results were compared with supportive therapy.

*Abbreviations*: DHEA, Dehydroepiandrosterone; CoQ10, coenzyme Q10; ED, erectile dysfunction; NAC, N-Acetylcysteine.

148                    *M.A. Moyad / Urol Clin N Am 29 (2002) 135–155*

some of these supplements have some serious side effects and insufficient evidence.

- Some dietary supplements that have undergone randomized trials have demonstrated a proposed benefit from secondary end points that were analyzed, but this is not necessarily tantamount to an actual benefit [161,162]. Other end points in these same trials have not demonstrated a benefit or have even revealed a negative effect.

- Other dietary supplements have revealed positive findings from some randomized trials, and these may be recommended under the appropriate situations or dosages, and only again after a complete medical history is completed to determine whether or not an individual truly qualifies for a specific supplement [198]. The advantages and disadvantages of utilizing these supplements should always be outlined, as with any prescription medication. For example, over-the-counter aspirin for the prevention of cardiovascular events should be considered the gold standard of how dietary supplements should be evaluated [199,200]. In fact, one could argue that this product has the most promising data of any available over-the-counter product for cancer or cardiovascular disease prevention. [201,202] A decade of research, involving thousands of individuals from numerous randomized trials have revealed that benefits and potential detriments can result with this cheap and widely available over-the-counter product. Whether

or not an individual qualifies for aspirin treatment depends entirely on their medical history and the decision to treat is decided after careful analysis with a clinician. Why should any dietary supplement be held to a lower or even higher standard than what has been established with aspirin? Table 2 is a partial summary of some of the positive results observed from randomized trials of dietary supplements.

- The Dietary Supplement and Health Act of 1994 and other rules allow supplements to be sold as long as a proposed benefit is not advertised or claimed, even though benefits and harms may exist with numerous supplements. No current standards exist that require a manufacturer to prove that what is advertised on the label of a supplement package is actually contained within that package.

- Some supplements such as PC-SPES for prostate cancer are being currently tested in larger randomized controlled studies. Clinicians and patients should discuss the status of these and other supplements regularly in order to receive the latest information on the efficacy and safety of these alternative therapies.

- The lack of a placebo which is similar to the actual dietary supplement should be a concern in future clinical trials, because without attention to this detail patients would be able to predict successfully which agent they received before the conclusion of the study. This may enhance a bias result that could favor the supplement being tested.

Table 2
Summary of some randomized trials with dietary supplements and potential benefits observed (mostly positive findings for the primary end point)

| Dietary supplement | Randomized trial results[a] |
| --- | --- |
| Calcium and/or vitamin D | Calcium may decrease colon cancer risk |
| | Calcium may decrease PMS symptoms |
| | Maintains bone density |
| Glucosamine | May decrease symptoms of osteoarthritis |
| | Large randomized trial in progress |
| | Side effects unknown |
| Niacin | Increases HDL and decreases triglycerides |
| Red-yeast rice extract | May decrease cholesterol levels |
| Saw palmetto | May decrease symptoms of BPH |
| St. John's wort | May decrease mild-moderate depression |
| Vitamin E | May slow the progression of disease in patients diagnosed with Alzheimer's disease |

[a] The broad placebo effect range (−5–50%) observed in these trials was similar to that observed in trials with common prescription medications for similar conditions (see part 1 of this article).

*Abbreviations:* HDL, high-density lipoprotein.

Finally, clinicians and patients must discuss and deal with the complex and strange milieu that exists for dietary supplements until a better solution to this problem is proposed and implemented. The time seems more than ripe for this to occur, but it will probably require a tremendous effort. Who will lead such an effort, and when will it occur? This is the fundamental question that needs an answer, but clinicians and researchers may be in the best position to change the status quo, otherwise change does not seem inevitable. Hopefully, manuscripts such as these will not only provide some kind of impetus to encourage more objective evaluations and overall education, but also to implement improved restructuring of the current regulations that apply to dietary supplements.

### References

[1] Byers T. What can randomized controlled trials tell us about nutrition and cancer prevention? CA Cancer J Clin 1999;49:353–61.

[2] Eisenberg DM, Davis RB, Ettner SL, et al. Trends in alternative medicine use in the United States, 1990–1997: results of a follow-up national survey. JAMA 1998;280:1569–75.

[3] Kuipers H, Wijnen JAG, Hartgens F, Willems SMM. Influence of anabolic steroids on body composition, blood pressure, lipid profile and liver functions in body builders. Int J Sports Med 1991; 12:413–8.

[4] Bhasin S, Storer TW, Berman N, et al. The effects of supraphysiologic doses of testosterone on muscle size and strength in normal men. N Engl J Med 1996;335:1–7.

[5] Horton R, Tait JF. Androstendione production and interconversion rates measured in peripheral blood and studies on the possible site of its conversion to testosterone. J Clin Invest 1966;45:301–13.

[6] King DS, Sharp RL, Vukovich MD, et al. Effect of oral androstenedione on serum testosterone and adaptations to resistance training in young men. A randomized controlled trial. JAMA 1999;281: 2020–8.

[7] Ballantyne CS, Phillips SM, MacDonald JR, et al. The acute effects of androstenedione supplementation in healthy young males. Can J Appl Physiol 2000;25:68–78.

[8] Brown GA, Vukovich MD, Reifenrath TA, et al. Effects of anabolic precursors on serum testosterone concentrations and adaptations to resistance training in young men. Int J Sport Nutr Exerc Metab 2000;10:342–62.

[9] Leder BZ, Longcope C, Catlin DH, et al. Oral androstendione administration and serum testosterone concentrations in young men. JAMA 2000; 283:779–82.

[10] Rasmussen BB, Volpi E, Gore DC, Wolfe RR. Androstenedione does not stimulate muscle protein anabolism in young healthy men. J Clin Endocrinol Metab 2000;85:55–9.

[11] Brown GA, Vukovich MD, Martini ER, et al. Endocrine responses to chronic androstenedione intake in 30- to 56-year-old men. J Clin Endocrinol Metab 2000;85:4074–80.

[12] Wallace MB, Lim J, Cutler A, Bucci L. Effects of dehydroepiandrosterone vs androstenedione supplementation in men. Med Sci Sports Exerc 1999;31:1788–92.

[13] Stevenson JC. Mechanisms whereby oestrogens influence arterial health. Eur J Obstet Gynecol Reprod Biol 1996;65:39–42.

[14] Phillips GB, Pinkernell BH, Jing TY. The association of hyperestrogenemia with coronary thrombosis in men. Arterioscler Thromb Vasc Biol 1996; 16:1383–7.

[15] Berkovitz GD, Guerami A, Brown TR, et al. Familial gynecomastia with increased extraglandular aromatization of plasma carbon 19-steroids. J Clin Invest 1985;75:1763–9.

[16] Fyssas I, Syrigos KN, Konstandoulakis MM, et al. Sex hormone levels in the serum of patients with pancreatic adenocarcinoma. Horm Metab Res 1997; 29:115–8.

[17] Gordon DJ, Probstfield JL, Garrison RJ, et al. High-density lipoprotein cholesterol and cardiovascular: four prospective American studies. Circulation 1989;79:8–15.

[18] Araghinikram M, Chung S, Nelson-White T, et al. Antioxidant activity of dioscorea and dehydroepiandrosterone (DHEA) in older humans. Life Sci 1996;59:147–57.

[19] Arlt W, Haas J, Callies F, et al. Biotransformation of oral dehydroepiandrosterone in elderly men: significant increase in circulating estrogens. J Clin Endocrinol Metab 1999;84:2170–6.

[20] Jones JA, Nguyen A, Straub M, et al. Use of DHEA in a patient with advanced prostate cancer: a case report and review. Urology 1997;50: 784–8.

[21] Goldberg M. Dehydroepiandrosterone, insulin-like growth factor-I, and prostate cancer. Ann Intern Med 1998;129:587–8.

[22] Steinmetz KA, Potter JD. Vegetables, fruit, and cancer. I. Epidemiology. Cancer Causes Control 1991;2:325–57.

[23] Steinmetz KA, Potter JD. Vegetables, fruit, and cancer. II. Mechanisms. Cancer Causes Control 1991;2:427–42.

[24] Peto R, Doll R, Buckley JD, Sporn MB. Can dietary beta-carotene materially reduce human cancer rates? Nature 1981;290:201–8.

[25] World Cancer Research Fund. Food, nutrition and the prevention of cancer: a global perspective. Washington, DC: American Institute for Cancer Research; 1997.

[26] Schottenfield D, Fraumeni Jr. JF, editors. Cancer epidemiology and prevention. 2nd edition. New York: Oxford University Press; 1996.

[27] Lippman SM, Meyskens Jr. FL. Vitamin A derivatives in the prevention and treatment of human cancer. J Am Coll Nutr 1988;7:269–84.

[28] Bendich A. Carotenoids and the immune response. J Nutr 1988;119:112–5.

[29] Sun Y. Free radicals, antioxidant enzymes, and carcinogenesis. Free Radic Biol Med 1990;8:583–99.

[30] Bryla P, Weyand EH. Role of activated oxygen species in benzo[a]pyrene: DNA adduct formation in vitro. Free Radic Biol Med 1991;11:17–24.

[31] Salgo MG, Cueto R, Winston GW, Pryor WA. Beta-carotene and its oxidation products have different effects on microsome mediated binding of benzo[a]pyrene to DNA. Free Radic Biol Med 1999;26:162–73.

[32] van Poppel G. Carotenoids and cancer: an update with emphasis on human intervention studies. Eur J Cancer 1993;29A:1335–44.

[33] Greenberg RI, Baron JA, Stukel TA, et al. A clinical trial of beta-cell and squamous-cell cancers of the skin. The Skin Cancer Prevention Study Group. N Engl J Med 1990;323:789–95.

[34] Blot WJ, Li JY, Taylor PR, et al. Nutrition intervention trials in Linxian, China: multiple vitamin/mineral supplementation, cancer incidence, and disease-specific mortality in the general population. J Natl Cancer Inst 1993;85:1483–92.

[35] Cook NR, Stampfer MJ, Ma J, et al. Beta carotene supplementation and total and prostate cancer incidence among randomized participants with low baseline plasma levels in the Physicians' Health Study. Cancer 1999;86:1783–92.

[36] Gann PH, Ma J, Giovannucci E, et al. Lower prostate cancer risk in men with elevated plasma lycopene levels: results of a prospective analysis. Cancer Res 1999;59:1225–30.

[37] Friedman LM, Furberg CD, Delnets OL. Fundamentals of clinical trials. 2nd edition. Littleton, MA: PSG Publishing Co, Inc.; 1985.

[38] The Alpha-Tocopherol, Beta Carotene Cancer Prevention Prevention Study Group: the effect of vitamin E and beta carotene on the incidence of lung cancer and other cancers in male smokers. N Engl J Med 1994;330:1029–35.

[39] Heinonen OP, Albanes D, Virtamo J, et al. Prostate cancer and supplementation with alpha-tocopherol and beta-carotene: incidence and mortality in a controlled trial. J Natl Cancer Inst 1998;90:440–6.

[40] Omenn GS, Goodman GE, Thornquist MD, et al. Effects of a combination of beta carotene and vitamin A on lung cancer and cardiovascular disease. N Engl J Med 1996;334:1150–5.

[41] Omenn GS, Goodman GE, Thornquist MD, et al. Risk factors for lung cancer and for intervention effects in CARET, the Beta-Carotene and Retinol Efficacy Trial. J Natl Cancer Inst 1996;88:1550–9.

[42] Palozza P, Caviello G, Bartoli GM. Prooxidant activity of beta-carotene under 100% oxygen pressure in rat liver microsomes. Free Radic Biol Med 1995;19:887–92.

[43] Burton GW, Ingold KU. Beta-carotene: an unusual type of lipid antioxidant. Science 1984;224: 569–73.

[44] Terao Y, Yamauchi R, Murakami H, Matsushita S. Inhibitory effects of tocopherols and beta-carotene on singlet oxygen-initiated photooxidation of methyl linoleate and soybean oil. J Food Preserv 1980;4:79–93.

[45] Wang XD, Liu C, Bronson RT, et al. Retinoid signaling and activator protein-1 expression in ferrets given beta-carotene supplements and exposed to tobacco smoke. J Natl Cancer Inst 1999: 91:60–6.

[46] Hennekens CH, Buring JE, Manson JE, et al. Lack of effect of long-term supplementation with beta-carotene on the incidence of malignant neoplasms and cardiovascular disease. N Engl J Med 1996; 334:1145–9.

[47] Lee I-M, Cook NR, Manson JE, et al. Beta-carotene supplementation and incidence of cancer and cardiovascular disease: the Women's Health Study. J Natl Cancer Inst 1999;91:2102–6.

[48] Green A, Williams G, Neale R, et al. Daily sunscreen application and betacarotene supplementation in prevention of basal-cell and squamous-cell carcinomas of the skin: a randomized controlled trial. Lancet 1999;354:723–9.

[49] Marshall JR. Beta-carotene: a miss for epidemiology. J Natl Cancer Inst 1999;91:2068–9.

[50] Freudenheim JL, Marshall JR, Vena JE, et al. Premenopausal breast cancer risk and intake of vegetables, fruits, and related nutrients. J Natl Cancer Inst 1996;88:340–8.

[51] Folkers K. Relevance of the biosynthesis of coenzyme Q10 and of the four bases of DNA as a rationale for the molecular causes of cancer and a therapy. Biochem Biophys Res Commun 1996; 224:358–61.

[52] Jolliet P, Simon N, Barre J, et al. Plasma coenzyme Q10 concentrations in breast cancer: prognosis and therapeutic consequences. Int J Clin Pharmacol Ther 1998;36:506–9.

[53] Lockwood K, Moesgaard S, Yamamoto T, Folkers K. Progress on therapy of breast cancer with vitamin Q10 and the regression of metastases. Biochem Biophys Res Commun 1995;212:172–7.

[54] Lockwood K, Moesgaard S, Folkers K. Partial and complete regression of breast cancer in patients in relation to dosage of coenzyme Q10. Biochem Biophys Res Commun 1994;199:1504–8.

[55] Lockwood K, Moesgaard S, Hanioka T, Folkers K. Apparent partial remission of breast cancer in "high risk" patients supplemented with nutritional

antioxidants, essential fatty acids and coenzyme Q10. Mol Aspects Med 1994;15(Suppl):S231–40.

[56] Folkers K, Brown R, Judy WV, Morita M. Survival of cancer patients on therapy with coenzyme Q10. Biochem Biophys Res Commun 1993;192: 241–5.

[57] Tanaka J, Tominaga R, Yoshitoshi M, et al. Coenzyme Q10: the prophylactic effect on low cardiac output following cardiac valve replacement. Ann Thorac Surg 1982;33:145–51.

[58] Soja AM, Mortensen SA. Treatment of congestive heart failure with coenzyme Q10 illuminated by meta-analysis of clinical trials. Mol Aspects Med 1997;18:S159–68.

[59] Khatta M, Alexander BS, Krichten CM, et al. The effect of coenzyme Q10 in patients with congestive heart failure. Ann Intern Med 2000;132:636–40.

[60] Watson PS, Scalia GM, Galbraith A, et al. Lack of effect of coenzyme Q on left ventricular function in patients with congestive heart failure. J Am Coll Cardiol 1999;33 1549–52.

[61] Prieme H, Loft S, Nyyssonen K, et al. No effect of supplementation with vitamin E, ascorbic acid, or coenzyme Q10 on oxidative DNA damage estimated by 8-oxo-7,8-dihydro-2'-deoxyguanosine excretion in smokers. Am J Clin Nutr 1997;65: 503–7.

[62] Thibault A, Samid D, Tompkins AC, et al. Phase I study of lovastatin, an inhibitor of the mevalonate pathway, in patients with cancer. Clin Cancer Res 1996;2:483–91.

[63] Palomaki A, Malminiemi K, Solakivi T, Malminiemi O. Ubiquinone supplementation during lovastatin treatment: effect of LDL oxidation ex vivo. J Lipid Res 1998;39:1430–7.

[64] Mortensen SA, Aabo K, Jonsson T, Baandrup U. Clinical and noninvasive assessment of anthracycline cardiotoxicity: perspectives on myocardial protection. Int J Clin Pharmacol Res 1986;6:137–50.

[65] Lund EL, Quistorff B, Sprang-Thomsen M, Kristjansen PE. Effect of radiation therapy on small-cell lung cancer is reduced by ubiquinone intake. Folia Microbiol 1998;43:505–6.

[66] Landbo C, Almdal TP. Interaction between warfarin and coenzyme Q10. Ugeskr Laeger 1998;160: 3226–7.

[67] Singh RB, Niaz MA, Rastogi SS, et al. Effect of hydrosoluble coenzyme Q10 on blood pressure and insulin resistance in hypertensive patients with coronary artery disease. J Human Hyperten 1999;13: 203–8.

[68] Singh RB, Niaz MA. Serum concentration of lipoprotein(a) decreases on treatment with hydrosoluble coenzyme Q10 in patients with coronary artery disease: discovery of a new role. Int J Cardiol 1999;68:23–9.

[69] Henriksen JE, Andersen CB, Hother-Nielsen O, et al. Impact of ubiquinone (coenzyme Q10) treatment on glycaemic control, insulin requirement

and well-being in patients with Type 1 diabetes mellitus. Diabet Med 1999;16:312–8.

[70] Wargovich MJ, Uda N, Woods C, et al. Allium vegetables: their role in the prevention of cancer. Biochem Soc Trans 1996;24:811–4.

[71] Challier B, Perarnau J-M, Viel J-F. Garlic, onion and cereal fibre as protective factors for breast cancer: a French case-control study. Eur J Epidemiol 1998;14:737–47.

[72] Levi F, Pasche C, La Vecchia C, et al. Food groups and colorectal cancer risk. Br J Cancer 1999;79:1283–7.

[73] Gao C-M, Takezaki T, Ding J-H, et al. Protective effect of Allium vegetables against both esophageal and stomach cancer: a simultaneous case-referent study of a high-epidemic area in Jiangsu Province, China. Jpn J Cancer Res 1999;90:614–21.

[74] Fleischauer AT, Poole C, Arab L. Garlic consumption and cancer prevention: meta-analyses of colorectal and stomach cancers. Am J Clin Nutr 2000; 72:1047–52.

[75] Ernst E. Cardiovascular effects of garlic (Allium sativum): a review. Pharmatherapeutica 1987;5: 83–9.

[76] Koscielny J, Klussendorf D, Latza R, et al. The antiatherosclerotic effect of Allium sativum. Atherosclerosis 1999;144:237–49.

[77] Warshafsky S, Kamer RS, Sivak SL. Effect of garlic on total serum cholesterol. A meta-analysis. Ann Intern Med 1993;119:599–605.

[78] Stevinson C, Pittler MH, Ernst E. Garlic for treating hypercholesterolemia: a meta-analysis of randomized clinical trials. Ann Intern Med 2000; 133:420–9.

[79] Tang JL, Armitage JM, Lancaster T, et al. Systematic review of dietary intervention trials to lower blood total cholesterol in free-living subjects. BMJ 1998;316:1213–20.

[80] Ross SD, Allen IE, Connelly JE, et al. Clinical outcomes in statin treatment trials: a meta-analysis. Arch Intern Med 1999;159:1793–802.

[81] Plengvidhya C. Sitprija S, Chinayon S, et al. Effects of spray dried garlic preparation on primary hyperlipoproteinemia. J Med Assoc Thai 1988; 71:248–52.

[82] McCrindle BW, Helden E, Connor WT. Garlic extract therapy in children with hypercholesterolemia. Arch Pediatr Adolesc Med 1998;152:1089–94.

[83] Bordia A. Effect of garlic on blood lipids in patients with coronary heart disease. Am J Clin Nutr 1981;34:2100–3.

[84] Sigounas G, Hooker J, Anagnostou A, et al. S-allylmercaptocysteine inhibits cell proliferation and reduces the viability of erythroleukemia, breast, and prostate cancer cell lines. Nutr Cancer 1997;28: 30–5.

[85] Pinto JT, Qiao C, Xing J, et al. Alterations of prostate biomarker expression and testosterone utilization in human LNCaP prostatic carcinoma

cells by garlic-derived S-allylmercaptocysteine. Prostate 2000;45:304–14.

[86] Key TJ, Silcocks PB, Davey GK, et al. A case-control study of diet and prostate cancer. Br J Cancer 1997;76:678–87.

[87] Dorant E, van den Brandt PA, Goldbohm RA. Allium vegetable consumption, garlic supplement intake, and female breast carcinoma incidence. Breast Cancer Res Treat 1995;33:163–70.

[88] Dorant E, van den Brandt PA, Goldbohm RA. A prospective cohort study on the relationship between onion and leek consumption, garlic supplement use and the risk of colorectal carcinoma in the The Netherlands. Carcinogenesis 1996;17:477–84.

[89] Dorant E, van den Brandt PA, Goldbohm RA. A prospective cohort study on Allium vegetable consumption, garlic supplement use, and the risk of lung carcinoma in The Netherlands. Cancer Res 1994;54:6148–53.

[90] Dorant E, van den Brandt PA, Goldbohm RA, Sturmans F. Consumption of onions and a reduced risk of stomach carcinoma. Gastroenterology 1996;110:12–20.

[91] Heck AM, DeWitt BA, Lukes AL. Potential interactions between alternative therapies and warfarin. Am J Health Syst Pharm 2000;57:1221–7.

[92] Sikora R, Sohn MH, Deutz F-J, et al. Ginkgo biloba extract in the therapy of erectile dysfunction. J Urol 1989;141:188A.

[93] Sikora R, Sohn M-H, Engelke B, et al. Randomized placebo-controlled study on the effects of oral treatment with Ginkgo biloba extract in patients with erectile dysfunction. J Urol 1998;159:240A.

[94] Goldstein I, Lue TF, Padma-Nathan H, et al. Oral sildenafil in the treatment of erectile dysfunction. N Engl J Med 1998;338:1397–404.

[95] Dula E, Buttler S, Perdok R, Agre K. Efficacy and safety of apomorphine SL vs placebo for erectile dysfunction in patients with coronary artery disease. J Urol 2000;163:200.

[96] Kleijnen J, Knipschild P. Ginkgo biloba. Lancet 1992;340:1136–9.

[97] Gaby AR. Ginkgo biloba extract: a review. Alternative Med Rev 1996;1:236–42.

[98] Le Bars PL, Katz MM, Berman N, et al. A placebo-controlled, double-blind, randomized trial of an extract of Ginkgo biloba for dementia. JAMA 1997;278:1327–32.

[99] Rowin J, Lewis SL. Spontaneous bilateral subdural hematoma associated with chronic Ginkgo biloba ingestion. Neurology 1996;46:1775–6.

[100] Rosenblatt M, Mindel J. Spontaneous hyphema associated with ingestion of Ginkgo biloba extract. N Engl J Med 1997;336:1108.

[101] Wong AH-C, Smith M, Boon HS. Herbal remedies in psychiatric practice. Arch Gen Psychiatry 1998;55:1033–44.

[102] Van Zandwijk N, Dalesio O, Pastorino U, et al. For the European Organization for Reasearch and

Treatment of Cancer Head and Neck and Lung Cancer Cooperative Groups. EUROSCAN, a randomized trial of vitamin A and N-Acetylcysteine in patients with head and neck cancer or lung cancer. J Natl Cancer Inst 2000;92:977–86.

[103] de Vries N, van Zandwijk N, Pastorino U. The EUROSCAN Study. EUROSCAN Steering Committee. Br J Cancer 1991;64:985–9.

[104] van Zandwijk N, Maas LM, Breedijk A, et al. Aromatic DNA adduct levels in alveolar macrophages and lymphocytes of smoking volunteers: effects of N-Acetylcysteine (NAC) supplementation. Proc Am Assoc Cancer Res 1997;38:371.

[105] van Zandwijk N. N-Acetylcysteine (NAC) and glutathione (GSH): antioxidant and chemopreventive properties, with special reference to lung cancer. J Cell Biochem Suppl 1995;22:24–32.

[106] De Flora S, Cesarone CF, Balansky RM, et al. Chemopreventive properties and mechanisms of N-Acetylcysteine. The experimental background. J Cell Biochem Suppl 1995;22:33–41.

[107] Oikawa T, Ashino-Fuse H, Shimamura M, et al. A novel angiogenic inhibitor derived from Japanese shark cartilage (I). Extraction and estimation of inhibitory activities toward tumor and embryonic angiogenesis. Cancer Lett 1990;51:181–6.

[108] Cassileth BR. Evaluating complementary and alternative therapies for cancer patients. CA Cancer J Clin 1999;49:362–75.

[109] Moyad MA. The ABCs of nutrition and supplements for prostate cancer. Chelsea, MI: Sleeping Bear Press; 2000.

[110] Miller DR, Anderson GT, Stark JJ, et al. Phase I/II trial of the safety and efficacy of shark cartilage in the treatment of advanced cancer. J Clin Oncol 1998;16:3649–55.

[111] Ashar B, Vargo E. Shark cartilage-induced hepatitis. Ann Intern Med 1996;125:780–1.

[112] Gonzalez JA, Kernen KM, Peters KM, et al. The oral administration of powdered shark cartilage for the treatment of advanced prostate cancer. Presented at the MI Urologic Annual Meeting (abstract), Novi Conference Center, Novi, MI, May 24, 1996.

[113] Dupont E, Savard PE, Jourdain C, et al. Anti-angiogenic properties of a novel shark cartilage extract: potential role in the treatment of psoriasis. J Cutan Med Surg 1998;2:146–52.

[114] Cameron E, Campbell A. The orthomolecular treatment of cancer. II. Clinical trial of high-dose ascorbic acid supplements in advanced human cancer. Chem Biol Interact 1974;9:285–315.

[115] Cameron E, Pauling L. Supplemental ascorbate in the supportive treatment of cancer: prolongation of survival times in terminal human cancer. Proc Natl Acad Sci USA 1976;73:3685–9.

[116] Cameron E, Pauling L. Supplemental ascorbate in the supportive treatment of cancer: reevaluation of prolongation of survival times in terminal

Lung
t ran-
ine in
cer. J

. The
Com-

et al.
acro-
teers:
enta-
l.

) and
even-
lung

et al.
ns of
ound.

et al.
Japa-
lation
mbry-
6.
alter-
ancer

pple-
eeping

ase I/
rtilage
Oncol

hepa-

l. The
rtilage
ancer.
eeting
, MI,

Anti-
rtilage
riasis.

ecular
1-dose
uman

late in
gation
. Proc

late in
uation
rminal

human cancer. Proc Natl Acad Sci USA 1978;75:
4538–42.

[117] Creagan ET, Moertel CG, O'Fallon JR, et al.
Failure of high-dose vitamin C (ascorbic acid)
therapy to benefit patients with advanced cancer.
A controlled trial. New Eng J Med 1979;301:
687–90.

[118] Moertel CG, Fleming TR, Creagan ET, et al. High-
dose vitamin C versus placebo in the treatment
of patients with advanced cancer who have had
no prior chemotherapy. A randomized double-
blind comparison. New Eng J Med 1985;312:
137–41.

[119] Pauling L. Vitamin C therapy of advanced cancer.
N Engl J Med 1980;302:694.

[120] Podmore I, Griffiths HR, Herbert KE, et al.
Vitamin C exhibits pro-oxidant properties. Nature
1998;392:559.

[121] Agus DB, Vera JC, Golde DW. Stromal cell
oxidation: a mechanism by which tumors obtain
vitamin C. Cancer Res 1999;59:4555–8.

[122] Levine ML, Corry-Cantilena C, Wang Y, et al.
Vitamin C pharmacokinetics in healthy volunteers:
evidence for a recommended dietary allowance.
Proc Natl Acad Sci USA 1996;93:3704–9.

[123] Blanchard J, Tozer TN, Rowland M. Pharmaco-
kinetic perspectives on megadoses of ascorbic acid.
Am J Clin Nutr 1997;66:1165–71.

[124] Zollinger PE, Tuinebreijer WE, Kreis RW,
Breederveld RS. Effect of vitamin C on frequency
of reflex sympathetic dystrophy in wrist fractures:
a randomized trial. Lancet 1999;354:2025–8.

[125] Jacques PF, Taylor A, Hankinson SE, et al. Long-
term vitamin C supplement use and prevalence of
early age-related lens opacities. Am J Clin Nutr
1997;66:911–6.

[126] Nyyssonen K, Parviainen MT, Salonen R, et al.
Vitamin C deficiency and risk of myocardial
infarction: prospective population study of men
from eastern Finland. BMJ 1997;314:634–8.

[127] Oddens BJ. The climacteric cross-culturally: The
International Health Foundation South-East Asia
study. Maturitas 1994;19:155–6.

[128] Knobf MT. More than symptom relief. Innova-
tions Breast Cancer Care 1997;2:41–63.

[129] Quella SK, Loprinzi CL, Barton DL, et al. Eval-
uation of soy phytoestrogens for the treatment of
hot flashes in breast cancer survivors. A North
Central Cancer Treatment Group Trial. J Clin
Oncol 2000;18:1068–74.

[130] Adlercreutz H, Honjo H, Higshi A, et al. Urinary
excretion of ligands and isoflavonoid phytoestro-
gens in Japanese men and women consuming a
traditional Japanese diet. Am J Clin Nutr 1991;54:
1093–100.

[131] Cassidy A, Bingham S, Setchell KDR. Biological
effects of a diet of soy protein rich in isoflavones on
the menstrual cycle of premenopausal women. Am
J Clin Nutr 1994;60:333–40.

[132] Loprinzi CL, Michalak JC, Quella SK, et al.
Megesterol acetate for the prevention of hot
flashes. N Engl J Med 1994;331:347–52.

[133] Quella SK, Loprinzi CL, Sloan JA, et al. Long term
use of megesterol acetate by cancer survivors for the
treatment of hot flashes. Cancer 1998;82:1784–8.

[134] Setchell KDR. Absorption and metabolism of iso-
flavones. Soy Connection 1998;6:1–3.

[135] Albertazzi P, Pansini F, Bonaccorsi G, et al. The
effect of dietary soy supplementation on hot flushes.
Obstet Gynecol 1998;91:6–11.

[136] Barton DL, Loprinzi CL, Quella SK, et al.
Prospective evaluation of vitamin E for hot flashes
in breast cancer survivors. J Clin Oncol 1998;16:
495–500.

[137] Moyad MA. Soy, disease prevention, and prostate
cancer. Semin Urol Oncol 1999;17:97–102.

[138] Loprinzi CL, Kugler JW, Sloan JA, et al. Venla-
faxine in management of hot flashes in survivors of
breast cancer: a randomized controlled trial. Lancet
2000;356:2059–63.

[139] Hammar M, Frisk J, Grimas O, et al. Acupuncture
treatment of vasomotor symptoms in men with
prostatic carcinoma: a pilot study. J Urol 1999;161:
853–6.

[140] Klipstein-Grobusch K, Geleijinse JM, den Breeijen
JH, et al. Dietary antioxidants and risk of myo-
cardial infarction in the elderly: the Rotterdam
Study. Am J Clin Nutr 1999;69:261–6.

[141] Kushi LH, Folsom AR, Prineas RJ, et al. Dietary
antioxidant vitamins and death from coronary
heart disease in postmenopausal women. N Engl J
Med 1996;334:1156–62.

[142] Gaziano JM, Manson JE, Branch LG, et al. A
prospective study of consumption of carotenoids
in fruits and vegetables and decreased cardio-
vascular mortality in the elderly. Ann Epidemiol
1995;5:255–60.

[143] Knekt P, Reunanen A, Jarvinen R, et al. Anti-
oxidant vitamin intake and coronary mortality in
a longitudinal population study. Am J Epidemiol
1994;139:1180–9.

[144] Stampfer MJ, Hennekens CH, Manson JE, et al.
Vitamin E consumption and the risk of coronary
disease in women. N Engl J Med 1993;328:1444–9.

[145] Rimm EB, Stampfer MJ, Ascherio A, et al.
Vitamin E consumption and the risk of coronary
heart disease in men. N Engl J Med 1993;328:
1450–6.

[146] Hodis HN, Mack WJ, LaBree L, et al. Serial
coronary angiographic evidence that antioxidant
vitamin intake reduces progression of coronary
artery atherosclerosis. JAMA 1995;273:1849–54.

[147] Blot WJ, Li JY, Taylor PR, et al. Nutrition
intervention trials in Linxian, China: supplementa-
tion with specific vitamin/mineral- combinations,
cancer incidence, and disease-specific mortality
in the general population. J Natl Cancer Inst 1993;
85:1483–92.

154                                     *M.A. Moyad / Urol Clin N Am 29 (2002) 135–155*

[148] The Alpha-Tocopherol, Beta Carotene Cancer Prevention Study Group: The effect of vitamin E and beta carotene on the incidence of lung cancer and other cancers in male smokers. N Engl J Med 1994;330:1029–35.

[149] Rapola JM, Virtamo J, Ripatti S, et al. Randomized trial of alpha-tocopherol and beta-carotene supplements on incidence of major coronary events in men with previous myocardial infarction. Lancet 1997;349:1715–20.

[150] Virtamo J, Rapola JM, Ripatti S, et al. Effect of vitamin E and beta carotene on the incidence of primary nonfatal myocardial infarction and fatal coronary heart disease. Arch Intern Med 1998;158:668–75.

[151] Stephens NG, Parsons A, Schofield PM, et al. Randomized controlled trial of vitamin E in patients with coronary disease. Cambridge Heart Antioxidant Study. Lancet 1996;347:781–6.

[152] The Heart Outcomes Prevention Evaluation Study Investigators. Vitamin E supplementation and cardiovascular events in high-risk patients. N Engl J Med 2000;342:154–60.

[153] GISSI-Prevenzione Investigators. (Gruppo Italiano per lo Studio della Sopravvivenza nell'Infarto Miocardico): Dietary supplementation with n-3 polyunsaturated fatty acids and vitamin E after myocardial infarction: results of the GISSI-Prevenzione trial. Lancet 1999;354:447–55.

[154] Upston JM, Terentis AC, Stocker R. Tocopherol-mediated peroxidation of lipoproteins: implications for vitamin E as a potential antiatherogenic supplement. FASEB J 1999;13:977–94.

[155] Moyad MA, Brumfield SK, Pienta KJ. Vitamin E, alpha- and gamma-tocopherol, and prostate cancer. Semin Urol Oncol 1999;17:85–90.

[156] MRC/BHF Heart Protection Study of cholesterol-lowering therapy and of antioxidant vitamin supplementation in a wide range of patients at increased risk of coronary heart disease death, early safety and efficacy experience. Eur Heart J 1999;20:725–41.

[157] Hercberg S, Galan P, Preziosi P, et al. Background and rationale behind the SU.VI.MAX Study, a prevention trial using nutritional doses of a combination of antioxidant and minerals to reduce cardiovascular diseases and cancers: Supplementation en VItamines et Mineraux Antioxydants Study. Int J Vitam Nutr Res 1998;68:3–20.

[158] Jha P, Flather M, Lonn E, et al. The antioxidant vitamins and cardiovascular disease: a critical review of epidemiologic and clinical trial data. Ann Intern Med 1995;123:860–72.

[159] Reiman AS. Closing the books on laetrile. N Engl J Med 1982;306:236.

[160] Moertel CG, Fleming TR, Rubin J, et al. A clinical trial of amygdalin (laetrile) in the treatment of human cancer. N Engl J Med 1982;306:201–6.

[161] Colditz GA. Selenium and cancer prevention. Promising results indicate further trials required. JAMA 1996;276:1984–5.

[162] Clark LC, Combs GF, Turnbull BW, et al. Effects of selenium supplementation for cancer prevention in patients with carcinoma of the skin. A randomized controlled trial. JAMA 1996;276:1957–63.

[163] Brawley OW, Parnes H. Prostate cancer prevention trials in the USA. Eur J Cancer 2000;36:1312–5.

[164] Ingelfinger J, Mosteller F, Thibodeau L, Ware J. Biostatistics in clinical medicine. 3rd edition. New York: McGraw-Hill Inc; 1994.

[165] Phillip M, Kohnen R, Hiller KO. Hypericum extract versus imipramine or placebo in patients with moderate depression: randomized multicentre study of treatment for eight weeks. BMJ 1999;319:1534–8.

[166] Schrader E. Equivalence of St John's wort extract (Ze 117) and fluoxetine: a randomized, controlled study in mild-moderate depression. Int Clin Psychopharmacol 2000;15:61–8.

[167] Brenner R, Azbel V, Madhusoodanan S, Pawlowska M. Comparison of an extract of hypericum (LI 160) and sertraline in the treatment of depression: a double-blind, randomized pilot study. Clin Ther 2000;22:411–9.

[168] Woelk H. Comparison of St John's wort and imipramine for treating depression: randomized controlled trial. BMJ 2000;321:536–9.

[169] Sommer H, Harrer G. Placebo-controlled double-blind study examining the effectiveness of an hypericum preparation in 105 mildly depressed patients. J Geriatr Psychiatry Neurol 1994;7 (Suppl 1):S9–S11.

[170] Irefin S, Sprung J. A possible cause of cardiovascular collapse during anesthesia: long-term use of St John's wort. J Clin Anesth 2000;12:498–9.

[171] Cheng TO. Comment: drug-herb interaction. Ann Pharmacother 2001;35:124–5.

[172] Piscitelli SC, Burstein AH, Chaitt D, et al. Indinavir concentrations and St. John's wort. Lancet 2000;355:547–8.

[173] Thase ME, Entsuah AR, Rudolph RL. Remission rates during treatment with venlafaxine or selective serotonin reuptake inhibitors. Br J Psychiatry 2001;178:234–41.

[174] Yesalis CE. Medical, legal, and societal implications of androstenedione use. JAMA 1999;281:2043–4.

[175] Janne PA, Mayer RJ. Chemoprevention of colorectal cancer. N Engl J Med 2000;342:1960–8.

[176] Bendich A. The potential for dietary supplements to reduce premenstrual syndrome (PMS) symptoms. J Am Coll Nutr 2000;19:3–12.

[177] O'Brien KO. Combined calcium and vitamin D supplementation reduces bone loss and fracture incidence in older men and women. Nutr Rev 1998;56:148–50.

02/14/2008 11:23 FAX  613 952 9303  CIS11 16131  Case 4:07-cv-04972-CW  Document 38-3  Filed 06/02/2008  Page 22 of 22  022/023

M.A. Moyad / Urol Clin N Am 29 (2002) 135–155    155

[178] Peacock M, Liu G, Carey M. Effect of calcium or 25OH vitamin D₃ dietary supplementation on bone loss at the hip in men and women over the age of 60. J Clin Endocrinol Metab 2000;85:3011–9.

[179] McAlindon TE, LaValley MP, Gulin JP, Felson DT. Glucosamine and chondroitin for treatment of osteoarthritis. A systematic quality assessment and meta-analysis. JAMA 2000;283:1469–75.

[180] Houpt JB, McMillan R, Wein C, Paget-Dellio SD. Effect of glucosamine hydrochloride in the treatment of pain of osteoarthritis of the knee. J Rheumatol 1999;26:2423–30.

[181] McKenney JM, McCormick LS, Weiss S, et al. A randomized trial of the effects of atorvastatin and niacin in patients with combined hyperlipidemia or isolated hypertriglyceridemia. Collaborative Atorvastatin Study Group. Am J Med 1998;104:137–43.

[182] Paternak RC, Brown LE, Stone PH, et al. Effect of combination therapy with lipid-reducing drugs in patients with coronary heart disease and "normal" cholesterol levels. A randomized, placebo-controlled trial. Harvard Atherosclerosis Reversibility Project (HARP) Study Group. Ann Intern Med 1996;125:529–40.

[183] Heber D, Yip I, Ashley JM, et al. Choleterol-lowering effects of a proprietary Chinese red-yeast-rice dietary supplement. Am J Clin Nutr 1999;69:231–6.

[184] Wilt TJ, Ishani A, Stark G, et al. Saw palmetto extracts for treatment of benign prostatic hyperplasia: a systematic review. JAMA 1998;280:1604–9.

[185] Marks LS, Partin AW, Epstein JI, et al. Effects of saw palmetto herbal blend in men with symptomatic benign prostatic hyperplasia. J Urol 2000;163:1451–6.

[186] Lowe FC, Dreikorn K, Borkowski A, et al. Review of recent placebo-controlled trials utilizing phytotherapeutic agents for treatment of BPH. Prostate 1998;37:187–93.

[187] DiPaola RS, Zhang H, Lambert GH, et al. Clinical and biologic activity of an estrogenic herbal combination (PC-SPES) in prostate cancer. N Engl J Med 1998;339:785–91.

[188] Moyad MA, Pienta KJ, Montie JE. Use of PC-SPES, a commercially available supplement for prostate cancer, in a patient with hormone-naive disease. Urology 1999;54:319–23.

[189] Pfeifer BL, Pirani JF, Hamann SR, Klippel KF. PC-SPES, a dietary supplement for the treatment of hormone-refractory prostate cancer. BJU Int 2000;85:481–5.

[190] de la Taille A, Buttyan R, Hayek O, et al. Herbal therapy PC-SPES: in vitro effects and evaluation

[191] Porterfield H. UsToo PC-SPES surveys: review of studies and update of previous survey results. Mol Urol 2000;4:289–91.

[192] Small EJ, Frohlich MW, Bok R, et al. Prospective trial of the herbal supplement PC-SPES in patients with progressive prostate cancer. J Clin Oncol 2000;18:3595–603.

[193] Oh WK, George DJ, Hackmann K, et al. Activity of the herbal combination, PC-SPES, in the treatment of patients with androgen-independent prostate cancer. Urology 2001;57:122–6.

[194] Macknin ML, Piedmonte M, Calendine C, et al. Zinc gluconate lozenges for treating the common cold in children: a randomized controlled trial. JAMA 1998;279:1962–7.

[195] Marshall S. Zinc gluconate and the common cold. Review of randomized controlled trials. Can Fam Physician 1998;44:1037–42.

[196] Jackson JL, Peterson C, Lesho E. A meta-analysis of zinc salts lozenges and the common cold. Arch Intern Med 1997;157:2373–6.

[197] Desbiens NA. Lessons learned from attempts to establish the blind in placebo-controlled trials of zinc for the common cold. Ann Intern Med 2000;133:302–3.

[198] Sano M, Ernesto C, Thomas RG, et al. A controlled trial of selegiline, alpha-tocopherol, or both as treatment for Alzheimer's disease. The Alzheimer's Disease Cooperative Study. N Engl J Med 1997;336:1216–22.

[199] Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trials. Heart 2001;85:265–71.

[200] Collaborative Group for the Primary Prevention Project. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Lancet 2001;357:89–95.

[201] Moyad MA. An introduction to aspirin, NSAIDs, and COX-2 inhibitors for the primary prevention of cardiovascular events and cancer and their potential preventive role in bladder carcinogenesis. Part I. Sem Urol Oncol 2001;19:294–305.

[202] Moyad MA. An introduction to aspirin, NSAIDs, and COX-2 inhibitors for the primary prevention of cardiovascular events and cancer and their potential preventive role in bladder carcinogenesis. Part II. Sem Urol Oncol 2001;19:306–16.