# EXHIBIT Q

ORIGINAL ARTICLE

# Placebo Effects in the Pharmacological Treatment of Uncomplicated Benign Prostatic Hyperplasia

Bo Jesper Hansen,[1] Hans Henrik Meyhoff,[2] Jørgen Nordling,[3] Han JA Mensink,[4] Peter Mogensen,[1] Erik Højkjær Larsen[5] and the ALFECH study group*.

From: [1]The Department of Urology, Bispebjerg Hospital, Denmark. [2]Department of Surgery A, Section of Urology, Hillerød Hospital, Denmark. [3]The Department of Urology, Herlev Hospital, Denmark. [4]The Department of Urology, Academic Hospital, Groningen, The Netherlands [5]The Department of Urology, Aalborg Hospital, Denmark.

(Submitted August 10, 1995. Accepted for publication September 27, 1995.)

Scand J Urol Nephrol 30; 373–377, 1996

In order to establish accurately the exact effect of any drug therapy for symptomatic benign prostatic hyperplasia (BPH) it is important to define the effect of placebo treatment. This effect was assessed by thoroughly analyzing the placebo arm, which included 101 patients, from a randomized, double-blind, placebo-controlled trial of the selective alpha-blocker alfuzosin and comparing the data with those of a variety of independent studies which followed a placebo group of patients with clinical BPH. Following 16 weeks of placebo treatment a decrease of 24% ($p < 0.05$) in Madsen-Iversen score and an increase of 14% ($p < 0.05$) in peak flow rate was demonstrated. The percentages of patients who reported worsening, improvement or no change in symptoms were 9.2%, 73.6% and 17.2% respectively. The maximal effect of placebo, approximately 40% reduction in symptom scores, is likely to be achieved within the first four to six months. After this, the placebo effect stabilizes and gradually wears off but is still present following 12 months of treatment. The duration of the placebo effect and the time until it has totally worn off, if ever, remains to be studied in long-term, placebo-controlled trials, including an untreated cohort. The present study emphasizes the importance of properly designed, double-blind, placebo-controlled studies in evaluating any pharmacological intervention in clinical BPH.

*Key words:* benign prostatic hyperplasia (BPH), pharmacological treatment, placebo, natural history.

Bo Jesper Hansen, M.D., Bregnerodvej 44, DK-3460 Birkerod, Denmark

Benign prostatic hyperplasia (BPH) is present in histological specimens of the prostate in up to 80% of males over 60 years of age. Approximately 40% of this group complain of prostatism, and about 20% seek medical advice (3). Sommer et al. (22) conducted a questionnaire survey on the prevalence of different voiding symptoms in 337 men selected at random from the Danish National Register using a modified Madsen-Iversen score system (20). None of the men had ever consulted a doctor because of voiding symptoms. They found that about 20% of men over 60 years of age, without complaints leading to physician consultation, had indeed symptoms equal in severity to those in men undergoing prostatectomy. Garraway et al. (11) investigated the impact of BPH on quality of life in a cross-sectional population survey and found that almost 25% of men over 40 years of age had some degree of symptomatic BPH. In a recent publication by Balslev Jørgensen et al. (2), a cohort of 112 men over the age of 50, with no history of urological disease, selected at random from the Danish National Register, were followed for a period of seven years, with data analysis after five and seven years. Symptom severity was assessed using a modified Madsen-Iversen score system (20). A significant age-related increase in symptom scores was demonstrated meaning that the older the person, the higher the frequency of subjectively experienced voiding problems.

Transurethral resection of the prostate (TURP) is the gold standard of treatment today. Surgical treatment is indicated for recurrent urinary retention, recurrent urinary tract infection, bladder stones, recurrent gross haematuria and renal insufficiency caused by obstructive BPH. Over the last 30 years the indications for prostatectomy have expanded to include patients with symptoms of prostatism without any of the complications listed above. In a recent paper, Duncan & Garraway (8) described the changes in the pattern of surgery for BPH in Scotland between 1971 and 1989. The primary age-adjusted rate for operative interven-

---

* Members of the Danish-Dutch cooperative ALFECH study group are listed in the Appendix.

©1996 Scandinavian University Press. ISSN 0036-5599

374  B. J. Hansen et al.

tion for BPH increased in this period from 8.9 to 15.8 per 10 000 males.

During the last decade there has been an increasing interest in finding alternative, non-invasive or less invasive treatment modalities for BPH, obviously because many patients exhibit only subjective symptoms and have few, if any, complications of BPH, and also because of increased health authority pressure for treatment that is less costly than surgery. The most important aspect of treatment is the improvement of the patient's symptoms and quality of life, whatever alternative method of treatment is employed.

A prospective, randomized, double-blind, placebo-controlled study is the ideal method to determine the clinical efficacy of any therapeutic intervention (23). The reasons for randomized clinical trials are to consider specific effects separate from the natural course as well as non-specific effects, i.e. placebo effects and the effects of informed consent procedures (16). The importance and efficacy of medical intervention can be assessed only in the light of knowledge about the untreated course of the disease (3). According to this, a lead-in period, which includes administration of placebo to all patients, is an extremely useful part of any drug protocol. The longer the lead-in period, the more information is obtained about the natural history of BPH and the magnitude of the placebo effect.

The aim of this paper is to illustrate the placebo effect, that can be seen in trials evaluating drug treatment in patients with BPH. A double-blind, placebo-controlled study of the effects of the selective alpha-1 receptor antagonist, alfuzosin, serves as an illustrating example.

Table I. *Baseline characteristics*

| Characteristics | |
|---|---|
| No. included (patients) | 101 |
| No. completing the study | 87 |
| Age (years) | 64 |
| Range (years) | 45–81 |
| Duration of symptoms (months) | 35 |
| Madsen-Iversen score | 8.3 (7.3–9.4) |
| Peak flow (ml/sec) | 8.9 (7–9.2) |

Data presented as median values with quartiles

## PATIENTS AND METHODS.

The study was designed as a multicentre, randomized, double-blind, placebo-controlled study, conducted at 7 centres in Denmark and 13 centres in the Netherlands for the purpose of assessing the efficacy and safety of alfuzosin, a selective alpha-1 receptor antagonist, in patients with BPH. The study protocol included a 4-week lead-in period during which all patients received placebo in a single-blind fashion, followed by 12 weeks, during which the patients were randomly assigned in a double-blind fashion to receive either placebo three times a day (TID) or alfuzosin 2.5 mg TID. The placebo tablet was composed of lactose, cellulosum microcristallinum, carboxymethylcellulosum sodium, polyvidonum and magnesii stearate. All these ingredients were considered pharmacologically inactive. This paper deals only with the results of the placebo-treated patients. Data concerning the comparison between alfuzosin and placebo have been published elsewhere (14). The study was approved by the local ethical committees and the Danish and Dutch National Board of Health. Written informed consent was obtained from all patients. A total of 101 patients with symptoms of BPH were randomized to placebo treatment (Table 1). All men had symptoms of BPH expressed as a score of more than 6 in the Madsen-Iversen symptom score (20). Urinary peak flow rate was less than 10 ml/s with a voided volume of at least 100 ml. Hepatic function was normal, judged as serum bilirubin <125% of normal value. Excluded were patients with digital rectal examination suggesting prostatic cancer and patients suffering from other urological disorders, such as neurogenic bladder, urethral stricture, urinary tract infection, macroscopic or microscopic hematuria, prostatitis and patients with previous prostatectomy. Other reasons for exclusions were a history of acute urinary retention, bladder stones, repeated urinary tract infections, overflow incontinence, azotemia, abnormal acid phosphatases as well as orthostatic hypotension or known hypersensitivity to alpha blockers.

The patients were evaluated with the Madsen-Iversen symptom score (20), peak flow rate and residual urine volume assessed by ultrasound. Inclusion characteristics of the men randomized to placebo treatment enrolled are shown in Table I. During the placebo lead-in period and randomized period, 2 and 12 patients were withdrawn, respectively; 4 patients because of lack of efficacy, 2 were lost to follow-up, 3 patients because of adverse events (abdominal pain, fatigue, nausea and dizziness) and 5 patients for other reasons, leaving 87 patients for evaluation.

## STATISTICAL ANALYSIS

Only data available at both the initial evaluation and the following visits after 4, 10 and 16 weeks were used

Supplied by The British Library - "The world's knowledge"



*Fig. 1.* Change in Madsen-Iversen symptom score. Data presented as median values with 25% and 75% quartiles. * p < 0.05.

Table II. *Adverse events in the placebo group (including the adverse events leading to discontinuation)*

| Adverse event | Placebo group (n) |
|---|---|
| Headache | 2 |
| Fatigue | 2 |
| Dizziness | 1 |
| Nausea | 1 |
| Diarrhoea | 1 |
| Constipation | 1 |
| Abdominal pain | 1 |
| Others* | 9 |
| TOTAL | 19 |

* Pain in the arm, pneumonia, hypertension

for analysis. All data related to efficacy are presented as median and quartiles. The data on symptom score and peak flow rate obtained at the initial evaluation were compared with the data available following 16 weeks using non-parametric statistics: The Pratt Test. A value of $p < 0.05$ was considered to indicate statistical significance.

## RESULTS

The Madsen-Iversen symptom score improved from 8.3 (7.3–9.4) to 6.3 (4.6–7.7), a decrease by 24%, which was statistically significant ($p < 0.05$) (Fig. 1). The symptom score decreased in 64 patients (73.6%), remained unchanged in 15 patients (17.2%) and increased in 8 patients (9.2%). Only 73 patients had evaluable peak flow measurements at inclusion and at the end of the study. Peak flow rate increased significantly by 14% ($p < 0.05$), from 8.8 (7–9.4) ml/s to 10 (8–11) ml/s. No change in the residual urine volume was found.

## ADVERSE EVENTS

The adverse events reported are listed in Table II.

## DISCUSSION

The placebo effect is the change in the patient's condition that is attributable to the symbolic impact of the healing intervention rather than to the specific pharmacological or physiological effects of the intervention (6). Whenever a supposedly inert treatment is used in an experimental situation, 30%–40% of the subjects can be expected to show some benefit from the treatment (4). The pattern of this response typically resembles the findings following active drug responses (17). Wolf has shown that the placebo response is not only limited to the patient's subjective experience; placebos also alter laboratory values and other measures of physiological change (24). In some early studies it was assumed that deception of the patient is essential for the placebo effect (10). The most elegant and excellent example of non-deceptive use of placebos occurs in properly designed, double-blind, controlled studies. Accordingly, the pure placebo effect can be evaluated in these studies.

In accordance to the guidelines for evaluation of BPH-findings (1) a treatment which accomplishes a reduction of less than 25% must be categorized as *clinically ineffective*, since the placebo effect may account for this reduction. In the present study we found a reduction in median symptom score of 24%. Although a statistically significant effect was achieved, and 73.6% of the patients experienced a decrease in symptom severity, expressed as decrease in symptom score, this is simply what can be expected of placebo treatment. The peak flow rate increased by 14% in this study, but following the above mentioned the same conclusion can be drawn. The change in residual urine volume was not significant. Earlier studies have shown that residual urine volumes may vary considerably in the same patient in repeated measurements, and so the clinical significance of a single measurement is unknown (7). Lepor & Laddu reported on a double-blind, placebo-controlled study, using the selective alpha-blocker terazosin (18). Their study comprised 487 men and was designed and conducted in the same way as the present study. In that study the mean percentage change in the total symptom score was 21% in the placebo group, with a mean percentage change in peak flow rate of 11% in the placebo group, which correlates well with our observation. In a multi-center, double-blind, placebo-controlled study, Jardin et al. (15) also studied the

Supplied by The British Library - "The world's knowledge"

effect of alfuzosin on BPH symptoms. In their study 518 patients were randomized to either alfuzosin or placebo treatment for 6 months. Symptoms were assessed using the Boyarsky scale. Jardin demonstrated a marked placebo effect which stabilized around 5 months, where the decrease in mean symptom score in the placebo group was 30%. After 6 months of treatment the decrease in mean symptom score was 32%. The difference between Jardin's study and the present one may reflect that the relatively short period of observation in our study was insufficient to achieve the maximal placebo effect. Roehrborn (21) has recently evaluated different medical treatment options for BPH. In this evaluation he concluded that placebo treatment usually results in about 40% of patients feeling subjectively improved, which correlates well with the findings by Jardin et al. In evaluating the 5-alpha reductase inhibitor, finasteride, two multicentre, double-blind, placebo-controlled randomized studies designated as the North American (the United States and Canada) and International (17 countries world wide) studies, have been conducted (13, 9). The North American study comprised 895 men and the international study 750 men. Following a 2-week lead-in period, in which all men received placebo in a single-blind fashion, they were randomly assigned in a double-blind fashion to either placebo, finasteride 1 mg or finasteride 5 mg, for further 12 months. In both studies a marked placebo effect was demonstrated. In the placebo groups the mean total symptom scores decreased during the first 4–5 months, then stabilized and gradually increased but some decrease persisted through 12 months. It must be emphazised, that it is likely that the non-specific factor, i.e., placebo effect, interacts with the specific factor, i.e., the effect of pharmacological intervention. The size of any of these factors depends on each other and also on the natural course of the disease (19). Therefore, it is important to know to what extent these different factors interact. According to Birkhoff et al. (5) it is not possible from these trials to distinguish a symptomatic response from a natural remission of symptoms.

In evaluating the natural history of untreated BPH, Garraway et al. (12) conducted a longitudinal study, comprising a cohort of 266 untreated men with a clinical diagnosis of BPH (prostatic enlargement >20 g, symptoms of urinary dysfunction, $Q_{max} < 15$ ml/s), followed for a period of one year. In this study the overall prevalence of urinary symptoms increased during the study period, but 8–26% of the cohort also reported improvement in urinary symptoms at one year. A decline in $Q_{max}$ with successive age groups was demonstrated, but surprisingly an increase of 19% in peak flow rate was seen within each age group. These findings contrast with the findings reported by Balslev Jørgensen et al. (2) who found a significant age-related decrease in peak flow rate although no significant difference between peak flow rate at initial investigation and at 7-year follow-up could be demonstrated.

In order to establish the exact effect of any pharmacological intervention, it will be necessary in the future to conduct longitudinal trials on cohorts of men with an untreated course of BPH and a clinical diagnosis of BPH, in which the natural history of BPH can be defined. Furthermore, it is important to evaluate the extent of interaction between the effect of placebo and the true specific effect of the active pharmacological drug investigated.

In summary, the magnitude of the placebo effect seen in the medical treatment of men with BPH is about 30–40% after 5–6 months, whereupon the effect stabilizes and gradually wears off but is still present after 12 months of treatment. The duration of the placebo response and the time until this effect has totally worn off, if it ever does, remains to be studied in long-term placebo-controlled trials including an untreated cohort. Our data support the findings from other studies that there is a considerable potential for symptom improvement, at least over the short term. Furthermore, this study emphasizes the importance of properly designed, double-blind, placebo-controlled studies in evaluating any drug treatment of BPH.

## APPENDIX

'The Danish-Dutch cooperative ALFECH study group'

*The Netherlands:*
  JAF Leenarts, Westeinde Hospital, Lijnbaan
  JK Oosten, Ikazia Hospital, Rotterdam
  FF van Soest, Hospital Gooi-Noord, Blaricum
  GA Dijkman, St. Ignatius Hospital, Breda
  JW Hoekstra, Bosch Medicentr, Den Bosch
  NJW van Baasbank, Hospital De Weezenlanden, Zwolle
  RTh Bijleveld, St. Antonius Hospital, Nieuwegein
  PFCM Braam, St. Joseph Hospital, Veldhoven
  ThJM Schlatmann, Olug, Amsterdam
  J Felderhof, Spaarne Hospital, Haarlem
  BJ Kapper, Medisch Spectrum Twente, Enschede
  P Dik, Centraal Militair Hospital, Utrecht
  HJA Mensink, Academic Hospital, Groningen
*Denmark*
  J Nordling, J Schou, AL Poulsen, KAS Herlev, Herlev
  J Christoffersen, Amtssygehuset in Fakse, Fakse

Supplied by The British Library - "The world's knowledge"

JP Geerdsen, RASK, Køge

V Hvidt, C Dahl, M Luke, BJ Hansen, Bispebjerg Hospital, København NV

HH Meyhoff, A Lendorph, B Jacobsen, Centralsygehuset in Hillerød, Hillerød

T Bilde, S Mortensen, KAS Glostrup, Glostrup

S Walter, EH Larsen, Aalborg Sygehus Nord, Aalborg

REFERENCES

1. Aso Y, Boccon-Gibod L, Calais Da Silva F, et al. Subjective response, objective response, impact on quality of life. In: Cockett ATK, Aso Y, Chatelain C, Denis L, Griffiths K, Khoury S & Murphy G, eds. The International Consultation on Benign Prostatic Hyperplasia (BPH). Geneva: WHO, 1991: 87–90.
2. Balslev Jørgensen J, Jensen KM-E, Mogensen P. Longitudinal observations on normal and abnormal voiding in men over the age of 50 years. Br J Urol 1993; 72: 413–420.
3. Barry MJ. Epidemiology and natural history of benign prostatic hyperplasia. Urol Clin North Am 1990; 17: 495–506.
4. Beecher HK. The powerful placebo. JAMA 1955; 159: 1602–1606.
5. Birkhoff JD, Wiederhorn AR, Hamilton ML, Zinsser HH. Natural history of benign prostatic hypertrophy and acute retention. Urology 1976; 7: 48–52
6. Brody H. The lie that heals: The ethics of giving placebos. Ann Intern Med 1982; 97: 112–118.
7. Bruskewitz RC, Iversen P, Madsen PO. Value of postvoid residual urine determination in evaluation of prostatism. Urology 1982; 20: 602–608.
8. Duncan BM, Garraway WM. Prostatic surgery for Benign prostatic hyperplasia: Meeting the expanding demand. Br J Urol 1993; 72: 761–765.
9. The finasteride study group. Finasteride (MK-906) in the treatment of benign prostatic hyperplasia. Prostate 1993; 22: 291–299.
10. Fischer HK, Dlin BM. The dynamics of placebo therapy: A clinical study. Am J Med Sci 1956; 232: 504–512.
11. Garraway WM, Collins GN, Lee RJ. High prevalence of benign prostatic hyperplasia in the community. Lancet 1991; 338: 469–471.
12. Garraway WM, Armstrong C, Auld S, King S, Simpson RJ. Follow-up of a cohort of men with untreated benign prostatic hyperplasia. Eur Urol 1993; 24: 313–318.
13. Gormley GJ, Stoner E, Bruskewitz RC, et al. The effect of finasteride in men with benign prostatic hyperplasia. N Engl J Med 1992; 327: 1185–1191.
14. Hansen BJ, Nordling J, Mensink HJA, Walter S, Meyhoff HH and the ALFECH study group. Alfuzosin in the treatment of benign prostatic hyperplasia: Effects on symptom scores, urinary flow rates and residual volume. A multicentre, double-blind, placebo-controlled trial. Scand J Urol Nephrol 1994; (Suppl 157): 169–175.
15. Jardin A, Bensadoun H, Delauche-Cavaillier MC, Attali P, and the BPH-ALF Group. Alfuzosin for treatment of benign prostatic hypertrophy. Lancet 1991; 337: 1457–1461.
16. Kleijnen J, de Craen AJM, van Everdingen J, Krol L. Placebo effect in double-blind clinical trials: a review of interactions with medications. Lancet 1994; 344: 1347–1349.
17. Lasagna L, Laties VG, Dohan JL. Further studies on the "pharmacology" of placebo administration. J Clin Invest 1958; 37: 533–537.
18. Lepor H, Laddu A. Terazosin in the treatment of benign prostatic hyperplasia: The United States Experience. Br J Urol 1992; 70(Suppl 1): 2–9.
19. Lindahl O, Lindwall L. Is all therapy just placebo effect? Metamedicine 1982; 3: 255–259.
20. Madsen PO, Iversen P. A point system for selecting operative candidates. In: Hinman F Jr, ed. Benign prostatic hypertrophy. New York: Springer Verlag, 1983: 763–765.
21. Roehrborn CG. The assessment of medical treatment for benign prostatic hyperplasia. In: Kurth K, Newling DWW, eds EORTC Genitourinary Group Monograph. 12. Benign prostatic hyperplasia, recent progress in clinical research and practice. New York: Wiley-Liss 1994; PCBR 386: 175–190.
22. Sommer, P, Nielsen KK, Bauer T, et al. Voiding patterns in men evaluated by a questionnaire survey. Br J Urol 1990; 65: 155–160.
23. Wein AJ. Evaluation of treatment response in benign prostatic hyperplasia. Urol Clin North Am 1990; 17: 631–640.
24. Wolf S. Effects of suggestion and conditioning on the action of chemical agents in human objects—the pharmacology of placebos. J Clin Invest 1950; 29: 100–109.

Supplied by The British Library - "The world's knowledge"