# EXHIBIT R

# YAHOO! FINANCE

Search    WEB SEARCH

Dow ↑ 0.15%  Nasdaq ↑ 0.62%    Fri, May 30, 2008, 12:46PM ET - U.S. Markets clos

GET QUOTES    Finance Search

**Threshold Pharmaceuticals Inc. (THLD)**    At 12:22PM ET: **0.36** ↑



## Historical Prices

Get **Historical Prices** for:    GO

**SET DATE RANGE**

Start Date: Oct  3  2005    Eg. Jan 1, 2003    ◉ Daily
End Date:   Oct  31 2005                       ○ Weekly
                                               ○ Monthly
                                               ○ Dividends Only

Get Prices

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 31-Oct-05 | 11.27 | 11.64 | 11.01 | 11.04 | 221,700 | 11.04 |
| 28-Oct-05 | 10.84 | 11.45 | 10.27 | 11.19 | 151,500 | 11.19 |
| 27-Oct-05 | 11.00 | 11.24 | 10.46 | 10.58 | 340,900 | 10.58 |
| 26-Oct-05 | 10.71 | 10.86 | 10.35 | 10.60 | 64,800 | 10.60 |
| 25-Oct-05 | 10.40 | 10.98 | 10.40 | 10.81 | 200,100 | 10.81 |
| 24-Oct-05 | 10.22 | 10.56 | 10.20 | 10.50 | 101,800 | 10.50 |
| 21-Oct-05 | 10.00 | 10.40 | 10.00 | 10.33 | 124,000 | 10.33 |
| 20-Oct-05 | 10.15 | 10.15 | 10.00 | 10.06 | 33,000 | 10.06 |
| 19-Oct-05 | 9.92 | 10.21 | 9.92 | 10.18 | 46,200 | 10.18 |
| 18-Oct-05 | 10.00 | 10.13 | 9.95 | 10.00 | 256,700 | 10.00 |
| 17-Oct-05 | 10.00 | 10.40 | 9.90 | 10.00 | 202,100 | 10.00 |
| 14-Oct-05 | 9.85 | 10.09 | 9.85 | 10.00 | 266,600 | 10.00 |
| 13-Oct-05 | 10.01 | 10.15 | 8.77 | 9.80 | 426,900 | 9.80 |
| 12-Oct-05 | 10.39 | 10.55 | 9.98 | 10.01 | 1,435,100 | 10.01 |
| 11-Oct-05 | 11.98 | 12.06 | 10.26 | 10.46 | 326,900 | 10.46 |

ADVERTISEMENT

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 10-Oct-05 | 12.99 | 12.99 | 11.75 | 11.98 | 171,400 | 11.98 |
| 7-Oct-05 | 13.13 | 13.43 | 12.71 | 12.74 | 116,400 | 12.74 |
| 6-Oct-05 | 13.50 | 14.00 | 12.12 | 12.62 | 255,600 | 12.62 |
| 5-Oct-05 | 13.70 | 13.75 | 13.57 | 13.60 | 13,400 | 13.60 |
| 4-Oct-05 | 13.70 | 14.10 | 13.60 | 13.70 | 61,300 | 13.70 |
| 3-Oct-05 | 13.60 | 14.00 | 13.54 | 13.69 | 34,800 | 13.69 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet



- Add to Portfolio    - Set Alert    - Email to a Friend

Get **Historical Prices** for Another Symbol:    GO  Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is

liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.