COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THRESHOLD PHARMACEUTICALS, INC., et al., <br><br> Defendants. | No. 4:07-cv-04972-CW <br><br> CLASS ACTION |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THRESHOLD PHARMACEUTICALS, INC., et al., <br><br> Defendants. | No. 4:07-cv-04971-CW <br><br> CLASS ACTION |

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1     Plaintiffs hereby submit the recent decision of the Ninth Circuit in *Berson v. Applied Signal*

2  *Tech., Inc.*, No. 06-15454, 2008 U.S. App. LEXIS 11982 (9th Cir. June 5, 2008), attached hereto as

3  Exhibit A, in support of Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss ("Pltfs'

4  Opp."), filed March 25, 2008.  The decision is relevant to the following issues raised by the motion:

5     1.     Sufficiency of Scienter Allegations - Confidential witnesses who are non-
      management employees can reliably infer or deduce company events or setbacks; crediting
6     alleged interpretation of defendants' statements.  Defendants' Notice of Motion and Motion
      to Dismiss Plaintiffs' Consolidated Amended Complaint for Violation of the Federal
7     Securities Laws; Memorandum of Points and Authorities in Support Thereof ("Defs' Mot."),
      filed March 7, 2008, at 24 n.16; Pltfs' Opp. at 27-28; *Berson*, 2008 U.S. App. LEXIS 11982,
8     at *2-*11.

9     2.     Sufficiency of Scienter Allegations – Officers' and directors' knowledge of core
      business operations can be inferred from high ranking position; also distinguishing
10    inferences drawn in *In re Read-Rite Corp. Sec. Litig.*, 335 F.3d 843 (9th Cir. 2003) from
      *No. 84 Employer-Teamster Joint Council Pension Trust Fund v. America West Holding
11    Corp.*, 320 F.3d 920 (9th Cir 2003).  Defs' Mot. at 23-24; Pltfs' Opp. at 26-27, 30-33;
      *Berson*, 2008 U.S. App. LEXIS 11982, at *11-*18.

12
      3.     Statutory Safe-Harbor and "Forward-Looking" Statements – Statements which
13    describe the present are not subject to safe-harbor provisions.  Defs' Mot. at 14-16; Pltfs'
      Opp. at 15-21; *Berson*, 2008 U.S. App. LEXIS 11982, at *19-*20.
14
   DATED:  June 16, 2008                    COUGHLIN STOIA GELLER
15                                            RUDMAN & ROBBINS LLP
                                            DENNIS J. HERMAN
16                                          DANIEL J. PFEFFERBAUM

17

18                                                s/ Daniel J. Pfefferbaum
                                             DANIEL J. PFEFFERBAUM
19
                                           100 Pine Street, Suite 2600
20                                         San Francisco, CA  94111
                                           Telephone:  415/288-4545
21                                         415/288-4534 (fax)

22                                         Lead Counsel for Plaintiffs

23  T:\CasesSF\Threshold\NOT00051985.doc

24

25

26

27

28

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLTFS' BRIEF IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS - 4:07-cv-04972-CW        - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 16, 2008.

 s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:dpfefferbaum@csgrr.com

# Mailing Information for a Case 4:07-cv-04972-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,mark.hoogland@hellerehrman.com,susan.griffinpreston@hellerehrman.con

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```