| | |
|---|---|
| 1 | MICHAEL L. CHARLSON (Bar No. 122125) |
| | LAURENCE A. WEISS (Bar No. 164638) |
| 2 | ALEXANDER M.R. LYON (Bar No. 211274) |
| | HELLER EHRMAN LLP |
| 3 | 275 Middlefield Road |
| | Menlo Park, California  94025-3506 |
| 4 | Telephone: (650) 324-7000 |
| | Facsimile: (650) 324-0638 |
| 5 | Michael.Charlson@hellerehrman.com |
| | Laurence.Weiss@hellerehrman.com |
| 6 | Alexander.Lyon@hellerehrman.com |

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD E. "BARRY" SELICK
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | Case No.: 4:07-CV-04972-CW |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF DENISE T. POWELL IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON | |
| Defendants. | |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated, | Hearing Date: June 19, 2008 |
| Plaintiff, | Hearing Time: 2:00 p.m. |
| v. | Place: Courtroom 2, 4th Floor |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON | Judge: Hon. Claudia Wilken |
| Defendants. | |

DECLARATION OF DENISE T. POWELL
CASE NO. 4:07-CV-04972-CW

I, Denise T. Powell, declare as follows:

1.  I am the Senior Director of Corporate Communications at Threshold Pharmaceuticals, Inc. ("Threshold"). I have been employed at Threshold since February 2005. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would testify competently thereto.

2.  From February 2005 to the present, my job responsibilities at Threshold have included investor relations and communications with investors, securities analysts and the public regarding Threshold. As part of my job responsibilities, I have arranged periodic conference calls at which Threshold senior officers speak. Securities analysts and other members of the public may dial in to these calls. Typically, the call involves an oral presentation of prepared remarks that are read by officers of Threshold, followed by a question and answer period during which the public participants on the call may ask questions.

3.  Conference calls are arranged through Shareholder.com, the Company's vendor for the investor section of the Threshold website. The calls are coordinated with my contact, Jeff Accomando, at Shareholder.com. In advance of the call, I outline the details of the call, such as time and number of participants expected. I also request that Shaerholder.com prepare a recording of the call. Because Shareholder.com retains a recorded copy of the conference call, they are available to me immediately after the call or later should I need one.

4.  One such conference call occurred on March 1, 2006. I was present on the conference call during the entire call on March 1, 2006, and I spoke during the call. Barry Selick, Threshold's Chief Executive Officer, Michael Ostrach, who at the time was Threshold's Chief Operating Officer, Janet Swearson, who at the time was Threshold's Chief Financial Officer, and Alan Colowick, who at the time was Threshold's Chief Medical Office, each also participated on the call. The arrangements for this conference call were as described above. A script was prepared in advance wherein I introduced the team and read a preliminary statement. Dr. Selick then read prepared remarks. After the prepared remarks, we opened the phone lines to take questions. In terms of the process, this conference call was not unlike any others that we have had. There were approximately 20 people participating on the conference call

5. I understand that the recording of the March 1, 2006 conference call has been provided to the Court as "Exhibit H" in an audio file labeled "19061thld.asp." In January 2008, in response to a request from Laurence Weiss, counsel for Threshold, I obtained the audio file labeled "19061thld.asp" from Shareholder.com by requesting it via email from my contact at Shareholder.com, Jeff Accomando, listened to the recording to confirm that the audio file in fact contained the recording of the March 1, 2006 conference call, and forwarded the audio file to Mr. Weiss. I am familiar with the voices of Dr. Selick, Mr. Ostrach, Ms. Swearson and Dr. Colowick as a result of having worked with them at Threshold, and I recognize their voices, as well as my own voice, on this recording. In preparation of this declaration, I again listened to the recording contained in the audio file labeled "19061thld.asp." The audio file labeled "19061thld.asp" that I understand was provided to the Court as Exhibit H is a true and correct copy of the recording I arranged of the Threshold conference call on March 1, 2006.

6. Another such conference call occurred on May 11, 2006. I was present on the conference call during the entire call on May 11, 2006. Dr. Selick, Dr. Colowick and I each participated on the call. The arrangements for this call were the same as described for the March 1, 2006 conference call. There were approximately 70 people participating on the conference call.

5. I understand that the recording of the May 11, 2006 conference call has been provided to the Court as "Exhibit L" in an audio file labeled "20562thld.asp." As with the recording of the March 1, 2006 conference call discussed above, in January 2008 I also obtained this audio file from Shareholder.com by requesting it from Jeff Accomando, listened to the recording to confirm that the audio file in fact contained the recording of the May 11, 2006 conference call, and forwarded the audio file to Mr. Weiss. I recognize the voices of Dr. Selick and Dr. Colowick, as well as my own voice, on this recording. In preparation of this declaration, I again listened to the recording contained in the audio file labeled "20562thld.asp." The audio file labeled "20562thld.asp" that I understand was provided to the Court as Exhibit L is a true and correct copy of the recording I arranged of the Threshold conference call on May 11, 2006.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct. Executed this 23rd day of June, 2008, at Redwood City, California.

By _____
DENISE T. POWELL

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

DECLARATION OF DENISE T. POWELL