UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JERRY TWINDE,

    Plaintiff,

v.

THRESHOLD PHARMACEUTICALS INC.,

    Defendant.

NO. C 07-04972 CW

**MINUTE ORDER**
Date: 6/19/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Dennis Herman; Daniel Pfefferaum

**Appearances for Defendant:**
Michael Charlson; Laurence Weiss

### Motions:

| Defendant | Mo. to dismiss plaintiffs' consolidated amended complaint for violation of the Federal Securities Laws | Under Submission |
|---|---|---|

Further briefing due:
Order to be prepared by:  Court

 **Case Management Conference Held?:**  Cont'd to 10/16/08 @ 2:00 PM

Notes:  Motion taken under submission; Court inclined to dismiss with leave to amend.  **FCMC continued to 10/16/08 at 2:00 p.m.** (any motion to dismiss amended complaint should also be noticed for 10/16/08).

Copies to:  Chambers