1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   DANIEL J. PFEFFERBAUM (248631)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dherman@csgrr.com
   dpfefferbaum@csgrr.com
6
   Lead Counsel for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | JERRY TWINDE, On Behalf of Himself and ) | No. 4:07-cv-04972-CW
   | All Others Similarly Situated,         ) |
   |                                        ) | CLASS ACTION
13 |                        Plaintiff,      ) |
   |                                        ) | STIPULATION AND [PROPOSED] ORDER
14 |      vs.                               ) | EXTENDING TIME FOR LEAD PLAINTIFF
   |                                        ) | TO FILE SECOND CONSOLIDATED
15 | THRESHOLD PHARMACEUTICALS, INC.,       ) | AMENDED COMPLAINT
   | et al.,                                ) |
16 |                                        ) |
   |                        Defendants.     ) |
17 |_____) |

1  WHEREAS, pursuant to this Court's Order of July 11, 2008 (Dkt. No. 45), granting defendants' motion to dismiss plaintiffs' Consolidated Amended Complaint and granting plaintiffs leave to amend, plaintiffs' Second Consolidated Amended Complaint is due on August 25, 2008;

WHEREAS, this Court lifted the Private Securities Litigation Reform Act discovery stay for the limited purpose of permitting plaintiffs to subpoena certain audio recordings from Bloomberg LP and Thomson Financial which relate to defendants' conference calls, and this discovery process is still ongoing;

WHEREAS, plaintiffs believe that they have exercised reasonable diligence in their ongoing investigation of potential witnesses and documentary evidence, and plaintiffs anticipate completing that investigation within the below-referenced extension of time;

WHEREAS, counsel for plaintiffs has requested, and counsel for defendants has agreed, that the deadline for plaintiffs to file a Second Consolidated Amended Complaint should be extended to and including, September 19, 2008; and

WHEREAS, the parties anticipate, upon the filing of the Second Consolidated Amended Complaint, that should defendants elect to bring a motion to dismiss, counsel for plaintiffs and defendants will meet and confer to agree upon a briefing schedule to present to the Court which may involve moving the current date of the Further Case Management Conference, currently scheduled for October 16, 2008.

IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to the Court's approval, plaintiffs shall have until September 19, 2008 to file their Second Consolidated Amended Complaint and upon filing, the parties shall submit to the Court an updated briefing schedule, which shall include a proposed new date for a hearing on defendants' anticipated motion and for a further case management conference.

DATED: August 18, 2008        COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP
                              DENNIS J. HERMAN
                              DANIEL J. PFEFFERBAUM


                                                    /s/
                              DANIEL J. PFEFFERBAUM

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE
CONSOLIDATED COMPLAINT - 4:07-cv-04972-CW                                                    - 1 -

|   |   |   |
|---|---|---|
| 1 |  | 100 Pine Street, Suite 2600 |
| 2 |  | San Francisco, CA 94111 |
|   |  | Telephone: 415/288-4545 |
| 3 |  | 415/288-4534 (fax) |
| 4 |  | Lead Counsel for Plaintiffs |

DATED: August 18, 2008                HELLER EHRMAN LLP
                                      LAURENCE A. WEISS

                                      _____/s/_____
                                      LAURENCE A. WEISS

                                      275 Middlefield Road
                                      Menlo Park, California 94025-3506
                                      Telephone: 650/324-7000
                                      650/324-0638 (fax)

                                      Attorneys for Defendants THRESHOLD
                                      PHARMACEUTICALS, INC., HAROLD
                                      "BARRY" E. SELICK and JANET I.
                                      SWEARSON

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE CONSOLIDATED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Laurence A. Weiss has concurred in this filing.

                                      _____/s/_____
                                      DANIEL J. PFEFFERBAUM

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, lead plaintiff shall have until September 19, 2008 to file a Second Consolidated Amended Complaint and upon filing, the parties shall submit a briefing schedule, which shall include a proposed new date for a hearing on defendants' anticipated motion and for a further case management conference.

IT IS SO ORDERED.

DATED: _____       _____
                                      THE HONORABLE CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

T:\CasesSF\Threshold\S_00053403.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFF TO FILE
CONSOLIDATED COMPLAINT - 4:07-cv-04972-CW                                    - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 18, 2008.

/s/
DANIEL J. PFEFFERBAUM

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:dpfefferbaum@csgrr.com

## Mailing Information for a Case 4:07-cv-04972-CW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,mark.hoogland@hellerehrman.com,susan.griffinpreston@hellerehrman.com,larissa.sobo

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```