MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
J. CHRISTOPHER MITCHELL  (Bar No. 215639)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Chris.Mitchell@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON<br><br>　　　　　　Defendants. | Case No. CV-07-04972 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S CONSOLIDATED SECOND AMENDED COMPLAINT, AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1. WHEREAS on July 11, 2008, the Court issued its order granting defendants' motion to dismiss plaintiff's Consolidated Amended Class Action Complaint, granting lead plaintiff's motion for leave to file an amended complaint within forty-five days, and setting a further case management conference on October 16, 2008 at 2:00 p.m.; and

WHEREAS on August 22, 2008, the Court entered a stipulated order providing lead plaintiff to and including September 19, 2008 to file a Consolidated Second Amended Class Action Complaint, and providing that, upon the filing of the Second Amended Complaint the parties shall submit a schedule for defendants' response to the Second Amended Complaint, and a briefing schedule for defendants' anticipated motion to dismiss which shall include a proposed date for a hearing and a further case management conference; and

WHEREAS on September 19, 2008, lead plaintiff timely filed the Consolidated Second Amended Class Action Complaint; and

WHEREAS counsel for defendants and counsel for lead plaintiff have met and conferred and agreed on a schedule for defendants' response to the Second Amended Complaint, a briefing schedule for defendants' anticipated motion to dismiss, and a proposed date for a hearing and a further case management conference; and

WHEREAS January 29, 2009 is presently showing as an available hearing date on the Court's website;

IT IS THEREFORE HEREBY STIPULATED and agreed by and among the undersigned counsel on behalf of their respective clients that, subject to Court order:

1. Defendants shall have to and including November 7, 2008 to file and serve their response to the Second Amended Complaint; and
2. If defendants respond by motion to dismiss, lead plaintiff shall have to and including December 15, 2008 to file and serve an opposition to defendants' motion, and defendants shall have to and including January 15, 2009 to file and serve a reply to lead plaintiff's opposition; and
3. The hearing on defendants' motion to dismiss plaintiff's Consolidated Second Amended Class Action Complaint shall be noticed for January 29, 2009 at 2:00

1

1     p.m.; and

2   4. The case management conference currently scheduled for October 16, 2008 at

3     2:00 p.m. shall be continued to January 29, 2009 at 2:00 p.m.

SO STIPULATED.

DATED: September 29, 2008      HELLER EHRMAN LLP

    By    /s/ Laurence A. Weiss
           Laurence A. Weiss

275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK,
and JANET I. SWEARSON

DATED: September 29, 2008      COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

    By    /s/ Dennis J. Herman
           Dennis J. Herman

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Lead Plaintiff

2

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFS' RESPONSE TO 2ND AMENDED COMPLAINT AND RESCHEDULING CASE MANAGEMENT CONFERENCE  - CASE NO. CV-07-04972 CW

\* \* \*

I, Laurence A. Weiss, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Continuing Hearing Date For Defendants' Motion To Dismiss Consolidated Amended Complaint And Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Dennis J. Herman has concurred in this filing.

        /s/ Laurence A. Weiss
        Laurence A. Weiss

\* \* \*

ORDER

PURSUANT TO STIPULATION, and good cause appearing,

1. Defendants shall have to and including November 7, 2008 to file and serve their response to the Second Amended Complaint; and

2. If defendants respond by motion to dismiss, lead plaintiff shall have to and including December 15, 2008 to file and serve an opposition to defendants' motion, and defendants shall have to and including January 15, 2009 to file and serve a reply to lead plaintiff's opposition; and

3. The hearing on defendants' motion to dismiss plaintiff's Consolidated Second Amended Class Action Complaint shall be noticed for January 29, 2009 at 2:00 p.m.; and

4. The case management conference currently scheduled for October 16, 2008 at 2:00 p.m. shall be continued to January 29, 2009 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 9/30/08

        HONORABLE CLAUDIA WILKEN
        United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFS' RESPONSE TO 2ND AMENDED COMPLAINT AND RESCHEDULING CASE MANAGEMENT CONFERENCE - CASE NO. CV-07-04972 CW