COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>                Defendants. | No. 4:07-cv-04972-CW<br><br>CLASS ACTION |
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>                Defendants. | No. 4:07-cv-04971-CW<br><br>CLASS ACTION |

STIPULATION AND ORDER FOR EXTENDING THE PAGE LIMIT FOR BRIEFING ON MOTION TO DISMISS

WHEREAS, lead plaintiff filed his Consolidated Second Amended Class Action Complaint for Violation of the Federal Securities Laws in this action on September 19, 2008 (Dkt. No. 48), and defendants filed a Motion to Dismiss Plaintiffs' Consolidated Second Amended Complaint for Violation of the Federal Securities Laws ("Motion to Dismiss") on November 14, 2008 (Dkt. No. 56);

WHEREAS, pursuant to Civil Local Rule 7-4(b), lead plaintiff is to have 25 pages to respond to defendants' Motion to Dismiss, due December 22, 2008;

WHEREAS, lead plaintiff believes that because of the number and complexity of the issues raised in defendants' Motion to Dismiss, lead plaintiff will need an additional five pages to fully respond to all of defendants' arguments; and

WHEREAS, defendants do not oppose an extension of the page limit for lead plaintiff's response to 30 pages.

IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants, through their respective counsel of record, that, subject to the Court's approval, lead plaintiff shall have 30 pages to respond to defendants' Motion to Dismiss.

DATED: December 18, 2008       COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                               DENNIS J. HERMAN
                               DANIEL J. PFEFFERBAUM


                                             /s/
                               DANIEL J. PFEFFERBAUM

                               100 Pine Street, Suite 2600
                               San Francisco, CA  94111
                               Telephone:  415/288-4545
                               415/288-4534 (fax)

                               Lead Counsel for Plaintiffs

DATED:  December 18, 2008                         HOGAN & HARTSON LLP
                                                  LAURENCE A. WEISS


                                                  _____/s/_____
                                                  LAURENCE A. WEISS

                                                  525 University Avenue, 2nd Floor
                                                  Palo Alto, CA 94301
                                                  Telephone:  650/463-4000
                                                  650/463-4199 (fax)

                                                  Attorneys for Defendants


     I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR EXTENDING THE PAGE LIMIT FOR BRIEFING AND MOTION TO DISMISS.  In compliance with the General Order 45, X.B., I hereby attest that Laurence A. Weiss has concurred in this filing.


                                                  _____/s/_____
                                                  DANIEL J. PFEFFERBAUM


                                  *     *     *

                                   **O R D E R**

     PURSUANT TO STIPULATION, lead plaintiff shall have 30 pages to respond to defendants' Motion to Dismiss.

     IT IS SO ORDERED.

DATED:  ____12/19/08_____            _____
                                                  THE HONORABLE CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT JUDGE


C:\DOCUME~1\RebeccaB\LOCALS~1\Temp\3\MetaSave\STP00056336.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2008.

/s/
DANIEL J. PFEFFERBAUM
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: dpfefferbaum@csgrr.com