1  MICHAEL L. CHARLSON (Bar No. 122125)
     mlcharlson@hhlaw.com
2  LAURENCE A. WEISS (Bar No. 164638)
     laweiss@hhlaw.com
3  J. CHRISTOPHER MITCHELL (Bar No. 215639)
     jcmitchell@hhlaw.com
4  HOGAN & HARTSON LLP
5  525 University Avenue, 2nd Floor
   Palo Alto, California  94301
6  Telephone: +1 (650) 463-4000
7  Facsimile: +1 (650) 463-4199

8  Attorneys for Defendants
   THRESHOLD PHARMACEUTICALS, INC.,
9  HAROLD E. "BARRY" SELICK
   and JANET I. SWEARSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants.<br>_____<br>RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD E. "BARRY" SELICK and JANET I. SWEARSON<br><br>Defendants. | Case No.: 4:07-CV-04972-CW<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER EXTENDING PAGE LIMIT FOR DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>The Honorable Claudia Wilken |

1 WHEREAS on September 19, 2008, lead plaintiff timely filed the Consolidated Second
2 Amended Class Action Complaint for Violation of the Federal Securities Laws (Dkt. No. 48), and
3 WHEREAS on November 14, 2008, defendants timely filed a Motion to Dismiss Plaintiffs'
4 Consolidated Second Amended Complaint for Violation of the Federal Securities Laws ("Motion to
5 Dismiss") (Dkt. No. 56); and
6 WHEREAS on December 19, 2008, the Court entered a stipulated order providing that lead
7 plaintiff shall have 30 pages to respond to the Motion to Dismiss (Dkt. No. 62); and
8 WHEREAS on December 22, 2008, lead plaintiff timely filed an opposition to defendants'
9 Motion to Dismiss; and
10 WHEREAS, defendants believe that because of the number and complexity of the issues
11 raised in lead plaintiff's opposition to the Motion to Dismiss, defendants will need an additional
12 five pages for their reply brief to fully respond to lead plaintiff's arguments; and
13 WHEREAS, lead plaintiff does not oppose an extension of the page limit for defendants'
14 reply to 20 pages;
15 IT IS THEREFORE STIPULATED AND AGREED by lead plaintiff and defendants,
16 through their respective counsel of record, that, subject to the Court's approval, defendants shall
17 have 20 pages for their reply brief in support of defendants' Motion to Dismiss.

SO STIPULATED.

DATED: January 22, 2009            HOGAN & HARTSON LLP

                                   By   /s/ Laurence A. Weiss
                                            LAURENCE A. WEISS

                                   Attorneys for Defendants
                                   THRESHOLD PHARMACEUTICALS, INC.,
                                   HAROLD E. "BARRY" SELICK
                                   and JANET I. SWEARSON

DATED: January 22, 2009                COUGHLIN STOIA GELLER RUDMAN
                                                                    & ROBBINS LLP

                                                  100 Pine Street, Suite 2600
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 288-4545
                                                  Facsimile: (415) 288-4534

                                                  By  /s/ Daniel J. Pfefferbaum
                                                         DANIEL J. PFEFFERBAUM

                                                  Attorneys for Lead Plaintiff

                                                               * * *

I, Laurence A. Weiss, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Extending Page Limit For Defendants' Reply Brief In Support Of Motion To Dismiss Plaintiff's Consolidated Second Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Daniel J. Pfefferbaum has concurred in this filing.

                                                     /s/ Laurence A. Weiss
                                                           LAURENCE A. WEISS

                                                             * * *

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, defendants shall have 20 pages for their reply brief in support of defendants' Motion to Dismiss.

IT IS SO ORDERED.

        1/22/09

DATED: _____        _____
                                                     HONORABLE CLAUDIA WILKEN
                                                    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS - CASE NO. 4:07-CV-04972-CW
\\\033594/000001 - 5729 v1