1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12   JERRY TWINDE, On Behalf of Himself and   )   No. 4:07-cv-04972-CW
     All Others Similarly Situated,            )
13                                             )   CLASS ACTION
                             Plaintiff,        )   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾
14                                             )   [PROPOSED] ORDER AWARDING LEAD
            vs.                                )   COUNSEL'S ATTORNEYS' FEES AND
15                                             )   EXPENSES
     THRESHOLD PHARMACEUTICALS, INC., )
16   et al.,                                   )   DATE:        April 15, 2010
                                               )   TIME:        2:00 p.m.
17                           Defendants.        )   COURTROOM:   The Honorable
     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)                Claudia Wilken
18

19
     [Caption continued on following page.]
20

21

22

23

24

25

26

27

28

| | |
|---|---|
| RAYNOLD L. GILBERT, On Behalf of Himself and All Others Similarly Situated, | ) No. 4:07-cv-04971-CW ) |
| Plaintiff, | ) CLASS ACTION )  )  ) |
| vs. | )  ) |
| THRESHOLD PHARMACEUTICALS, INC., et al., | )  )  ) |
| Defendants. | )  )  ) |

1    This matter having come before the Court on April 15, 2010, on the application of counsel

2    for the Plaintiffs for an award of attorneys' fees and expenses incurred in the above-captioned action,

3    the Court, having considered all papers filed and proceedings conducted herein, having found the

4    settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in

5    the premises and good cause appearing therefore;

6    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7    1.    All of the capitalized terms used herein shall have the same meanings as set forth in

8    the Stipulation of Settlement dated October 30, 2009 (the "Stipulation"), filed with the Court.

9    2.    This Court has jurisdiction over the subject matter of this application and all matters

10    relating thereto, including all Members of the Settlement Class who have not timely and validly

11    requested exclusion.

12    3.    The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement

13    Fund, plus expenses in the amount of $163,743.23, together with the interest earned thereon for the

14    same time period and at the same rate as that earned on the Settlement Fund until paid. The Court

15    finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and

16    reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery,

17    the time and effort involved, and the result obtained for the Settlement Class. *See Vizcaino v.*

18    *Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

19    4.    The fees shall be allocated among counsel for the Plaintiffs by Lead Counsel in a

20    manner that reflects each such counsel's contribution to the institution, prosecution, and resolution of

21    the above-captioned action.

22

23

24

25

26

27

28

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular ¶7.2 thereof, which terms, conditions, and obligations are incorporated herein.

DATED: _____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
SHIRLEY H. HUANG
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART

_____
        *s/ Ellen Gusikoff Stewart*
      ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at: http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 1, 2010.

*s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

[PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES - 4:07-cv-04972-CW

# Mailing Information for a Case 4:07-cv-04972-CW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  mblasy@scott-scott.com,efile@scott-scott.com

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  mlcharlson@hhlaw.com,dmsalvi@hhlaw.com,lasoboleva@hhlaw.com,mdewers@hhlaw.com,mjclouse@hhlaw.com,kwong@hhlaw.com

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Shirley H. Huang**
  shirleyh@csgrr.com

- **J. Christopher Mitchell**
  jcmitchell@hhlaw.com,lasoboleva@hhlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@csgrr.com,e_file_sf@csgrr.com,gfreemon@csgrr.com,e_file_sd@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Ellen Anne Stewart Gusikoff**
  elleng@csgrr.com

- **Laurence Andrew Weiss**
  laweiss@hhlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Manual List
*Twinde v. Threshold Pharmaceuticals, Inc., et al.*
No. 4:07-cv-04972-CW


D. Seamus Kaskela
BARROWAY TOPAZ KESSLER
 MELTZER & CHECK, LLP
280 Kind of Prussia Road
Radnor, PA  19087